James A. Morris, Esq. (SBN 296852)
jmorris@jamlawyers.com
Shane. A. Greenberg, Esq. (SBN 210932)
sgreenberg@jamlawyers.com
**MORRIS LAW FIRM**
4001 W. Alameda Avenue, Suite 202
Burbank, CA 91505
Tel:    (747) 283-1144
Fax: (747) 283-1143

Daniel J. Orlowsky
**ORLOWSKY LAW, LLC**
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax;    (314) 455-7375
dan@orlowskylaw.com
*(Pro Hac Vice Pending)*

Adam M. Goffstein
**GOFFSTEIN LAW, LLC**
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax:    (314) 455-7278
adam@goffsteinlaw.com
*(Pro Hac Vice Pending)*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET PEGGI LOUISE GARVEY on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>        v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.<br><br>            Defendant. | **CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Margaret Peggi Louise Garvey ("Plaintiff" or "Plaintiff Garvey") brings this action on behalf of herself and all others similarly situated against Ulta Salon, Cosmetics & Fragrance, Inc. (otherwise referred to as "Defendant" or "Ulta"). Plaintiff makes the following allegations based upon information and belief, except as to the allegations specifically pertaining to herself, which are based on personal knowledge.

## INTRODUCTION

1.      This is a class action lawsuit against Defendant for misleading consumers through its marketing and sale of products as part of the "Conscious Beauty® at Ulta Beauty®" program and claims that certain products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™," which is Ulta's set of standards that considers the human and environmental impact of ingredients.

2.      Ulta claims that its "Made Without List™" is designed to provide transparency to help consumers make informed beauty and personal care product choices. Ulta requires brands participating in the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" program to all formulate their hair, skin, makeup, body and fragrance products to the "Made Without List™" standards which prohibit the use of certain categories of ingredients.

3.      Ulta has, intentionally and on its own, marketed products as part of the "Conscious Beauty® at Ulta Beauty®" program and claims that certain products are made with "Clean Ingredients" that "excludes" ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of categories of ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts. In many cases, the manufacturers of these products and other retailers selling the products do not label, advertise, or market the products as "conscious beauty" or "clean" or "made without" ingredients commonly associated with adverse health and/or environmental impacts." Ulta created and utilized the "Conscious Beauty" and "Clean" marketing

for its own profit, marketing the "Conscious Beauty® at Ulta Beauty®" program with claims that the Products are made with "Clean Ingredients" that comply with Ulta Beauty's "Made Without List™" as an easy way for consumers to identity purportedly cleaner products, without having to do any of their own analysis, and thereby creating an easier buying experience for consumers and increasing the likelihood that consumers would choose to shop at Ulta, over other retailers, for their beauty products.

4.     Ulta launched its "Conscious Beauty" program in October 2020.[1]  Ulta claimed that it was "[t]he first-of-its-kind, holistic initiative [which] focuses on delivering transparency to inspire more informed, conscious product choices for guests, their loved ones and the environment."[2]  The program aims to provide transparency and empower consumers to make more informed choices about their beauty purchases by focusing on five key pillars: clean ingredients, cruelty-free practices, vegan options, sustainable packaging, and positive impact.[3]

---

[1]     https://www.ulta.com/investor/news-events/press-releases/detail/14/conscious-beauty-at-ulta-beauty-educates-guides (last accessed July 9, 2025).
[2] *Id.*
[3] *Id.*

1



2

3

4

5

6

7

8

9

10

11

12

13 https://www.ulta.com/discover/conscious-beauty (last visited July 11, 2025).

14       5.      Ulta defines "Conscious Beauty® at Ulta Beauty®" on its website as "our way of

15 empowering you with transparency and choices. You'll be able to identify Clean Ingredients, Cruelty

16 Free, Vegan, and Sustainable Packaging brands and products. It also highlights brands that Give

17 Back to our communities and planet. Conscious Beauty at Ulta Beauty® includes brands across

18 Makeup, Skin Care, Hair Care, Body Care, Fragrance and Nail product categories in order to give

19 our guests even more choices."

20



21

22

23

24

25

26

27

28

*Id.*

6.      Ulta defines "Clean" at Ulta Beauty as "[b]rands within the Clean Ingredients pillar certify with Conscious Beauty at Ulta Beauty that they comply with the Ulta Beauty 'Made Without List', Ulta Beauty's set of standards that considers the human and environmental health impact of ingredients.

How are you defining "Clean" at Ulta Beauty?                                    —

Brands within the Clean Ingredients pillar certify with Conscious Beauty at Ulta Beauty that they comply with the Ulta Beauty "__Made Without List__", Ulta Beauty's set of standards that considers the human and environmental health impact of ingredients.

*Id.*

7.      Ulta represents that that every brand certified as having Clean Ingredients complies with its "Made Without List™," which excludes certain ingredients.

8.      Ulta now sells thousands of products that are marketed as part of the "clean ingredients" pillar of the "Conscious Beauty" program.

9.      Ulta has participated in the marketing and sale of the products identified in Exhibit A attached hereto.  (collectively, the "Products" or "Ulta Products").  In an effort to increase profits, Ulta markets the Products as part of the "Conscious Beauty® at Ulta Beauty®" program and claims that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™."  However, these representations are false and misleading because the Products contain numerous ingredients that are excluded by Ulta Beauty's "Made Without List™."

10.     This action seeks to remedy the unlawful, unfair, deceptive, and misleading business practices of Defendant with respect to the labeling, marketing, advertising, and sale of its household and personal care products, which are sold throughout the State of California and throughout the country.

11.    Conscious of consumers increased demand for products that are made from safe ingredients and are environmentally sound, including products that do not harm the environment through the product's ingredients, manufacture, use, or disposal, and willingness to pay more for products that meet this preference, Ulta misleadingly, illegally, and deceptively seeks to capitalize on these consumer "green" trends.  Consumers have poured billions of dollars into the "clean," "ecofriendly," and "natural" products market. In fact, in a recent report, researchers found that Gen Z (people born roughly between 1996 and 2010) are more likely to spend money on companies and brands seen to be ethical.[4]

12.    Indeed, Ulta's own propriety research that led to the launch of the "Conscious Beauty® at Ulta Beauty®" program shows an overwhelming 75% of consumers wish it were easier to know which products are truly clean while 63% of clean buyers state "safer for the planet" options are somewhat or very important.[5]

13.    By Ulta's own admission, the "Conscious Beauty at Ulta Beauty" program directly addresses these needs with established criteria to certify brands across five pillars, making it the most comprehensive program of its kind in the beauty industry."[6]  According to Dave Kimbell, president of Ulta at the time of Conscious Beauty's launch:

> The introduction of Conscious Beauty at Ulta Beauty reflects the incredible value we place on listening to our guests. We consistently work to answer their evolving desires and with this holistic effort, we're aligning beauty choices with their personal values.  The nationwide launch of this platform delivers a unique and

---

[4] Deena Robinson, "What is Greenwashing?", EARTH.ORG, Nov. 13, 2022, https://earth.org/what-is-greenwashing/  (last accessed July 9, 2025).
[5] Ulta Beauty Clean Beauty quantitative research, April 2019 https://www.businesswire.com/news/home/20201014005128/en/Conscious-Beauty-at-Ulta-Beauty-Educates-Guides-Simplifies-Product-Choices (last accesed July 9, 2025) (source version https://www.businesswire.com/news/home/20201014005128/en/Conscious-Beauty-at-Ulta-Beauty-Educates-Guides-Simplifies-Product-Choices)
[6] Id.

holistic way to empower guests on their respective wellbeing and consciousness journeys.[7]

14.    The launch marked the official release of Ulta Beauty's Made Without List, the ingredient standard used to certify brands under the Clean Ingredients pillar, which Ulta claims was developed with consideration for the human and environmental health impact of ingredients.[8] Beginning in 2021, guests could find in-store and online guidance to easily identify clean products that comply with the list.[9]

15.    Seeking to take advantage of consumers' demands for such products, Ulta's marketing materials and its website are replete with representations that its "Conscious Beauty Products" are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.

16.    Plaintiff purchased the Products in reliance on Defendant's representations that these Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.  If Plaintiff had known that the Products contained ingredients that are prohibited by Ulta Beauty's "Made Without List™ and are commonly associated with adverse health and/or environmental impacts, she would not have purchased the Products and would have instead sought out other comparable products that are otherwise clean and do not contain ingredients that have adverse health consequences and/or negatively impact the environment.

---

[7] *Id.*
[8] *Id.*
[9] *Id.*

17.    Plaintiff and the Class reasonably believed Defendant's false and misleading representations.  Defendant knew or reasonably should have known that its representations regarding the Products were false, deceptive, misleading, and unlawful under California law.

18.    Plaintiff and the Class Members paid a premium for the Products over comparable products that did not purport to have "Clean Ingredients" which exclude the use of ingredients that are commonly associated with adverse health and/or environmental impact.  Given that Plaintiff and Class Members paid a premium for the Products based on Defendants' representations that they have "Clean Ingredients" and are free from ingredients that are commonly associated with adverse health and/or environmental impact, Plaintiff and Class Members suffered an injury in the amount of the purchase price and/or the premium paid.

19.    Plaintiff brings claims against Defendant individually and on behalf the Class Members who purchased the Products during the applicable statute of limitations period (the "Class Period") for (1) violation of California's Consumer Legal Remedies Act ("CLRA"), Civil Code § 1750, *et. seq.*; (2) violation of California's False Advertising Law ("FAL"), California Business & Professions Code § 17500 *et seq.*; (3) fraud; (4) negligent misrepresentation; (5) violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code § 17200, *et seq.*; (6) violation of the Environmental Marketing Claims Act ("EMCA"), California Business & Professions Code §§ 17580.5 and 17580(a); and (7) unjust enrichment.

## **PARTIES**

20.    Plaintiff Margaret Peggi Louise Garvey is a California citizen who resides in Novato, California.  Plaintiff is concerned about clean and green products that are healthy and environmentally friendly and seeks out products that are clean and do not contain any unwanted or harmful ingredients that have adverse health consequences and/or could negatively impact the environment.  During the Class Period alleged herein, including on February 25, 2025, Plaintiff

Garvey purchased, without limitation, Ulta Beauty Dermalogica - MultiVitamin Power Recovery Mask, Drunk Elephant - A-Passioni Retinol Cream, L'Oréal - Revitalift Triple Power Anti-Aging Face Moisturizer, ULTA Beauty Collection - Apple Cider Vinegar & Kaolin Clay Mask, and ULTA Beauty Collection - Tinted Self Tan Mousse from an Ulta Beauty store in Novato, CA.  Plaintiff Garvey was specifically interested in purchasing clean household and personal care products.

21.     Plaintiff Garvey purchased the Products because she saw the marketing, advertising, Defendant's website, and representations in-store at the point-of-sale, which all represented that the Products are "Conscious Beauty® at Ulta Beauty®" and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.   Plaintiff Garvey relied on Defendant's false, misleading, and deceptive representations that the Products are "Conscious Beauty® at Ulta Beauty®" and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific categories of ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.   She understood this to mean that she was purchasing clean products that comply with Ulta Beauty's "Made Without List™" and do not contain any unwanted or harmful ingredients that have adverse health consequences and/or could negatively impact the environment.  Plaintiff Garvey would not have purchased the Products at all, or would have been willing to pay a substantially reduced price for the Products, if she had known that they contained ingredients that are prohibited by Ulta Beauty's "Made Without List™ and are commonly associated with adverse health and/or environmental impacts.  Plaintiff Garvey would purchase the products in the future if Defendant changed the composition of the Products so that they conformed to their "Clean Ingredient" representations, or if the Ulta's representations were corrected and she could trust that they were correct.

22.     Defendant is the largest U.S. beauty retailer and a beauty destination for cosmetics, fragrance, skin care products, hair care products and salon services.  In 1990, the Company reinvented the beauty retail experience by offering a new way to shop for beauty – bringing together all things beauty, all in one place. Today, Ulta Beauty is one of the top national retailers offering beauty products and experiences.  Ulta sells more than 25,000 products from approximately 500 well-established and emerging beauty brands across all categories and price points in its retail locations and on its website www.ulta.com, including Ulta's own private label.  Ulta also offers a full-service salon in every store featuring hair, skin, brow, and make-up services.

## JURISDICTION AND VENUE

23.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from Defendant.  This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

24.     This Court has personal jurisdiction over Defendants because Defendants are a corporation with sufficient minimum contacts in California or otherwise intentionally avails itself of the laws of this State through their marketing of the products at issue in California to consumers in California, and through its direct sales of the products at issue in California to consumers in California, so as to render the exercise of jurisdiction by this Court consistent with traditional notions of fair play and substantial justice.

25.     Venue is proper in this District pursuant to 28 U.S.C. 1391. Substantial acts in furtherance of the alleged improper conduct, including the dissemination of false, misleading and deceptive information regarding the nature, quality, and/or formulation of the products, occurred within this District.

## COMMON FACTUAL ALLEGATIONS

26.     In recent years, consumers have become significantly more aware and sensitive to their health and impact on the environment through the products they purchase and use. As a result, a movement has developed demanding consumer products that do not have adverse health and/or environmental impacts, i.e., that create less harm to health and the environment through the product's ingredients, manufacture, use, or disposal. Consumers have poured billions of dollars into the "clean" and "green" beauty products market.

27.     In response to consumers' desire for safer, cleaner, and more environmentally friendly products, many companies "greenwash" their products by deceptively claiming that their products are safer or cleaner than they are.  Unfortunately, rather than creating the safer, cleaner, and nontoxic products that consumers desire, many companies, like Ulta, have chosen to "greenwash" their products through deceptive marketing, suggesting and outright stating that their products are safe, clean, or environmentally friendly when, in fact, they contain ingredients that are harmful to humans, animals, and/or the environment, or are otherwise not clean products.

**The Federal Trade Commission Green Guides**

28.     Recognizing this problem, the United States Federal Trade Commission ("FTC") created the "Green Guides" to help companies avoid making misleading and deceptive claims.[10]

29.     Section 5 of the FTC Act prohibits deceptive acts and practices in or affecting commerce. A representation, omission, or practice is deceptive if it is likely to mislead consumers acting reasonably under the circumstances and is material to consumers' decisions. *See* FTC Policy Statement on Deception, 103 FTC 174 (1983).

30.     The Green Guides state that "[t]he following general principles apply to all environmental marketing claims, including those described in §§ 260.4 – 16.  Claims should

---

[10] *See generally* 16 C.F.R. § 260 – Guides for the Use of Environmental Marketing Claims.

comport with all relevant provision of these guides." 16 C.F.R. § 260.3.  Further, the Green Guides' general principles state:

      a.   **Qualifications and Disclosures:** To prevent deceptive claims, qualifications and disclosures should be clear, prominent, and understandable. **To make disclosures clear and prominent, marketers** should use plain language and sufficiently large type, should place disclosures in close proximity to the qualified claim, and **should avoid making inconsistent statements or using distracting elements that could undercut or contradict the disclosure.**

          \*\*\*

      c.   **Overstatement of environmental attribute:** An environmental marketing claim should not overstate, directly or by implication, an environmental attribute or benefit. **Marketers should not state or imply environmental benefits if the benefits are negligible.**

*Id.* (emphasis added).

    31.    The Green Guides also provide examples of General Environmental Benefit Claims in order to "provide the Commission's views on how reasonable consumers likely interpret certain claims."[11]  The FTC provides the following relevant example:[12]

    **Example 3:** A marketer's advertisement features a picture of a laser printer in a bird's nest balancing on a tree branch, surrounded by a dense forest. In green type, the marketer states, "Buy our printer. Make a change." **Although the advertisement does not expressly claim that the product has environmental benefits, the featured images, in combination with the text, likely convey that the product has far-reaching environmental benefits and may convey that the product has no negative environmental impact. Because it is highly unlikely that the marketer can substantiate these claims, this advertisement is deceptive.**

*Id.* (emphasis added).

    32. In addressing "General Environmental Benefit Claims," the Green Guides state:

    (a) It is deceptive to misrepresent, directly or by implication, that a product, package, or service offers a general environmental benefit.

    (b) Unqualified general environmental benefit claims are difficult to interpret and likely convey a wide range of meanings.  In many cases, such claims likely convey that the product, package, or service has specific and far-reaching

---

[11] 16 C.F.R. § 260.1(d).
[12] 16 C.F.R. § 260.4.

environmental benefits **and may convey that the item or service has no negative environmental impact. Because it is highly unlikely that marketers can substantiate all reasonable interpretations of these claims, marketers should not make unqualified general environmental benefit claims.**

(c) Marketers can qualify general environmental benefit claims to prevent deception about the nature of the environmental benefit being asserted. To avoid deception, marketers should use clear and prominent qualifying language that limits the claim to a specific benefit or benefits. Marketers should not imply that any specific benefit is significant if it is, in fact, negligible. If a qualified general claim conveys that a product is more environmentally beneficial overall because of the particular touted benefit(s), marketers should analyze trade-offs resulting from the benefit(s) to determine if they can substantiate this claim.

(d) Even if a marketer explains, and has substantiation for, the product's specific environmental attributes, this explanation will not adequately qualify a general environmental benefit claim if the advertisement otherwise implies deceptive claims. Therefore, marketers should ensure that the advertisement's context does not imply deceptive environmental claims.

16 C.F.R. § 260.4 (emphasis added).

**Consumers and Green Products**

33.     Consumers are regularly choosing more environmentally friendly, safer, and cleaner products. In fact, some consumers are changing their buying behavior to reduce the impact of their consumption habits over the environment, choosing an environment-friendly consumption behavior, often called green consumption.[13]

34.     Consumers and investors increasingly care about a business' positive impact and will make decisions according to brand perceptions. In a 2019 CSR Survey conducted by Aflac, 77% of consumers felt motivated to make purchasing decisions from companies committed to making the world a better place and 73% of investors viewed these efforts as contributors to return on investment, and, in turn, often look favorably on companies with conscious social and environmental impact.

---

[13] "Greenwashing effect, attitudes, and beliefs in green consumption," EMERALD INSIGHT, Mar. 12, 2019, https://www.emerald.com/insight/content/doi/10.1108/rausp-08-2018-0070/full/html, (last accessed July 10, 2025).

35.     In 2021, GreenPrint's Business of Sustainability Index, found that 64% of Gen X consumers would spend more on a product if it comes from a sustainable brand, and that figure jumps to 75% among millennials.

36.     Today, consumers across all generations—from Baby Boomers to Gen Z— are willing to spend more for "greener" products, and the percentages of consumers in those generations willing to pay more for sustainable products is growing. Now, at least 90% of Gen X consumers said that they would be willing to spend an extra 10% or more for sustainable products.[14]

37.     An international study of 20,000 customers by grocery brand giant Unilever identified one in three (33%) people were choosing to buy from brands they believe are doing environmental good.[15]

38.     A desire to help the environment is a big reason consumers purchase sustainable products and brands. Almost 30% say they want to improve the environment, with 23% wishing to reduce production waste, 22% wishing to reduce their carbon footprint, and 17% concerned with animal welfare.[16] Consumers care about the environment and are purchasing environmentally sound products to support those interests.

39.     Consumers are also concerned about safety and an inclination towards safer products is guiding consumer choices. A recent survey found that "[w]hen asked to choose the top three factors they prioritize when deciding between products, the majority of consumers surveyed said

---

[14] Greg Petro, "Consumers Demand Sustainable Products and Shopping Formats," FORBES, Mar. 11, 2022, https://www.forbes.com/sites/gregpetro/2022/03/11/consumers-demand-sustainable-products-and-shopping-formats/, (last accessed July 10, 2025).
[15] "Climate explained: are consumers willing to pay more for climate-friendly products?" THE CONVERSATION, Sept. 29, 2020, https://theconversation.com/climate-explained-areconsumers-willing-to-pay-more-for-climate-friendly-products-146757, (last accessed July 10, 2025).
[16] *Id.*

they prioritize the health/safety of products (71%) and products free from certain toxic chemicals (70%)."[17]

40.    Green labels and product marketing impact consumer buying decisions. Marketing and labels allow consumers to make comparisons among products and services in the category and decide their preference. Indeed, marketing makes it easier for consumers to identify green products when they are shopping, reducing consumers' purchase time. Consumers consider the information related to the environmental attributes of products that companies, like Defendant, use in marketing their products and use that information to make a purchase decision.[18] Thus, labels and green marketing tactics, like those used by Defendant, impact consumer buying behavior.

41.    For these reasons, companies like Defendant have expanded their marketing efforts to attract consumers into purchasing cosmetics branded as safe, sustainable, or clean. Indeed, "the clean beauty market is estimated to reach $22 billion by 2024," according to Statista Research.[19]

42.    In fact, that is precisely why Ulta, by its own admission, launched its "Conscious Beauty" program in October 2020.[20]  Ulta claimed that it was "[t]he first-of-its-kind, holistic initiative [which] focuses on delivering transparency to inspire more informed, conscious product choices for guests, their loved ones and the environment."[21]  The program aimed to provide

---

[17]    Made    Safe,    "What    Shoppers    Want:    Safe    &    Healthy    Products," https://cdn.shopify.com/s/files/1/0612/4493/2266/files/MADE_SAFE_What-Shoppers-Want_Survey.pdf?v=1669140340, (last accessed July 10, 2025).
[18]  "The Effect of Green Marketing Strategy on Purchasing Decisions: A Review of Previous Research," INTERNATIONAL JOURNAL OF SCIENTIFIC & TECHNOLOGY RESEARCH VOLUME 8, ISSUE 12, Dec. 2019, https://www.ijstr.org/final-print/dec2019/The-Effect-Of-Green-Marketing-Strategy-On-Purchasing-Decisions-A-Review-Of-Previous-Research.pdf,    (last accessed July 10, 2025).
[19]  Kristin Larson, "Shopper Demand For Clean Beauty And Increased Transparency Continues," FORBES (Jun. 30, 2021), https://www.forbes.com/sites/kristinlarson/2021/06/30/shopper-demand-for-clean-beauty-and-increased-transparency-continues/,  (last accessed July 10, 2025).
[20]    https://www.ulta.com/investor/news-events/press-releases/detail/14/conscious-beauty-at-ulta-beauty-educates-guides (last accessed July 9, 2025).
[21] Id.

transparency and empower consumers to make more informed choices about their beauty purchases by focusing on five key pillars: clean ingredients, cruelty-free practices, vegan options, sustainable packaging, and positive impact.[22]



https://www.ulta.com/discover/conscious-beauty (last visited July 11, 2025).

     43.    Ulta's own propriety research that led to the launch of the "Conscious Beauty® at Ulta Beauty®" program shows an overwhelming 75% of consumers wish it were easier to know which products are truly clean while 63% of clean buyers state "safer for the planet" options are somewhat or very important.[23]

     44.    By Ulta's own admission, the "Conscious Beauty at Ulta Beauty" program directly addresses these needs with established criteria to certify brands across five pillars, making it the

---

[22] *Id.*

[23] Ulta Beauty Clean Beauty quantitative research, April 2019 https://www.businesswire.com/news/home/20201014005128/en/Conscious-Beauty-at-Ulta-Beauty-Educates-Guides-Simplifies-Product-Choices (last accesed July 9, 2025) (source version https://www.businesswire.com/news/home/20201014005128/en/Conscious-Beauty-at-Ulta-Beauty-Educates-Guides-Simplifies-Product-Choices)

most comprehensive program of its kind in the beauty industry."[24]  According to Dave Kimbell, president of Ulta at the time of Conscious Beauty's launch:

> The introduction of Conscious Beauty at Ulta Beauty reflects the incredible value we place on listening to our guests. We consistently work to answer their evolving desires and with this holistic effort, we're aligning beauty choices with their personal values.  The nationwide launch of this platform delivers a unique and holistic way to empower guests on their respective wellbeing and consciousness journeys.[25]

45.     The launch marked the official release of Ulta Beauty's Made Without List™, the ingredient standard used to certify brands under the Clean Ingredients pillar, which Ulta claims was developed with consideration for the human and environmental health impact of ingredients.[26] Beginning in 2021, guests could find in-store and online guidance to easily identify clean products that comply with the list.[27]

46.     Ulta now sells thousands of products that are marketed as part of the "clean ingredients" pillar of the "Conscious Beauty" program.

**"Clean Ingredients" and The "Made Without List™"**

47.     Ulta requires brands participating in the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" program to all formulate their hair, skink, makeup, body and fragrance products to the "Made Without List™" standards which prohibit the use of certain ingredients.

48.     According to the "Made Without List™" located on Ulta's website during the Class Period, Ulta requires brands participating in the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" program to all formulate their hair, skink, makeup, body and fragrance products to the "Made Without List™" standards which prohibit the use of the following ingredients:  Acrylates; Alkylphenols (Octylphenols, nonylphenols) and Alkylphenol Ethoxylates;

---

[24] *Id.*
[25] *Id.*
[26] *Id.*
[27] *Id.*

Aluminum compounds; Aluminum powder; Aluminum salts and complexes; Ethoxylated ingredients including PEGs and polyethylene glycol or polysorbate[28]; Phthalates; Sodium Laureth Sulfate (SLES); Sodium Lauryl Sulfate (SLS); Styrene & styrene oxide.[29]

49.     The reason that Ulta placed these types of ingredients on the "Made Without List™" is because they all have adverse health and/or environmental impacts:

a.     **Acrylates** pose risks to human health and the environment.

- Acrylates have numerous health impacts:

Acrylates are potential carcinogens. Methyl methacrylate, a type of acrylates used in nail products, are classified by the International Agency of Research on Cancer (IARC) and the U.S. Environmental Protection Agency (EPA) as possible human carcinogens. Workers in acrylic sheet manufacturing exposed to these chemicals have shown an increased risk of colorectal cancer.

Acrylates are known skin, eye, and respiratory tract irritants. Repeated exposure can lead to skin sensitization and allergic contact dermatitis, especially in professionals like manicurists and dental technicians.

Exposure to acrylates has been linked to developmental issues, neurological damage, cellular damage, reproductive toxicity, and organ system toxicity. Methyl methacrylate inhalation is associated with lung disease and damage to nasal passages, liver, and kidneys.

---

[28] After Ulta received Plaintiff's CLRA Notice Letter, Ulta removed "Ethoxylated ingredients" from the "Made Without List™" and now claims that they are "Limited Use Ingredients" that "are permitted to be used in accordance with the corresponding restricted limits, grade requirements, and/or regulated standards." https://www.ulta.com/discover/conscious-beauty/clean-ingredients/made-without (last accessed July 11, 2025).

[29] https://web.archive.org/web/20250423204642/https://www.ulta.com/discover/conscious-beauty/clean-ingredients/made-without (last visited July 11, 2025).

- Acrylates also have numerous environmental impacts.  Many acrylate copolymers are not biodegradable and contribute to microplastic pollution, especially when washed off from personal care products like face washes and hair gels. These microplastics can end up in marine ecosystems and be ingested by aquatic life.  Some acrylates are toxic to aquatic organisms, and improper disposal can lead to water pollution.  The accumulation of acrylic polymer waste in landfills can lead to environmental issues like soil and water pollution, and contribute to greenhouse gas emissions.

b. **Alkylphenols (Octylphenols, nonylphenols) and Alkylphenol Ethoxylates** are associated with several potential health risks for humans and documented toxic effects on the environment, particularly aquatic life.

- Alkylphenols are known as endocrine-disrupting chemicals (EDCs) because they can interfere with the body's hormone system, particularly by mimicking the effects of estrogen.  These hormone-mimicking effects can lead to a variety of reproductive and developmental problems in humans and wildlife.

- Some studies suggest a potential association between Alkylphenol Ethoxylates exposure and certain types of cancer, though more research is needed to establish a definitive link.

- Research indicates alkylphenols may have adverse effects on various body systems, including the reproductive system, nervous system, and immune system.

- Alkylphenols and their breakdown products, like nonylphenol, are persistent in the environment and can accumulate in the tissues of organisms, including fish and wildlife.

- Alkylphenols are toxic, and in some cases, highly toxic, to aquatic organisms. This toxicity can have significant and long-lasting negative effects on fish and other marine life.

- The endocrine-disrupting properties of alkylphenols can affect the hormonal systems of wildlife, leading to reproductive problems and other health issues in organisms like fish and invertebrates.

- Alkylphenol Ethoxylates are commonly found in wastewater effluent and sediment, entering the environment through sources like industrial discharge and agricultural runoff.

c. **Aluminum compounds** have both potential health effects and environmental impacts.

- High aluminum exposure can be linked to:

  Neurological issues: Including dementia and impaired neural function. However, the role of aluminum in diseases like Alzheimer's is still being investigated and is not considered conclusive.

  Respiratory problems: Especially for those who work in environments with high levels of aluminum dust or fumes.

  Bone abnormalities: Aluminum can interfere with bone metabolism and lead to conditions like osteoporosis.

  Cardiovascular problems: Elevated levels of aluminum are associated with a higher incidence of cardiovascular diseases, potentially through oxidative stress and inflammatory responses.

  The production of primary aluminum is an energy-intensive process that can cause environmental damage:

- Environmental impacts:

  Greenhouse gas emissions: Aluminum production is a significant source of potent greenhouse gases called perfluorocarbons (PFCs).

Air and water pollution: Mining of bauxite (aluminum ore) can lead to habitat destruction, water contamination, and air pollution from dust. The refining process can release mercury into waterways. Smelting can release sulfur dioxide.

d. **Aluminum powder's** production process can pose environmental risks:

Mining and Production: Extracting bauxite, refining it into alumina, and smelting alumina into aluminum are energy-intensive processes that contribute to greenhouse gas emissions and can impact local ecosystems.

Air pollution: Aluminum production can emit particulate matter, fluorides, sulfur dioxide, and other air pollutants that harm communities and the environment.

Water pollution: Smelter wastewater may contain pollutants like mercury, lead, arsenic, and cadmium, potentially harming aquatic life and drinking water supplies.

Habitat destruction: Bauxite mining can lead to the destruction of habitats, particularly in sensitive ecosystems like rainforests, according to UK Green Building Council.

Waste Disposal: Red mud, a caustic waste product generated during alumina refining, presents a significant environmental challenge due to its alkalinity, salinity, and potential heavy metal content.

e. **Aluminum salts and complexes** have both potential health and environmental impacts. Concerns exist regarding toxicity from high exposure, particularly in vulnerable populations like infants and individuals with kidney problems. Some studies suggest a link between aluminum exposure and neurodegenerative diseases like Alzheimer's and Parkinson's. In the environment, aluminum can negatively affect aquatic life and contribute to pollution during production. Aluminum can be toxic to aquatic organisms, particularly fish, impacting their ability to regulate ions and causing respiratory problems. Aluminum production processes release pollutants like particulate matter, sulfur dioxide, and fluorides into the air and water,

contributing to environmental contamination. Aluminum production generates waste that requires proper management to prevent environmental harm. And the release of aluminum compounds from various sources, including personal care products, can lead to soil and water contamination.

f. **Ethoxylated ingredients** can break down into potentially harmful by-products, such as 1,4-dioxane and ethylene oxide.  1,4-dioxane is a probable human carcinogen, and has been linked to an increased risk of breast cancer.  The Environmental Protection Agency (EPA) has also classified it as a likely human carcinogen. On the other hand, Ethylene oxide is a known human carcinogen and has been linked to an increased risk of lymphoma and leukemia. ***The International Agency for Research on Cancer (IARC) has classified ethylene oxide as a known human carcinogen, and has been linked to an increased risk of lymphoma and leukemia.***

In addition to the potential health risks, Ethoxylates can also have negative effects on the environment. They can be toxic to aquatic life and can contribute to the formation of harmful algal blooms. They can also persist in the environment for long periods of time, making them difficult to remove.

g. **Phthalates** are not considered healthy and have a significant environmental impact. They are endocrine disruptors, meaning they can interfere with hormone systems, and are linked to various health issues, especially in children and during prenatal development. Additionally, they are pervasive in the environment, found in air, water, soil, and dust, and can negatively affect wildlife.

h. **Sodium Laureth Sulfate (SLES)** and **Sodium Lauryl Sulfate (SLS)** have health and environmental impacts.

- With respect to health concerns, both SLS and SLES can cause skin and eye irritation, especially in individuals with sensitive skin or when used in high concentrations. SLES, in particular, can be contaminated with 1,4-dioxane, a potential carcinogen, during the manufacturing process. While this can be removed through vacuum stripping, it's not something consumers can easily verify. Some individuals may experience dryness, redness, or itching after using products containing SLS.

- Environmental impacts:

    Biodegradability: SLS is generally considered less biodegradable than SLES, meaning it can persist longer in the environment. SLES is more readily biodegradable and can break down when exposed to sunlight and oxygen.

    Potential for Environmental Accumulation: Due to its persistence, SLS could potentially accumulate in the environment, leading to long-term impacts on ecosystems.

i.  **Styrene & styrene oxide** pose risks to both human health and the environment.

- Exposure to styrene can cause irritation to the eyes and mucous membranes, and more serious health problems if inhaled or ingested. Long-term exposure to high levels of styrene may affect the nervous system, leading to issues like changes in color vision, fatigue, and impaired concentration. The EPA also lists styrene as a Hazardous Air Pollutant.

- Styrene is released during the production and use of styrene-containing products, and it can contaminate air, water, and soil. It contributes to the formation of photochemical smog. Styrene is moderately toxic to aquatic organisms.

1    • Styrene oxide is classified as a probable human carcinogen by the International Agency

2    for Research on Cancer (IARC). Animal studies have shown that styrene oxide can cause

3    tumors in rats and mice when ingested, according to the EPA.

4    • Styrene oxide can contaminate water and soil, posing hazards to aquatic and terrestrial

5    organisms.

6

7    **Defendants' False and Misleading Representations**

8    50.    Ulta makes numerous false and misleading statements in its marketing and

9    advertising materials about the Products.  Ulta makes numerous statements at the point-of-sale, in

10    its marketing and advertisements, and on social media that the Products are "Conscious Beauty® at

11    Ulta Beauty®" and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's

12    "Made Without List™."

13

14    51.    Ulta makes numerous statements in its stores that the Products are "Conscious

15    Beauty®" and are made with "Clean Ingredients" that excludes ingredients on with Ulta Beauty's

16    "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are

17    commonly associated with adverse health and/or environmental impacts.

18

19

20

21

22

23

24

25

26

27

28





52.    Ulta tells consumers at the point-of-stale that "[o]ur mission is to provide more choices and guidance, and to celebrate the brands that share your values" and provides a QR Code in its stores so that consumers can view the "Made Without List™."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



22

53.    Ulta makes numerous statements in its advertisements that the Products are made

23    with "Clean Ingredients":

24
25
26
27
28



54.    Ulta makes numerous statements on its Facebook page that the Products are Conscious Beauty® and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.

# CLEAN INGREDIENTS

## at Ulta Beauty:

Products that *exclude* parabens, phthalates and others on our **Made Without List.**







55.    Ulta's website contains numerous claims that the Products are "Conscious Beauty®" at Ulta Beauty®" and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™"

56.    Ulta claims that the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" "[e]xcludes parabens, phthalates, and other ingredients on our Made Without List."



https://www.ulta.com/discover/conscious-beauty (last visited July 11, 2025).

57.    Ulta defines "Conscious Beauty® at Ulta Beauty®" on its website as "our way of empowering you with transparency and choices. You'll be able to identify Clean Ingredients, Cruelty Free, Vegan, and Sustainable Packaging brands and products. It also highlights brands that Give Back to our communities and planet. Conscious Beauty at Ulta Beauty® includes brands across Makeup, Skin Care, Hair Care, Body Care, Fragrance and Nail product categories in order to give our guests even more choices."



*Id.*

58.    Ulta defines "Clean" at Ulta Beauty as "[b]rands within the Clean Ingredients pillar certify with Conscious Beauty at Ulta Beauty that they comply with the Ulta Beauty "Made Without List", Ulta Beauty's set of standards that considers the human and environmental health impact of ingredients.



*Id.*

59.    Ulta represents that its "goal" with "Clean Ingredients" is "to be transparent and keep things simple.  We're focusing on ingredients that products have—and don't—to help you easily reach for the beauty you want."

https://www.ulta.com/discover/conscious-beauty/clean-ingredients (last accessed July 11, 2025)

60.    Ulta represents that the Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" when consumers shop on its website:



https://www.ulta.com/shop/makeup/all?preference=clean+ingredients (last accessed July 14, 2025).

61.    Ulta's also represents that the Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" when consumers view individual product pages on its website.



https://www.ulta.com/p/a-passioni-retinol-cream-pimprod2028055?sku=2588469 (last accessed July 14, 2025).

62.    Ulta also represents on its website that "[y]ou can be sure that every brand certified as having Clean Ingredients complies without our Made Without List, which outlines substances like parabens, phthalates and more.  And as the research evolves, so will the list."



https://www.ulta.com/discover/conscious-beauty/clean-ingredients (last accessed July 11, 2025)

63.    Ulta claims that its "Made Without List™" is designed to provide transparency to help consumers make informed beauty and personal care product choices. Ulta requires brands participating in the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" program to all formulate their hair, skink, makeup, body and fragrance products to the "Made Without List™" standards which prohibit the use of certain ingredients.

https://www.ulta.com/discover/conscious-beauty/clean-ingredients/made-without (last accessed July 11, 2025).

64.    Ulta represents on its website that it requires brands participating in the "Clean Ingredients" pillar of the "Conscious Beauty® at Ulta Beauty®" program to all formulate their hair, skin, makeup, body and fragrance products to the "Made Without List™" standards which prohibit the use of the following ingredients:

**The 'Made Without List':**

**Acrylates**

Primarily used as adhesives in eyelash products, and as a barrier former/bonding agent in nail polish

**Alkylphenols (Octylphenols, nonylphenols) and Alkylphenol Ethoxylates**

Used in cosmetics products as a foaming agent and can be found in hair products, toothpaste, soaps, makeup remover, cleansers, and lotions.

**Aluminum compounds**

Allowed in cosmetics except antiperspirants, loose powder and dry shampoos.

**Aluminum powder**

Used as a colorant in many cosmetics. Allowed in cosmetics except lip products, antiperspirants, loose powder and dry shampoos.

**Aluminum salts and complexes**

Used to block pores in the skin to prevent sweat. Allowed in cosmetics except lip products, antiperspirants, loose powder and dry shampoos.

**Ethoxylated ingredients**

Ethoxylated ingredients including PEGs and polyethylene glycol or polysorbate.[30]

**Phthalates**

Used to dissolve other chemicals in nail enamel and fragrances.

**Sodium Laureth Sulfate (SLES)**

Used in cosmetics products as a foaming agent and can be found in hair products, toothpaste, soaps, makeup remover, cleansers, and lotions.

**Sodium Lauryl Sulfate (SLS)**

Used in cosmetics products as a foaming agent and can be found in hair products, toothpaste, soaps, makeup remover, cleansers, and lotions.

**Styrene & styrene oxide**

Used as a solvent and is not used is cosmetics."

https://web.archive.org/web/20250423204642/https://www.ulta.com/discover/conscious-beauty/clean-ingredients/made-without (last visited July 11, 2025).

65.    Based on these representations that Products that are part of the "Conscious Beauty® at Ulta Beauty®" program are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™," reasonable consumers, including Plaintiff, believe that the Products do not contain any ingredients prohibited by the "Made Without List™."  However, these representations are false and misleading because the Products contain numerous ingredients that are excluded by Ulta Beauty's "Made Without List™."

---

[30] After Ulta received Plaintiff's CLRA Notice Letter, Ulta removed "Ethoxylated ingredients" from the "Made Without List™" and now claims that they are "Limited Use Ingredients" that "are permitted to be used in accordance with the corresponding restricted limits, grade requirements, and/or regulated standards." https://www.ulta.com/discover/conscious-beauty/clean-ingredients/made-without (last accessed July 11, 2025).

66.    Representing that the Products are made with "Clean Ingredients" that do not contain any ingredients prohibited by Ulta Beauty's "Made Without List™" is a statement of fact.

67.    Consumers reasonably believe that a product represented as made with "Clean Ingredients" that complies with Ulta Beauty's "Made Without List™ does not contain any ingredients prohibited by the List.

68.    Ulta's representations that Products that are part of the "Conscious Beauty® at Ulta Beauty®" program are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" are false, misleading, and deceptive because the Products contain numerous ingredients that are prohibited by Ulta Beauty's "Made Without List™."

69.    Ulta's Products contain the following non-exhaustive list of ingredients prohibited by Ulta Beauty's "Made Without List™:

a.    **Acrylates/Beheneth-25 Methacrylate Copolymer** is an ethoxylated ingredient because the "Beheneth-25" part of the name indicates that it is a derivative of behenyl alcohol that has been ethoxylated (meaning it has a PEG or polyethylene glycol chain added to it), with "25" representing the average number of ethylene oxide units in that chain. "Acrylate" or "acrylates" are polymers or copolymers based on acrylic acid and / or other alkyl acrylates (acrylic acid esters). "Beheneth-" refers to a PEG (polyethylene glycol-) ether of behenyl alcohol. The number behind "beheneth-" refers to the average number of molecular units -CH2-CH2-O-. Methacrylates are polymers or copolymers based on methacrylic acid and / or its esters. "Copolymer" refers to a polymer composed of several different (mostly two) basic units (monomers).

b.    **Acrylates/C10-30 Alkyl Acrylate Crosspolymer** belongs to the family of Acrylates Polymer.

c. **Acrylates/C12-22 Alkyl Methacrylate Copolymer** is an acrylate ingredient, specifically a copolymer that includes acrylates and C12-22 alkyl methacrylate. It's a polymer formed by combining these monomers, making it a type of acrylate-based ingredient.

d. **Acrylates/Steareth-20 Methacrylate Copolymer** is an ethoxylated ingredient because it contains "Steareth-20," which indicates the presence of ethoxylation, a process where a molecule is modified with ethylene oxide chains.

e. **Aluminum Benzoate** is an aluminum compound.

f. **Aluminum Hydroxide** is an aluminum salt.

g. **Aluminum Sucrose Octasulfate** is an aluminum salt.

h. **Aluminum Starch Octenylsuccinate** is an aluminum salt.

i. **Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer** is an acrylic ingredient. It's a copolymer, meaning it's a polymer made from two or more different monomers, and in this case, those monomers include acryloyldimethyltaurate and beheneth-25 methacrylate (both of which are derived from acrylic acid or methacrylic acid).

j. **Ammonium Acryloyldimethyltaurate/VP Copolymer** is an acrylate ingredient. It's a copolymer, meaning it's a polymer made from two or more monomers, and one of those monomers is ammonium acryloyldimethyltaurate, which is derived from acrylic acid.

k. **Bis-PEG-12 Dimethicone Beeswax** is considered an ethoxylated ingredient because it contains polyethylene glycol (PEG), specifically a derivative of dimethicone that is end-blocked with an average of 12 moles of ethylene oxide.

l. **Butylene/ethylene/styrene Copolymer** contains styrene. It is synthetic polymer that contains butylene, ethylene, and styrene monomers that have been hydrogenated.

m. **Ceteareth-6** is considered an ethoxylated ingredient; it is a type of cetearyl alcohol that has been modified through a process called ethoxylation, meaning ethylene oxide molecules are added to its structure, making it an ethoxylated compound.

n. **Ceteareth-20** is an ethoxylated ingredient; it is a fatty alcohol that has been chemically modified by adding 20 molecules of ethylene oxide through a process called ethoxylation.

o. **Ceteareth-25** is an ethoxylated ingredient; it is a mixture of cetyl and stearyl alcohols that have been ethoxylated with 25 moles of ethylene oxide, meaning the "25" in its name indicates the level of ethoxylation involved in its chemical structure.

p. **Ceteareth-33** is an ethoxylated ingredient; it is a blend of fatty alcohols (C16-C18) that have been modified by adding ethylene oxide, making it a type of polyethylene glycol ether, which is the defining characteristic of an ethoxylated compound.

q. **Ceteareth 60 Myristyl Glycol** is an ethoxylated ingredient. The "ceteareth" part denotes that this ingredient is created by adding ethylene oxide to a fatty alcohol, making it an ethoxylated compound. "Ceteareth-" refers to a PEG (polyethylene glycol-) ether of cetearyl alcohol. The "60" in "ceteareth 60" represents the average number of ethylene oxide molecules attached to the fatty alcohol chain. "Glycol" refers to divalent alcohol as alcoholic component of this ingredient (ethylene glycol, propylene glycol, butylene glycol, pentylene glycol, hexylene glycol and others).

r. **Cetyl PEG/PPG-10/1 Dimethicone** is an ethoxylated ingredient. It's a copolymer of Cetyl Dimethicone and an alkoxylated derivative of Dimethicone that contains an average of 10 moles of ethylene oxide and 1 mole of propylene oxide.

s. **Diethylhexyl 2,6-Naphthalate** is considered a phthalate ingredient, although it is technically not a "phthalate" in the strict chemical sense, but is often grouped with them due to its similar chemical structure and potential for endocrine disrupting effects. Like other

phthalates, diethylhexyl 2,6-naphthalate has raised concerns regarding potential endocrine disruption, especially in relation to reproductive health.

t. **Dihydroxypropyl PEG-5 Linoleammonium Chloride** is an ethoxylated ingredient. It contains PEG-5, which stands for polyethylene glycol with an average of 5 ethylene oxide units, indicating it's derived through the process of ethoxylation.

u. **Disodium Laureth Sulfosuccinate** is an ethoxylated ingredient. It's specifically the disodium salt of an ethoxylated lauryl alcohol half ester of sulfosuccinic acid. The "Laureth" part of its name indicates that it's derived from lauryl alcohol that has been ethoxylated (meaning it has been reacted with ethylene oxide to create a polyethylene glycol chain).

v. **Disteareth-75 IPDI** is an ethoxylated ingredient; the "Steareth-75" portion indicates that it is a fatty alcohol that has been ethoxylated, meaning ethylene oxide has been added to its chemical structure to modify its properties.

w. **Ethylene/propylene/styrene Copolymer** contains styrene. It is a synthetic polymer that contains ethylene, propylene, and styrene monomers that has been terminated by hydrogenation.

x. **Glyceryl Acrylate/Acrylic Acid Copolymer** is an acrylate ingredient. It's a copolymer (a polymer made from multiple monomers) that incorporates acrylic acid and glyceryl acrylate.

y. **Glycereth-7 Caprylate/Caprate** is an ethoxylated ingredient. It's specifically an ethoxylated glycerine derivative, meaning it's derived from glycerin and has been modified by the addition of ethylene oxide (ethoxylation).

z. **Gratissima (Avocado) Oil Acrylates/C10-30 Alkyl Acrylate** is an acrylate-based polymer. It's a crosspolymer that contains acrylic acid units, making it a type of acrylate.

aa. **Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer** is an acrylate ingredient. It's a synthetic polymer made up of acryloyldimethyl taurate and sodium hydroxyethyl acrylate monomers.

bb. **Hydrogenated Styrene/Isoprene Copolymer** is a type of copolymer that contains styrene as one of its components. It's a complex molecule created by combining styrene and isoprene, then undergoing a process called hydrogenation.

cc. **Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone** is an ethoxylated ingredient. It contains PEG-9, which stands for polyethylene glycol, indicating that it has undergone a process called ethoxylation. This process involves adding ethylene oxide to a molecule, in this case, to modify the polydimethylsiloxyethyl dimethicone.

dd. **Laureth-3** is an ethoxylated ingredient, meaning it is produced through a process called ethoxylation where ethylene oxide is added to lauryl alcohol, making it a member of the ethoxylated fatty alcohol group; the "3" in Laureth-3 indicates the number of ethylene oxide molecules added during the process.

ee. **Laureth-4** is an ethoxylated ingredient, meaning it is derived from lauryl alcohol through a process called ethoxylation where ethylene oxide is added to the molecule; the "4" in Laureth-4 indicates the average number of repeating ethylene oxide units in the molecule.

ff. **Laureth-7** is an ethoxylated ingredient. It's specifically an ethoxylated lauryl alcohol, meaning it's created by adding ethylene oxide to lauryl alcohol (derived from coconut or palm oil).

gg. **Laureth-12** is an ethoxylated ingredient. It's specifically an ethoxylated fatty alcohol, meaning it's derived from lauryl alcohol through a process called ethoxylation, where ethylene oxide is added to the lauryl alcohol molecule.

hh. **Laureth-13** is an ethoxylated ingredient. The "-eth" suffix in its name indicates that it's an alcohol ethoxylate, meaning it's derived from an alcohol (in this case, lauryl alcohol) that has been reacted with ethylene oxide (ethoxylated).

ii. **Laureth-21** is an ethoxylated ingredient. It's a polyethylene glycol ether of lauryl alcohol, meaning it's created by reacting lauryl alcohol with ethylene oxide (EO), a process called ethoxylation. The "21" in Laureth-21 refers to the average number of ethylene oxide units in the molecule.

jj. **Laureth-23** is an ethoxylated ingredient. It's a polyethylene glycol ether of lauryl alcohol, meaning it's created through the process of ethoxylation, where 23 moles of ethylene oxide is added to lauryl alcohol.

kk. **Lauryl PEG-8 Dimethicone** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative of dimethicone, meaning it's created by chemically attaching polyethylene glycol chains to dimethicone through a process called ethoxylation.

ll. **Lauryl PEG-10 Tris (Trimethylsiloxy)silylethyl Dimethicone** is an ethoxylated ingredient because it contains PEG-10, which stands for polyethylene glycol with an average of 10 moles of ethylene oxide.

mm.     **Methyl Methacrylate Crosspolymer** is considered an acrylate ingredient, specifically a type of methacrylate, which is a derivative of acrylic acid. Methacrylates are related to acrylates, both being used in polymers and copolymers, with methacrylates having an extra methyl group attached to the alpha carbon.

nn. **Olive Oil PEG-7 Esters** are an ethoxylated ingredient. They are a product of olive oil transesterified with pre-ethoxylated glycerine.

oo. **PEG-6** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) derivative, and the process of adding ethylene oxide to a base molecule (in this case, often a fatty alcohol or other compound) is called ethoxylation.

pp. **PEG-6 Caprylic/Capric Glycerides** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative of a mixture of mono-, di-, and triglycerides of caprylic and capric acids, meaning it's been modified by the addition of ethylene oxide (ethoxylation).

qq. **PEG-6 Isostearate** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) derivative, meaning it's created through a process called ethoxylation, where ethylene oxide is added to another compound (in this case, isostearic acid).

rr. **PEG-7 Glyceryl Cocoate** is an ethoxylated ingredient. It's specifically an ethoxylated derivative of glyceryl cocoate, meaning it's created by reacting glyceryl cocoate (derived from glycerol and coconut oil) with ethylene oxide.

ss. **PEG-7 Trimethylolpropane Coconut Ether** is an ethoxylated ingredient because it is a polyethylene glycol (PEG) compound. PEG compounds are created through an ethoxylation process.

tt. **PEG-8** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) derivative, and the process of adding ethylene oxide to a base molecule (in this case, often a fatty alcohol or other compound) is called ethoxylation.

uu. **PEG-8 Beeswax** is an ethoxylated ingredient. It's a derivative of natural beeswax that's created by combining beeswax with polyethylene glycol (PEG).

vv. **PEG-8 Dimethicone** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative of dimethicone, meaning it's created through a process called ethoxylation, where ethylene oxide is added to dimethicone.

ww.    **PEG-8 Laurate** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) ester of lauric acid, meaning it's created through the process of ethoxylation, where ethylene oxide is added to lauric acid.

xx.    **PEG-8/SMDI Copolymer** is considered an ethoxylated ingredient because it contains PEG-8, which is a polyethylene glycol derivative and a product of ethoxylation. Ethoxylation is a process that involves adding ethylene oxide to other molecules, in this case, to create the PEG-8 component.

yy.    **PEG-10** is an ethoxylated ingredient. PEG stands for polyethylene glycol, and the process of adding ethylene oxide to a molecule is called ethoxylation. Specifically, PEG-10 indicates that the polyethylene glycol molecule has been ethoxylated with an average of 10 moles of ethylene oxide.

zz.    **PEG-10 Dimethicone** is an ethoxylated ingredient. It's a blend of polyethylene glycol (PEG) and dimethicone, where the PEG portion is created through a process called ethoxylation, which involves the addition of ethylene oxide to a base molecule (in this case, dimethicone).

aaa.    **PEG-10 Isostearate** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) derivative, specifically a polyethylene glycol ester of Isostearic Acid, indicating it's been created through the process of ethoxylation.

bbb.    **PEG-12 Dimethicone** is an ethoxylated ingredient. The "PEG" in its name stands for polyethylene glycol, which is a type of polyether compound created through the process of ethoxylation. This process involves adding ethylene oxide to other molecules, in this case, to a dimethicone base.

ccc.    **PEG-12 Dimethicone/PPG-20** is considered an ethoxylated ingredient because it contains PEG (polyethylene glycol), which is a type of ethoxylated compound. The "PEG-

12" part of the name indicates that it is a polyethylene glycol derivative with a specific average number of ethylene oxide units.

ddd.    **PEG-10 Phytosterol** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative of phytosterols, meaning it's created by attaching ethylene oxide (EO) to phytosterols (plant sterols).

eee.    **PEG-10 Rapeseed Sterol** is an ethoxylated ingredient. Ethoxylated ingredients are chemicals that contain polyethylene glycol (PEG) and ethylene oxide.

fff. **PEG-20 Glyceryl Laurate** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) ether of Glyceryl Laurate, meaning it's been modified through the process of ethoxylation, where ethylene oxide is added to the base molecule (in this case, Glyceryl Laurate).

ggg.    **PEG-20** is an ethoxylated ingredient.  It stands for polyethylene glycol with a specific molecular weight, and the "PEG" itself indicates it's derived through the process of ethoxylation, where ethylene oxide is added to a base molecule.

hhh.    **PEG-20 Glyceryl Triisostearate** is an ethoxylated ingredient because it contains polyethylene glycol (PEG), which is a type of polyether formed through the ethoxylation process (adding ethylene oxide to a molecule).

iii. **PEG-30 Dipolyhydroxystearate** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative, meaning it's created through a process called ethoxylation, where ethylene oxide is added to a fatty acid (in this case, dipolyhydroxystearic acid).

jjj. **PEG-30 Stearate** is an ethoxylated ingredient. It's a blend of polyethylene glycol (PEG) and stearic acid, and PEG itself is produced through a process called ethoxylation, where ethylene oxide is added to other chemicals.

kkk.    **PEG-32** is an ethoxylated ingredient.   It is a derivative resulting from the ethoxylation of polyethylene glycol with moles of ethylene oxide.

lll.  **PEG-40 Hydrogenated Castor Oil** is an ethoxylated ingredient. It's created by ethoxylating (adding an average of 40 moles of ethylene oxide to) hydrogenated castor oil.

mmm.    **PEG-40 Stearate** is an ethoxylated ingredient.  It's specifically created through the ethoxylation process, where ethylene oxide is reacted with stearic acid (a fatty acid) to create the polyethylene glycol (PEG) derivative.

nnn.    **PEG-60 Almond Glycerides** is an ethoxylated ingredient.  Ethoxylated ingredients contain ethylene glycol, which is identified by the prefix "PEG" (polyethylene glycol).

ooo.    **PEG-60 Hydrogenated Castor Oil** is an ethoxylated ingredient. It's created by ethoxylating (adding an average of 60 moles of ethylene oxide to) hydrogenated castor oil.

ppp.    **PEG-75 Stearate** is an ethoxylated ingredient used in cosmetics and personal care products, specifically as an emulsifier, surfactant, and conditioning agent. It's essentially a blend of polyethylene glycol (PEG) and stearic acid, creating a compound that helps to blend oil and water in products, improve texture, and provide cleansing and moisturizing benefits.

qqq.    **PEG-80 Sorbitan Laurate** is an ethoxylated ingredient.  It's specifically an ethoxylated sorbitan ester of lauric acid, meaning it's created by attaching polyethylene glycol (PEG) chains to sorbitan laurate through a process called ethoxylation.

rrr. **PEG-90** is an ethoxylated ingredient. It's a type of polyethylene glycol (PEG), which is created through a process called ethoxylation, where ethylene oxide is added to a base molecule (in this case, it's often a base like glycerol or a fatty alcohol).

sss.**PEG-90m** is an ethoxylated ingredient. It's a type of polyethylene glycol (PEG), which is created through the process of ethoxylation, where ethylene oxide is reacted with water or other compounds.

ttt. **PEG-100 Stearate** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) ester of stearic acid, meaning it's created through the process of ethoxylation, where ethylene oxide is added to stearic acid.

uuu.     **PEG-120 Methyl Glucose Dioleate** is an ethoxylated ingredient. It's specifically described as the polyethylene glycol ether of the diester of methylglucose and oleic acid, meaning it's been modified through the addition of ethylene oxide (ethoxylation).

vvv.     **PEG-150** is an ethoxylated ingredient. It's specifically a polyethylene glycol (PEG) derivative, meaning it's created through a process called ethoxylation, where ethylene oxide is added to another molecule (in this case, often a fatty acid like stearic acid).

www.     **PEG-150 Distearate** is an ethoxylated ingredient. It's a polyethylene glycol (PEG) diester of stearic acid, meaning it's created by reacting stearic acid with polyethylene glycol (which is itself made by adding ethylene oxide to water).

xxx.     **PEG-150 Pentaerythrityl Tetrastearate** is an ethoxylated ingredient. It is produced by reacting pentaerythritol with ethylene oxide (ethoxylation) and then esterifying the resulting ethoxylated pentaerythritol with stearic acid.

yyy.     **PEG 200 Hydrogenated Glyceryl Palmate** is an ethoxylated ingredient. It is a polyethylene glycol (PEG) derivative, specifically meaning it's created by reacting hydrogenated glyceryl palmate (derived from palm oil) with ethylene oxide, a process called ethoxylation.

zzz.     **PEG/PPG-18/18 Dimethicone** is an ethoxylated ingredient.  It's a silicone polymer made from polyethylene glycol, polypropylene glycol, and dimethicone. It's an ethoxylated and propoxylated silicone emulsifier.

aaaa.     **PEG/PPG/Polybutylene Glycol-8/5/3 Glycerin** is an ethoxylated ingredient. It specifically indicates that glycerin has been ethoxylated (meaning ethylene oxide has been

added to it), as well as propoxylated (propylene oxide added) and reacted with polybutylene glycol.

bbbb.    **Phenoxyethanol** is an ethoxylated ingredient, meaning it's produced through a process involving ethylene oxide.  It may contain carcinogenic byproducts 1,4-dioxane and ethylene oxide.

cccc.    **Poly C10-30 Alkyl Acrylate** is an acrylate ingredient. It's a polymer derived from acrylic acid and specifically, it's a type of acrylate polymer created by combining acrylic acid with C10-30 alkyl esters.

dddd.    **Polyacrylate-33** is an acrylate ingredient. It's a type of polymer or copolymer based on acrylic acid and potentially other monomers, making it part of the broader family of acrylate materials.  The production of Polyacrylate-33 involves a process known as polymerization, where monomers (small, single molecules) of acrylate compounds are chemically bonded together to form a large, chain-like molecule.

eeee.    **Polyethylene** is an ethoxylated ingredient. It's created through a process called ethoxylation, where ethylene oxide is added to a substrate (in this case, often water or other alcohols).

ffff.    **Polymethyl Methacrylate** is an acrylate, specifically a type of acrylic resin, and is often referred to as "acrylic." It is a polymer derived from the monomer methyl methacrylate (MMA), which is a key component in the family of acrylic resins.

gggg.    **Polyphosphorylcholine Glycol Acrylate** is an acrylate ingredient. It contains "acrylate" in its name, indicating it's a polymer or copolymer derived from acrylic acid or its esters.  This ingredient is a polymer, meaning it's a large molecule made up of repeating smaller units (monomers).  In this case, the monomers are related to acrylate and phosphorylcholine, which are incorporated into a glycol backbone.

hhhh.    **Polysorbate 20** is an ethoxylated ingredient. It's specifically formed by the ethoxylation of sorbitan monolaurate, meaning it involves the addition of ethylene oxide to sorbitan monolaurate.

iiii. **Polysorbate 40** is an ethoxylated ingredient. It's derived from sorbitan, a derivative of sorbitol, that's esterified with palmitic acid and then ethoxylated (meaning it's reacted with ethylene oxide).

jjjj. **Polysorbate 60** is an ethoxylated ingredient. It's produced through a process called ethoxylation, where ethylene oxide is added to sorbitan (a derivative of sorbitol) before being esterified with fatty acids.

kkkk.    **Polysorbate 80** is an ethoxylated ingredient. It's specifically created through a process called ethoxylation, where sorbitan is reacted with ethylene oxide to create a polyether chain (also known as polyoxyethylene or PEG) attached to the sorbitan molecule.

llll. **Polystyrene** contains styrene.  Styrene is the main component of polystyrene.  Polystyrene is a homopolymer made up of styrene units.

mmmm.    **PPG-5-Ceteth-20** is an ethoxylated ingredient. It's specifically a polyoxypropylene, polyoxyethylene ether of cetyl alcohol, meaning it's created through the ethoxylation process where ethylene oxide is added to cetyl alcohol (a fatty alcohol).

nnnn.    **PPG-15 Stearyl Ether** is considered an ethoxylated ingredient because it's a polypropylene glycol (PPG) ether, which means it is derived from the reaction of stearyl alcohol with propylene oxide (a type of alkylene oxide).

oooo.    **PPG-26-Buteth-26** is considered an ethoxylated ingredient because it contains a polyoxyethylene component (indicated by "Buteth") which is derived from ethylene oxide.

pppp.    **Propylene Glycol (PEG)** is an ethoxylated ingredient. It is produced through a process called ethoxylation, where ethylene oxide is added to other molecules like alcohols or phenols.

qqqq.    **Sodium Acrylate/Sodium Acryloyldimethyl Taurate Copolymer** is an acrylate ingredient. It's a synthetic polymer made from sodium acrylate and other acrylate monomers.

rrrr.    **Sodium Benzotriazolyl Butylphenol Sulfonate** is considered a type of alkylphenol because it contains a "butylphenol" component, which is a specific type of alkylphenol where the alkyl group is butyl (a four-carbon chain) attached to a phenol molecule; essentially, it's a derivative of alkylphenols. "Sodium..." refers to a sodium salt. "Butyl" normally refers to butanol (1-butanol or n-butanol) as an alcoholic component or generally a saturated hydrocarbon chain with 4 carbon atoms. This ingredient contains phenol (hydroxybenzene) as alcoholic component. Sulfonates are salts or esters of sulphonic acids (alkane sulfonic acids, alkyl sulphuric acids; aromatic sulfonic acids).

ssss.    **Sodium Polyacrylate Starch** is an acylate ingredient because it's a polymer of sodium acrylate grafted onto starch.

tttt.    **Sodium Polyacrylate** is an acrylate ingredient. It's a polymer made up of chains of acrylate compounds.

uuuu.    **Sodium Polystyrene Sulfonate** contains styrene. It is a polymer made from 4-styrene sulfonate monomers.

vvvv.    **Sodium Trideceth Sulfate** is an ethoxylated ingredient. It's specifically the sodium salt of sulfated ethoxylated tridecyl alcohol, meaning it's created through a process called ethoxylation where ethylene oxide is added to tridecyl alcohol.

wwww.    **Streareth-2** is considered an ethoxylated ingredient, meaning it is derived from a fatty alcohol (stearyl alcohol) that has been reacted with ethylene oxide to create a polyethylene glycol chain, making it a surfactant with emulsifying properties; the "2" in Steareth-2 indicates the degree of ethoxylation, meaning it has a relatively short ethylene oxide chain attached to the molecule.

xxxx.    **Steareth-10** is an ethoxylated ingredient; it is a polyethylene glycol ether of stearyl alcohol, meaning it is derived from stearyl alcohol that has been reacted with ethylene oxide, making it an ethoxylated compound.

yyyy.    **Steareth-20** is an ethoxylated ingredient, meaning it is created through a chemical process called ethoxylation where ethylene oxide is added to a fatty alcohol (in this case, stearyl alcohol) to produce a surfactant with emulsifying properties.

zzzz.    **Steareth-21** is an ethoxylated ingredient; it is a surfactant made by combining stearyl alcohol with ethylene oxide, which is the process of ethoxylation, and the "21" indicates the average number of ethylene oxide units added to the molecule.

aaaaa.    **Styrene/Acrylates Copolymer** contains styrene.  It is a synthetic polymer made of styrene and acrylate monomers.

70.    No product represented as made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" as part of the "Conscious Beauty® at Ulta Beauty®" program should contain any of these ingredients that are prohibited by Ulta Beauty's "Made Without List™."  And yet, the Ulta Products contain the following, non-exhaustive, list of ingredients that are prohibited by Ulta Beauty's "Made Without List™":

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| af94 - Acid Patch Salicylic Acid Pimple Patches | Ulta Beauty | Laureth-7<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| af94 - Talkback Pout Pleaser Lip Mask \| Ulta Beauty | Hydrogenated Styrene/Isoprene Copolymer Phenoxyethanol |
| Aveeno - 1.7 oz Calm + Restore Oat Gel Moisturizer \| Ulta Beauty | Phenoxyethanol Laureth-7 |
| Aveeno - Calm + Restore Age Renewal Eye Gel for Sensitive Skin, Fragrance Free \| Ulta Beauty | Laureth-7 Sodium Polyacrylate |
| Aveeno - Calm + Restore Age Renewal Serum for Sensitive Skin, Fragrance Free \| Ulta Beauty | Laureth-7 |
| Aveeno - Calm + Restore Daily Moisturizer Mineral Sunscreen with Broad Spectrum SPF 30 \| Ulta Beauty | PEG-100 Stearate Phenoxyethanol Aluminum Hydroxide |
| Aveeno - Calm + Restore Makeup Remover Wipes \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides Polysorbate 20 Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Aveeno - Calm + Restore Nourishing Oat Facial Cleanser \| Ulta Beauty | Polysorbate 20 Acrylates/C10-30 Alkyl Acrylate Crosspolymer Phenoxyethanol Sodium Polyacrylate |
| Aveeno - Calm + Restore Redness Relief Cream, Face Moisturizer \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol Laureth-7 |
| Aveeno - Calm + Restore Triple Oat Serum \| Ulta Beauty | Phenoxyethanol Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Avène - 6.7 oz (tube) Cleanance Cleansing Gel \| Ulta Beauty | Ceteareth-60 Myristyl Glycol PEG-7 Glyceryl Cocoate Polysorbate 20 PEG-6 PPG-26-Buteth-26 |
| Avène - Cicalfate HANDS Restorative Hand Cream \| Ulta Beauty | Aluminum Sucrose Octasulfate PEG-7 Glyceryl Cocoate Aluminum Starch Octenylsuccinate Phenoxyethanol |
| Avène - Cicalfate LIPS Restorative Lip Cream \| Ulta Beauty | Aluminum Sucrose Octasulfate |
| Avène - CleananceHYDRA Soothing Cream \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Avène - Honey Mineral Tinted Compact SPF 50 \| Ulta Beauty | Polyethylene<br>Polymethyl Methacrylate<br>Phenoxyethanol |
| Avène - Hydrance LIGHT Emulsion \| Ulta Beauty | Propylene Glycol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 60 |
| Avène - Hydrance RICH Hydrating Cream \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 20 |
| Avène - Retrinal Eye Cream \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>PEG-100 Stearate<br>Ceteareth-33 |
| Avène - RICH Revitalizing Nourishing Cream \| Ulta Beauty | Polysorbate 20 |
| Avène - Soothing Eye Contour Cream \| Ulta Beauty | PEG-12 |
| Bali Body - Dark Instant Tan Cream \| Ulta Beauty | Laureth-7<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer Phenoxyethanol |
| Bali Body - Everyday Gradual Tan Body Moisturizer \| Ulta Beauty | Phenoxyethanol |
| Bali Body - Hydrating Face Self Tan Mist Ultra Dark \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Bali Body - Illuminating Bronzing Serum \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Bali Body - Light Medium Instant Airbrush Tan Wash Off \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Bali Body - Natural Tinted Bronzing Super Serum SPF 30 \| Ulta Beauty | Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone<br>PEG/PPG-18/18 Dimethicone<br>Phenoxyethanol |
| Bali Body - No Transfer Self Tan Light to Dark Body Mist \| Ulta Beauty | Phenoxyethanol |
| Bali Body - Self Tanning Body Milk \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Bali Body - Tinted Hydrating Self Tan Body Serum Dark \| Ulta Beauty | Phenoxyethanol<br>Ceteareth-20 |
| Bali Body - Ultra Dark Express Aerated Self Tan Foam \| Ulta Beauty | Propylene Glycol<br>PEG-60 Hydrogenated Castor Oil<br>Polysorbate 20<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Banila Co - Clean it Zero Enriching Butter Cleansing Balm \| Ulta Beauty | Aluminum Hydroxide |
| Banila Co - Clean It Zero Firming Cleansing Balm \| Ulta Beauty | PEG-20 Glyceryl Triisostearate PEG-10 Isostearate Phenoxyethanol |
| bareMinerals - 1.7 oz SKINLONGEVITY Long Life Herb Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 20 Phenoxyethanol |
| bareMinerals - Ageless 10% Phyto ProCollagen Firming Anti-Age Cream \| Ulta Beauty | Phenoxyethanol |
| bareMinerals - Ageless 10% Phyto ProCollagen Firming Sleeping Mask \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 60 Phenoxyethanol. |
| bareMinerals - AGELESS Phyto-AHA Radiance Facial \| Ulta Beauty | Polysorbate 60 Phenoxyethanol |
| bareMinerals - Ageless Phyto-Retinol Eye Cream \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| bareMinerals - Ageless Phyto-Retinol Face Cream \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| bareMinerals - Buttercream 03 COMPLEXION RESCUE Tinted Moisturizer Mineral SPF 30 \| Ulta Beauty | Polysorbate 60 Phenoxyethanol |
| bareMinerals - Cinnamon COMPLEXION RESCUE Natural Matte Tinted Moisturizer Mineral SPF 30 \| Ulta Beauty | Polysorbate 60 Aluminum Hydroxide Phenoxyethanol |
| bareMinerals - Mini SKINLONGEVITY Long Life Herb Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 20 Phenoxyethanol |
| bareMinerals - Opal 01 Mini COMPLEXION RESCUE Tinted Moisturizer Mineral SPF 30 \| Ulta Beauty | Polysorbate 60 Phenoxyethanol |
| bareMinerals - Poreless Clay Cleanser \| Ulta Beauty | PEG-32 PEG-6 Phenoxyethanol |
| bareMinerals - Poreless Oil-Free Moisturizer \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| bareMinerals - Pure Plush Gentle Deep Cleansing Foam \| Ulta Beauty | PEG-8<br>Sodium Polyacrylate Starch<br>Phenoxyethanol |
| bareMinerals - Pureness Gel Cleanser \| Ulta Beauty | Phenoxyethanol |
| bareMinerals - SKIN RESCUE Pure Glow Serum with 10% Vitamin C Complex and Rainbow Seaweed \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Sodium Benzotriazolyl Butylphenol Sulfonate<br>Phenoxyethanol |
| bareMinerals - SKIN RESCUE Pure Moisture Serum with 1% PGA and Plant Algae \| Ulta Beauty | Phenoxyethanol |
| bareMinerals - SKINLONGEVITY Long Life Herb Eye Treatment \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Sodium Polyacrylate<br>Phenoxyethanol |
| bareMinerals - SKINLONGEVITY Long Life Herb Night Treatment \| Ulta Beauty | Phenoxyethanol |
| bareMinerals - Skinlongevity Phyto-Vitamin C Brightening Moisturizer Mineral SPF 30 \| Ulta Beauty | Phenoxyethanol |
| bareMinerals - SMOOTHNESS Bare Haven Soft Moisturizer \| Ulta Beauty | Polysorbate 60<br>Polysorbate 20<br>Phenoxyethanol |
| bareMinerals - SMOOTHNESS Hydrating Cleansing Oil \| Ulta Beauty | Phenoxyethanol |
| BeautyBio - Bright Eyes Depuffing and Brightening Eye Gels \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| BeautyBio - Bronzing Blendrops SPF 46 Priming Drops \| Ulta Beauty | Phenoxyethanol |
| BeautyBio - Clarifying Booster - Salicylic Acid Treatment Serum \| Ulta Beauty | Polyphosphorylcholine Glycol Acrylate<br>Sodium Polyacrylate<br>Phenoxyethanol |
| BeautyBio - Eye Want It All Face + Eye Rejuvenation Set \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol, Sodium Polyacrylate<br>Steareth-20<br>Steareth-10 |
| BeautyBio - Get That Glow GloPRO Facial Microneedling Discovery Set \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| BeautyBio - GloPRO Skin Prep Pads Clarifying Skin Cleansing Wipes with Peptides \| Ulta Beauty | Polysorbate 60<br>Polysorbate 80 |
| BeautyBio - Plumping Booster Hyaluronic Acid Supercharged Complex \| Ulta Beauty | Phenoxyethanol |
| BeautyBio - R45 The Reversal 3-Phase Retinol Booster System \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| BeautyBio - The Balance pH Balancing Gel Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| BeautyBio - The Daily Acid-Free Vitamin C Brightening Serum \| Ulta Beauty | Phenoxyethanol |
| BeautyBio - The Nightly Retinol Repair Serum \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil |
| BeautyBio - The Pout Sparkling Rosé Volumizing Lip Serum \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Phenoxyethanol |
| BeautyBio - The Quench Eye Pro-Strength Brightening Balm \| Ulta Beauty | PEG-100 Stearate<br>Steareth-10<br>Steareth-20<br>Sodium Polyacrylate<br>Phenoxyethanol |
| BeautyBio - The Quench Rapid Recovery Face Cream \| Ulta Beauty | Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone<br>PEG/PPG-18/18 Dimethicone<br>PEG-10 Dimethicone<br>Phenoxyethanol |
| BeautyBio - The Sculptor Firming Body Cream \| Ulta Beauty | Polysorbate 60<br>Phenoxyethanol |
| BeautyBio - The ZenBubble Oil-Free Calming Gel Cream \| Ulta Beauty | Phenoxyethanol |
| BeautyBio - ZenBubble Bi-Phase Toner Serum \| Ulta Beauty | Phenoxyethanol |
| Beautycounter - No 8 Dew Skin Tinted Moisturizer \| Ulta Beauty | Phenoxyethanol |
| BeautyStat Cosmetics - 1.0 oz Probiotic 24HR Moisture Boost Cream Moisturizer \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Laureth-7<br>Phenoxyethanol |
| Beekman 1802 - Potato Peel Rapid Resurfacing Milk Facial \| Ulta Beauty | Polysorbate 20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Beekman 1802 - Pure Goat Milk Bodycare Gift Set \| Ulta Beauty | Phenoxyethanol<br>Steareth-21<br>Polysorbate 20<br>Phenoxyethanol<br>Polysorbate 60 |
| Beekman 1802 - Pure Goat Milk Facial Cleansing Wipes \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Beekman 1802 - Travel Size Potato Peel Rapid Resurfacing Milk Facial \| Ulta Beauty | Polysorbate 20 |
| belif - Moisturizing Eye Bomb Eye Cream \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 60<br>Polysorbate 20 |
| belif - The True Cream - Aqua Bomb Hydrating Moisturizer \| Ulta Beauty | PEG-150<br>PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60<br>PEG-100 Stearate |
| belif - Travel Size The True Cream Aqua Bomb Hydrating Moisturizer \| Ulta Beauty | PEG-150<br>PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60<br>PEG-100 Stearate |
| Benefit Cosmetics - The POREfessional Speedy Smooth Pore Mask \| Ulta Beauty | Polysorbate 60 |
| Black Girl Sunscreen - Fragrance Free Moisturizing Sunscreen Lotion SPF 30 \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Acrylates/C12-22 Alkyl Methacrylate Copolymer<br>Phenoxyethanol<br>Propylene Glycol |
| Black Girl Sunscreen - Kids Moisturizing Broad Spectrum SPF 50 \| Ulta Beauty | Acrlates/C10-30 Alkyl Acryate Crosplomer<br>Acrylates/C12-22 Alkyl Methacrylate Copolymer<br>Phenoxyethanol<br>Propylene Glycol |
| Bliss - Disappearing Act Niacinamide PC + Pore Vanish Micro Purifying Toner \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Polysorbate 20<br>PEG-40 Hydrogenated Castor Oil<br>Polysorbate 20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Phenoxyethanol<br>PEG-40 Hydrogenated Castor Oil<br>Polysorbate 20<br>Phenoxyethanol |
| Bliss - Rest Assured Dark Circle Reducing & Depuffing Eye Cream \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Bliss - Skin Euphoria All-In-One Perfecting Daily Serum \| Ulta Beauty | Polysorbate 60<br>Phenoxyethanol |
| BLUME - Milky Fade Spot and Scar Serum \| Ulta Beauty | Phenoxyethanol |
| Bubble - 1.7 oz Slam Dunk Hydrating Moisturizer \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol. |
| Bubble - 4.2 oz Fresh Start Gel Cleanser \| Ulta Beauty | Acrylates/Steareth-20 Methacrylate Copolymer<br>Phenoxyethanol |
| Bubble - Cloud Surf Water Cream Moisturizer \| Ulta Beauty | Phenoxyethanol |
| Bubble - Inside Out 2: Day Dream Tone and Texture Serum \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Bubble - Magic Melt Micellar Milk \| Ulta Beauty | Phenoxyethanol |
| Bubble - Rise and Shine Brightening Kit \| Ulta Beauty | Acrylates/Steareth-20 Methacrylate Copolymer<br>Phenoxyethanol |
| Bubble - Super Cuties Trial Kit \| Ulta Beauty | Day Dream: Sodium Polyacrylate, Phenoxyethanol<br><br>Fresh Start: Acrylates/Steareth-20 Methacrylate Copolymer, Phenoxyethanol<br><br>Slam Dunk: Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Phenoxyethanol<br><br>Cloud Surf: Phenoxyethanol<br><br>Over Night: Phenoxyethanol<br><br>Morning Rays: Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Bubble - Water Slide Hydration Boosting Serum Hyaluronic Acid + Peptides \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| Bushbalm - Curve Firming Cream \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Buttah Skin - AHA/BHA Rosewater Toner \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Buttah Skin - Body Trio Kit Black Gold \| Ulta Beauty | BODY WASH: Polysorbate 60, Laureth-3, Phenoxyethanol |
| Buttah Skin - Body Trio Kit Oatmeal \| Ulta Beauty | OATMEAL COCOSHEA CLEANSING BAR: Propylene Glycol<br><br>BODY WASH: Polysorbate 60, Laureth-3, Phenoxyethanol |
| Buttah Skin - Charcoal Detox Mask \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| Buttah Skin - Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| Buttah Skin - CocoShea Revitalizing Cream \| Ulta Beauty | Polysorbate 60<br>Laureth-3<br>Steareth-2<br>Steareth-21<br>Steareth-21<br>Polysorbate 20<br>PEG/PPG-18/18 Dimethicone<br>Phenoxyethanol |
| Buttah Skin - Oil Free Gel-Cream Moisturizer \| Ulta Beauty | Propylene Glycol<br>Polysorbate 20<br>Phenoxyethanol |
| Buttah Skin - Skin Transforming Cocoshea 3 Piece Kit \| Ulta Beauty | BUTTAH SKIN CLEANSER: Disodium Laureth Sulfosuccinate, Phenoxyethanol<br><br>BUTTAH SKIN VITAMIN C SERUM: Polysorbate 20, Propylene Glycol, Phenoxyethanol, PEG/PPG-18/18 Dimethicone, Laureth-23<br><br>COCOSHEA REVITALIZING CREAM: Polysorbate 60, Laureth-3, Steareth-2, Steareth-21, Steareth-21, Polysorbate 20, |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | PEG/PPG-18/18 Dimethicone, Phenoxyethanol |
| Buttah Skin - Skin Transforming Kit with Facial Shea Butter \| Ulta Beauty | BUTTAH SKIN CLEANSER: Disodium Laureth Sulfosuccinate, Phenoxyethanol

BUTTAH SKIN VITAMIN C SERUM: Polysorbate 20, Propylene Glycol, Phenoxyethanol, PEG/PPG-18/18 Dimethicone, Laureth-23 |
| Buttah Skin - Vibe and Cleanse 2 Piece Kit \| Ulta Beauty | BUTTAH SKIN CLEANSER: Disodium Laureth Sulfosuccinate, Phenoxyethanol |
| Buttah Skin - Vitamin C Serum \| Ulta Beauty | Polysorbate 20
Propylene Glycol
Phenoxyethanol, PEG/PPG-18/18 Dimethicone
Laureth-23 |
| BYOMA - Moisturizing Gel Cream SPF30 \| Ulta Beauty | Poly C10-30 Alkyl Acrylate |
| CeraVe - Acne Foaming Cream Cleanser with 4% BPO for Acne Prone Skin \| Ulta Beauty | Propylene Glycol
Phenoxyethanol |
| CeraVe - Alcohol-Free No Rinse Hydrating Facial Toner for Sensitive & Dry Skin \| Ulta Beauty | Phenoxyethanol |
| CeraVe - Hydrating Foaming Oil Cleanser, Water-Based Face Wash for Dry Skin \| Ulta Beauty | PEG-200 Hydrogenated Glyceryl Palmate
PEG-120 Methyl Glucose Dioleate
Polysorbate 20
PEG-7 Glyceryl Cocoate
PEG-150 Pentaerythrityl Tetrastearate
PEG-6 Caprylic/Capric Glycerides. |
| CeraVe - Makeup Removing Cleansing Balm with Jojoba Oil for All Skin Types \| Ulta Beauty | Polyethylene
PEG-20 Glyceryl Triisostearate
Polysorbate 20
PEG-30 Dipolyhydroxystearate
PPG-26-Buteth-26
EG-40 Hydrogenated Castor Oil |
| Clarins - Super Restorative Day Moisturizer \| Ulta Beauty | PEG-100 Stearate |
| cocokind - Beginner Retinol Gel \| Ulta Beauty | Phenoxyethanol |
| cocokind - Chlorophyll Discoloration Serum \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| COSRX - 3.52 oz Advanced Snail 92 All In One Cream \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| COSRX - Advanced Snail 96 Mucin Power Essence \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| COSRX - Advanced Snail Hydrogel Eye Patch \| Ulta Beauty | PEG-90m |
| COSRX - Low pH Good Morning Gel Cleanser \| Ulta Beauty | Polysorbate 20 |
| COSRX - The AHA BHA PHA LHA 35 Peel with Vitamins B5 & B12 \| Ulta Beauty | Polysorbate 60 |
| COSRX - The Snail Booster Kit \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol. |
| COSRX - Travel Size Advanced Snail 96 Mucin Power Essence \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| CoverGirl - Bliss You Berry Clean Fresh Tinted Lip Balm \| Ulta Beauty | Polyethylene |
| CoverGirl - Clean Fresh Skincare Priming Glow Mist \| Ulta Beauty | Polysorbate 80 |
| DERMA E - Acne Blemish Control Treatment Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| DERMA E - Acne Deep Pore Salicylic Acid Cleansing Wash \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>PEG-150 Distearate<br>Polysorbate 20<br>Phenoxyethanol |
| DERMA E - Advanced Peptides and Flora-Collagen Moisturizer \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Advanced Peptides and Flora-Collagen Night Moisturizer \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Anti-Acne Oil-Control Matte Moisturizer with Salicylic Acid \| Ulta Beauty | Polysorbate 60<br>Polysorbate 20<br>Phenoxyethanol |
| DERMA E - Anti-Aging Regenerative Retinol Serum \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Anti-Wrinkle Cleanser with Retinol \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Anti-Wrinkle Retinol Concentrated Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| DERMA E - Anti-Wrinkle Retinol Eye Treatment \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| DERMA E - Anti-Wrinkle Retinol Renewal Cream \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| DERMA E - Anti-Wrinkle Retinol Scrub with Glycolic Acid \| Ulta Beauty | Polysorbate 60 Phenoxyethanol |
| DERMA E - Dead Sea Salt Microdermabrasion Scrub \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Discovery Kit On-The Glow Minis \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Essentials Radiance Toner with Glycolic Acid \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| DERMA E - Hydrating Gentle Cleanser with Hyaluronic Acid \| Ulta Beauty | Disodium Laureth Sulfosuccinate Phenoxyethanol |
| DERMA E - No-Dark-Circles Perfecting Eye Cream \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Pure Biome Balancing Eye Cream \| Ulta Beauty | Polyethylene Phenoxyethanol |
| DERMA E - Scar Gel with Pathenol and Allantoin \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| DERMA E - Tea Tree Oil Scalp Relief Treatment \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Ultra Hydrating Antioxidant Day Cream with Hyaluronic Acid \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Ultra Hydrating Hyaluronic Acid Dewy Skin Serum \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C 10% Multi-Acid Radiance Liquid Peel \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C Broad Spectrum SPF 45 Weightless Moisturizer \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C Concentrated Antioxidant Serum Mini \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C Gentle Daily Cleansing Paste \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C Intense Night Cream \| Ulta Beauty | Phenoxyethanol |
| DERMA E - Vitamin C Radiance-Boosting Renewing Moisturizer \| Ulta Beauty | Phenoxyethanol |
| Dermalogica - 1.7 oz Dynamic Skin Recovery SPF 50 Moisturizer \| Ulta Beauty | Polysorbate 80 Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 60 |
| Dermalogica - 1.7 oz Skin Smoothing Cream Moisturizer \| Ulta Beauty | PEG-100 Stearate |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Acrylates/C10-30 Alkyl Acrylate Crosspolymer \Polysorbate 60 |
| Dermalogica - 3.4 oz Intensive Moisture Balance Moisturizer \| Ulta Beauty | PEG-100 Stearate Phenoxyethanol |
| Dermalogica - Age Smart Reversal Eye Complex \| Ulta Beauty | PEG-100 Stearate Steareth-20 Acrylates/C10-30 Alkyl Acrylate Crosspolymer Polysorbate 20 |
| Dermalogica - Awaken Peptide Depuffing Eye Gel \| Ulta Beauty | Laureth-12 Polysorbate 20 |
| Dermalogica - BioLumin-C Vitamin C Eye Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Polysorbate 20 Phenoxyethanol |
| Dermalogica - Circular Hydration Serum with Hyaluronic Acid \| Ulta Beauty | PEG-8 Polysorbate 20 Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| Dermalogica - Circular Hydration Serum with Hyaluronic Acid \| Ulta Beauty | PEG-8 Polysorbate 20 Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| Dermalogica - Clear Start Blackhead Clearing Fizz Mask \| Ulta Beauty | Polyacrylate-33 Phenoxyethanol |
| Dermalogica - Clear Start Breakout Clearing Foaming Wash | Acrylates/Beheneth-25 Polysorbate 20 Phenoxyethanol |
| Dermalogica - Clear Start Breakout Clearing Booster | PPG-15 Stearyl Ether Polysorbate 20 |
| Dermalogica - Clear Start Clarifying Bacne Spray \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| Dermalogica - Conditioning Body Wash Eucalyptus + Lavender \| Ulta Beauty | Disodium Laureth Sulfosuccinate Acrylates/Beheneth-25 Methacrylate Copolymer Phenoxyethanol |
| Dermalogica - Dark Spot Solutions Skincare Kit \| Ulta Beauty | Laureth-21 Polysorbate 80 Acrylates/C10-30 Alkyl Acrylate Crosspolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Dermalogica - Micellar Prebiotic PreCleanse \| Ulta Beauty | Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>PEG-60 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Dermalogica - MultiVitamin Power Recovery Cream \| Ulta Beauty | Polysorbate 20<br>Laureth-23 |
| Dermalogica - MultiVitamin Power Recovery Mask \| Ulta Beauty | PEG-100 Stearate<br>Sodium Polyacrylate<br>Polysorbate 20<br>Propylene Glycol<br>Phenoxyethanol |
| Dermalogica - MultiVitamin Power Recovery Masque \| Ulta Beauty | PEG-100 Stearate<br>Sodium Polyacrylate<br>Polysorbate 20<br>Propylene Glycol<br>Phenoxyethanol |
| Dermalogica - MultiVitamin Thermafoliant Exfoliator Scrub \| Ulta Beauty | PEG-6<br>Olive Oil PEG-7 Esters |
| Dermalogica - Oil to Foam Total Cleanser \| Ulta Beauty | PEG-60 Almond Glycerides<br>PEG-40 Hydrogenated Castor Oil<br>PEG-120 Methyl Glucose Dioleate<br>Polysorbate 20 |
| Dermalogica - Phyto Nature Oxygen Cream \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20 |
| Dermalogica - Porescreen SPF 40 Mineral Sunscreen with Niacinamide \| Ulta Beauty | Lauryl PEG-8 Dimethicone<br>Lauryl PEG-10 Tris (Trimethylsiloxy) silylethyl Dimethicone PEG-10 |
| Dermalogica - PowerBright Dark Spot Peel \| Ulta Beauty | Polysorbate 20 |
| Dermalogica - PowerBright Dark Spot Serum \| Ulta Beauty | Laureth-21 |
| Dermalogica - PowerBright Dark Spot System \| Ulta Beauty | Polysorbate 20 |
| Dermalogica - Powerbright Moisturizer SPF 50 \| Ulta Beauty | Polysorbate 80<br>Polysorbate 60 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br><br>Phenoxyethanol |
| Dermalogica - Prisma Protect SPF 30 Moisturizer \| Ulta Beauty | PEG-100 Stearate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| Dermalogica - Pro-Collagen Banking Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>PEG-40 Hydrogenated Castor Oil Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br><br>Polysorbate 20 |
| Dermalogica - Sensitive Skin Rescue Trio Kit \| Ulta Beauty | Acrylates/ C10-30 Alkyl Acrylate Crosspolymer |
| Dermalogica - Sound Sleep Cocoon Night Gel-Cream \| Ulta Beauty | PEG-10 Dimethicone<br>Phenoxyethanol. |
| Dermalogica - Stress Positive Eye Lift Cream \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>PEG-100 Stearate, Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Phenoxyethanol |
| Dermalogica - Stressed Skin Recovery System \| Ulta Beauty | PEG-100 Stearate<br>Sodium Polyacrylate<br>Propylene Glycol<br>Polysorbate 20<br>Phenoxyethanol |
| Dermalogica - Super Rich Repair Moisturizer Cream \| Ulta Beauty | Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone<br>Phenoxyethanol |
| Dermalogica - Travel Size Dynamic Skin Recovery SPF 50 Moisturizer \| Ulta Beauty | Polysorbate 80<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| Dermalogica - Travel Size Dynamic Skin Retinol Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Polysorbate 20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Laureth-23 |
| Dermalogica - Travel Size Intensive Moisture Balance Moisturizer \| Ulta Beauty | PEG-8<br>PEG-100 Stearate<br>Phenoxyethanol |
| Dermalogica - Travel Size Multi-Active Toner Spray \| Ulta Beauty | Polysorbate 20<br>PEG-12 Dimethicone<br>Phenoxyethanol |
| Dermalogica - Travel Size Skin Smoothing Cream \| Ulta Beauty | PEG-100 Stearate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| Dermalogica - Travel Size Super Rich Repair Moisturizer Cream \| Ulta Beauty | Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone<br>Phenoxyethanol |
| Dermalogica - UltraCalming Serum Concentrate \| Ulta Beauty | Polysorbate 60 |
| DIME - Hyaluronic Acid Serum: Hydrating + Plumping \| Ulta Beauty | Phenoxyethanol |
| DIME - Luminosity Eye Serum: Cucumber + Peptide \| Ulta Beauty | Phenoxyethanol |
| DIME - Shade 01 Tinted Glow Wonderscreen SPF 30 \| Ulta Beauty | Phenoxyethanol |
| DIME - TBT Serum: Mandelic Acid + Peptides \| Ulta Beauty | Phenoxyethanol |
| DIME - Wonderscreen Broad Spectrum SPF 30 \| Ulta Beauty | Phenoxyethanol |
| Dr. Brandt - Bright This Way 24/7 Retinol Eye Cream \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| Dr. Brandt - Bright This Way Triple Active Retinol Cream \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Propylene Glycol |
| Drunk Elephant - 1.6 oz Protini Polypeptide Firming Moisturizer \| Ulta Beauty | Polysorbate 20, Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Drunk Elephant - 1.69 oz T.L.C Framboos Glycolic Resurfacing Night Serum \| Ulta Beauty | Phenoxyethanol |
| Drunk Elephant - A-Passioni Retinol Cream \| Ulta Beauty | Phenoxyethanol<br>Ceteareth-20<br>Laureth-23<br>Steareth-20<br>Polysorbate 20<br>Phenoxyethanol |
| Drunk Elephant - A-Shaba Complex Eye Serum \| Ulta Beauty | Steareth-20<br>Polysorbate 20<br>Laureth-23<br>Phenoxyethanol |
| Drunk Elephant - B-Hydra Intensive Hydration Serum \| Ulta Beauty | Phenoxyethanol |
| Drunk Elephant - Beste No. 9 Jelly Cleanser Mini \| Ulta Beauty | Phenoxyethanol |
| Drunk Elephant - Bouncy Brightfacial Brightening Mask \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Ceteareth-25<br>Phenoxyethanol<br>Polysorbate 60 |
| Drunk Elephant - Ceramighty AF Eye Balm \| Ulta Beauty | Ceteareth-20<br>Phenoxyethanol |
| Drunk Elephant - D-Bronzi Anti-Pollution Bronzing Drops with Peptides \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol<br>Polysorbate 60 |
| Drunk Elephant - E-Rase Milki Micellar Water \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol<br>Polysorbate 20 |
| Drunk Elephant - F-Balm Electrolyte Waterfacial \| Ulta Beauty | Ceteareth-25<br>Phenoxyethanol |
| Drunk Elephant - Hydra and the Bright \| Ulta Beauty | Laureth-23<br>Phenoxyethanol |
| Drunk Elephant - Lala Retro Whipped Cream Mini \| Ulta Beauty | Ceteareth-20<br>Phenoxyethanol |
| Drunk Elephant - Lala Retro Whipped Cream Moisturizer with Ceramides \| Ulta Beauty | Ceteareth-20<br>Phenoxyethanol |
| Drunk Elephant - Lippe Balm \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Drunk Elephant - Protini Polypeptide Cream Mini \| Ulta Beauty | Polysorbate 20<br>Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |
| Drunk Elephant - Protini Powerpeptide Resurfacing Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20 |
| Drunk Elephant - T.L.C. Sukari Babyfacial \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| Drunk Elephant - T.L.C. Sukari Babyfacial Mini \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| DUNE SUNCARE - The Lifeguard - Cooling Aloe Gel \| Ulta Beauty | Gratissima (Avocado) Oil Acrylates/C10-30 Alkyl Acrylate |
| e.l.f. Cosmetics - 3.5 oz Holy Hydration! Makeup Melting Cleansing Balm \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>PEG-10 Isostearate<br>Polysorbate 20<br>Phenoxyethanol |
| ELEMIS - 1-2-3 Glow! Bestsellers Kit \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>PEG-8 Beeswax<br>PEG-60 Almond Glycerides<br>Phenoxyethanol |
| ELEMIS - 6.76 oz Superfood Facial Wash \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| ELEMIS - Mini Dynamic Resurfacing Facial Pads \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol<br>Propylene Glycol |
| ELEMIS - Mini Pro-Collagen Energising Marine Cleanser \| Ulta Beauty | Phenoxyethanol |
| ELEMIS - Mini Superfood Glow Priming Moisturiser \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol<br>Polysorbate 20 |
| ELEMIS - Original Pro-Collagen Cleansing Balm \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>PEG-8 Beeswax<br>PEG-60 Almond Glycerides<br>Phenoxyethanol |
| ELEMIS - Pro-Collagen Eye Revive Mask \| Ulta Beauty | Phenoxyethanol<br>Sodium Polyacrylate |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| ELEMIS - Pro-Collagen Morning Matrix \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| ELEMIS - Pro-Collagen Renewal Serum \| Ulta Beauty | Polysorbate 20<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| ELEMIS - Pro-Collagen Rose Marine Cream \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20 |
| ELEMIS - Superfood Cica Calm Hydration Juice \| Ulta Beauty | PEG-8<br>Sodium Polyacrylate<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol<br>Propylene Glycol |
| Estée Lauder - Nutritious Booster Drops Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Exuviance - 3 in 1 Pore Clarifying Cleanser \| Ulta Beauty | PEG-80 Sorbitan Laurate<br>Laureth-13<br>PEG-150 Distearate<br>PEG-150<br>PEG-40 Hydrogenated Castor Oil<br>Polysorbate 20<br>Phenoxyethanol |
| Exuviance - AGE REVERSE + Rebuild-5 Firming & Moisturizing Face Cream \| Ulta Beauty | PEG-100 Stearate<br>Steareth-10<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>PEG-40 Stearate<br>Polysorbate 60<br>Ceteareth-20<br>Phenoxyethanol |
| Exuviance - AGE REVERSE Hydrafirm Hyaluronic Acid Antiaging Face Moisturizer \| Ulta Beauty | Steareth-2<br>Steareth-20<br>Propylene Glycol<br>Phenoxyethanol |
| First Aid Beauty - 5.0 oz Pure Skin Face Cleanser \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - 8.0 oz Ultra Repair Cream \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| First Aid Beauty - Deep Cleanser with Red Clay \| Ulta Beauty | Acrylates/Steareth-20 Methacrylate Copolymer<br>PEG-120 Methyl Glucose Dioleate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| First Aid Beauty - FAB Pharma BHA Acne Spot Treatment \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 60 |
| First Aid Beauty - Head-To-Toe-FAB Kit \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Hello FAB Coconut Skin Smoothie Priming Moisturizer \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 80<br>Phenoxyethanol |
| First Aid Beauty - Hydrating Eye Cream with Hyaluronic Acid \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Hydrating Serum with Hyaluronic Acid \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Travel Size Pure Skin Face Cleanser \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Ultra Repair Face Moisturizer \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Ultra Repair Face Moisturizer with SPF 30 \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| First Aid Beauty - Ultra Repair Oat & Hemp Seed Dry Oil \| Ulta Beauty | Phenoxyethanol |
| First Aid Beauty - Ultra Repair Wild Oat Hydrating Toner \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Flora & Noor - Berry Oxygen Mask with Glycolic Acid \| Ulta Beauty | Phenoxyethanol |
| Flora & Noor - Bright Side Vitamin C and Hyaluronic Acid Serum \| Ulta Beauty | Phenoxyethanol |
| Flora & Noor - Rose Renewal Tri-Peptide and Ceramide Cleanser \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Flora & Noor - Rose Renewal Tri-Peptide and Ceramide Moisturizer \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Flora & Noor - Super Glow Vitamin C and Niacinamide Gel Moisturizer \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Flora & Noor - Vitamin C Resurfacing Toner \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Ava's Mini & Mighty Essentials Kit \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| florence by mills - Clean Magic Oil-Balancing Face Wash \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| florence by mills - Clear The Way Clarifying Face Wash \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Dreamy Dew Oil-Free Moisturizer \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| florence by mills - Dreamy Drops Clarifying Serum \| Ulta Beauty | Phenoxyethanol<br>Propylene Glycol |
| florence by mills - Dreamy Drops Hydrating Serum \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Episode 2 - Clear the Way Clarifying Toner \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Feed Your Soul Berry in Love Pore Mask \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol<br>Polysorbate 60 |
| florence by mills - Feed Your Soul Love U A Latte Coffee Glow Mask \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Floating Under The Eyes Depuffing Gel Pads \| Ulta Beauty | PEG-60 Hydrogenated Castor Oil<br>Aluminum Hydroxide |
| florence by mills - Happy Days Skincare Set Face Wash \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| florence by mills - Hit Snooze Jelly Hydration Lip Mask \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Look Alive Brightening Eye Cream \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Look Alive Eye Balm \| Ulta Beauty | Steareth-20<br>Phenoxyethanol |
| florence by mills - Magic Micellar Cleansing Gel \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| florence by mills - Plump To It! Hydrating Facial Moisturizer \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Pore Power To You Deep Cleansing Pore Strips \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| florence by mills - See Ya Later! Bi-Phase Eye Makeup Remover \| Ulta Beauty | Phenoxyethanol<br>Propylene Glycol |
| florence by mills - Surfing Under The Eyes Hydrating Treatment Gel Pads \| Ulta Beauty | Phenoxyethanol |
| florence by mills - Travel Size Clean Magic Oil-Balancing Face Wash \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| fresh - 0.5 oz Rose Deep Hydration Face Cream \| Ulta Beauty | Steareth-2<br>Steareth-21<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| fresh - 3.3 oz Black Tea Firming Overnight Mask \| Ulta Beauty | Steareth-21<br>Ceteareth-20<br>Sodium Polyacrylate Starch<br>Sodium Polyacrylate<br>Phenoxyethanol |
| fresh - Black Tea Firming Corset Cream \| Ulta Beauty | Steareth-21<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| fresh - Black Tea Firming Corset Serum \| Ulta Beauty | PEG-150, PEG-6 Caprylic/Capric Glycerides<br>PEG-40 Hydrogenated Castor Oil<br>PEG-90<br>Phenoxyethanol |
| fresh - Dewy Daisy Limited Edition Sugar Tinted Lip Balm \| Ulta Beauty | Aluminum Hydroxide |
| fresh - Smooth, Glowing Skin Favorites On-the-Go Set \| Ulta Beauty | Steareth-2<br>Steareth-21<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| fresh - Sugar Recovery Lip Mask Advanced Therapy \| Ulta Beauty | Polyethylene<br>Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| fresh - Travel Size Vitamin Nectar Glow Juice Antioxidant Face Serum \| Ulta Beauty | Phenoxyethanol |
| Fur - 0.3 oz Ingrown Eliminator Serum Rollerball \| Ulta Beauty | Phenoxyethanol |
| Fur - Ingrown Eliminator Serum \| Ulta Beauty | Phenoxyethanol |
| Garnier - Micellar Skinactive Gentle Peeling Water with 1% PHA & Glycolic Acid \| Ulta Beauty | PEG-32<br>Polysorbate 20 |
| good light - Moon Glow Milky Moisturizing Toning Lotion \| Ulta Beauty | Phenoxyethanol |
| Hanskin - Hyaluron Moisture Cream \| Ulta Beauty | Polysorbate 20<br>Glyceryl Acrylate/Acrylic Acid Copolymer |
| Hanskin - Hyaluron Skin Essence \| Ulta Beauty | Phenoxyethanol |
| Hanskin - Pore Cleansing Balm - AHA \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>Polyethylene<br>PEG-10 Isostearate |
| Hanskin - Pore Cleansing Balm - BHA \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>Polyethylene<br>PEG-10 Isostearate, |
| Hanskin - Pore Cleansing Balm - PHA \| Ulta Beauty | Polyethylene |
| Hempz - Glow Getter Drops of Sunshine Instant Bronzing Drops \| Ulta Beauty | Phenoxyethanol |
| Hempz - Limited Edition Crushed Peppermint Sugar Herbal Lip Balm \| Ulta Beauty | Phenoxyethanol |
| Hempz - Sweet Pineapple & Honey Melon Herbal Body Sunscreen SPF 30 \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| Hempz - Sweet Pineapple & Honey Melon Herbal Body Sunscreen SPF 50 \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| Hempz - Sweet Pineapple & Honey Melon Herbal Lip Balm SPF 15 \| Ulta Beauty | Phenoxyethanol |
| Hempz - Triple Moisture Herbal Lip Balm SPF 15 \| Ulta Beauty | Phenoxyethanol |
| Hero Cosmetics - Mighty Patch for Fine Lines Patches \| Ulta Beauty | Polysorbate 80 |
| Hero Cosmetics - Pimple Correct Acne Clearing Gel Pen \| Ulta Beauty | Sodium Polyacrylate<br>Polysorbate 60 |
| Hero Cosmetics - Rescue Balm +Dark Spot Retouch Post-Blemish Recovery Cream \| Ulta Beauty | Aluminum Hydroxide |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Hero Cosmetics - Rescue Balm +Red Correct Post-Blemish Recovery Cream \| Ulta Beauty | Aluminum Hydroxide |
| Hero Cosmetics - Rescue Balm Post-Blemish Recovery Cream \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Aluminum Hydroxide<br>PEG-10 Dimethicone |
| Hero Cosmetics - Rescue Retinol Nighttime Renewing Cream \| Ulta Beauty | Polysorbate 20. |
| Hey Honey - 24Seven Day & Night Revitalizing Cream \| Ulta Beauty | PEG-100 Stearate<br>Propylene Glycol<br>Polysorbate 80<br>Phenoxyethanol |
| Hey Honey - Boost It Up Honey and Hyaluronic Acid Rich Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20 |
| Hey Honey - Come Clean Propolis & Minerals Facial Scrub \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Laureth-4 |
| Hey Honey - Good Morning Honey Silk Facial Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Laureth-4<br>Phenoxyethanol |
| Hey Honey - Good Night Royal Honey Gel-Facial Replenisher with Coenzyme Q10 \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol<br>Propylene Glycol |
| Hey Honey - Look Into My Eyes Retinol and Propolis Eye Mask \| Ulta Beauty | Phenoxyethanol<br>PEG-100 Stearate<br>Laureth-7<br>Polymethyl Methacrylate |
| Hey Honey - Make A Splash - Intense Hydrating Aqua Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |
| Hey Honey - Open Your Eyes Eye Contour Lifting Fluid \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 80 |
| I Dew Care - Chill Mo-Mint Soothing & Cooling Wash-Off Mask \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| I Dew Care - Cookie O' Glow \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| I Dew Care - Here's To Clearing Clay Exfoliating Sheet Mask \| Ulta Beauty | Sodium Polystyrene Sulfonate |
| I Dew Care - Hydra Vibes 10-Hyaluronic Acid Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| ICONIC LONDON - Original Prep-Set-Glow Hydrating Setting Spray \| Ulta Beauty | PPG-26-Buteth-26, PEG-40 Hydrogenated Castor Oil Phenoxyethanol<br>Propylene Glycol<br>Polysorbate 20, PEG-20 Glyceryl Laurate |
| ICONIC LONDON - Original Prep-Set-Tan Tanning Mousse \| Ulta Beauty | PPG-26-Buteth-26<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol<br>Polysorbate 20<br>PEG-20 Glyceryl Laurate |
| ILIA - Travel Size The Base Face Milk \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| Indeed Labs - 10balm Soothing Cream for Dry & Sensitive Skin \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol. |
| Indeed Labs - Exfoliator II - Facial Powder Exfoliator \| Ulta Beauty | PEG-150<br>Sodium Polyacrylate<br>Phenoxyethanol |
| Indeed Labs - Eysilix II Multi-Action Eye Treatment \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol<br>Polysorbate 80<br>PEG-10 Rapeseed Sterol |
| Indeed Labs - Hydraluron Cream Cleanser for All Skin Types \| Ulta Beauty | Phenoxyethanol |
| Indeed Labs - Hydraluron Moisture Jelly with Hyaluronic Acid & PatcH2O \| Ulta Beauty | Phenoxyethanol |
| Indeed Labs - Hydraluron Moisture Serum for Dehydrated Skin \| Ulta Beauty | Phenoxyethanol |
| Indeed Labs - Hydraluron+ Volumising Lip Treatment \| Ulta Beauty | Polyethylene |
| Indeed Labs - In-Ceramide Daily Moisture Cream \| Ulta Beauty | Phenoxyethanol<br>Laureth-7 |
| Indeed Labs - In-Circadian Night Mask with Polyglutamic Acid \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---------|--------------------------------------------------------|
| Indeed Labs - Nanoblur Instant Skin Perfector Cream \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 80 |
| Indeed Labs - Original Nanobronze Bronzing Drops with Cacao Seed Extract \| Ulta Beauty | Phenoxyethanol |
| Indeed Labs - Pink Hydraluron + Tinted Lip Treatment \| Ulta Beauty | Polyethylene |
| Indeed Labs - Retinol Reface Eye Cream with Retinol Ester and Ribose \| Ulta Beauty | Laureth-7 |
| Indeed Labs - Retinol Reface Skin Resurfacer Cream \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 80<br>Propylene Glycol |
| Indeed Labs - Snoxin II Facial Line Fighter Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 80 |
| Indeed Labs - Vitamin C Brightening Drops \| Ulta Beauty | Phenoxyethanol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| Indeed Labs - Vitamin C24 22% + 2% Vitamin C Cream \| Ulta Beauty | PEG-10 Dimethicone<br>Phenoxyethanol |
| Indeed Labs - Watermelon Melting Balm Facial Cleanser \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol |
| IT Cosmetics - 0.5 oz Confidence in an Eye Cream Anti-Aging Peptide Eye Cream \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol<br>Laureth-7<br>Polysorbate 20 |
| IT Cosmetics - 2.0 oz Confidence in a Cream Anti-Aging Hydrating Moisturizer \| Ulta Beauty | Phenoxyethanol<br>PEG-100 Stearate<br>Sodium Polyacrylate<br>Polysorbate 20 |
| IT Cosmetics - Best Beauty Sleep Ever Skincare Gift Set + Luxe Makeup Bag \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 60 |
| IT Cosmetics - Bye Bye Dark Spots Niacinamide Serum \| Ulta Beauty | Phenoxyethanol |
| IT Cosmetics - Bye Bye Lines Hyaluronic Acid Serum \| Ulta Beauty | Phenoxyethanol<br>PEG-60 Hydrogenated Castor Oil |
| IT Cosmetics - Bye Bye Redness Serum \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | PEG-30 Dipolyhydroxystearate |
| IT Cosmetics - IT's Your Customized Face Serum Skincare Kit \| Ulta Beauty | Phenoxyethanol, PEG-100 Stearate Sodium Polyacrylate Polysorbate 20 |
| IT Cosmetics - Travel Size Confidence in a Cream Anti-Aging Hydrating Moisturizer \| Ulta Beauty | Phenoxyethanol PEG-100 Stearate Sodium Polyacrylate Polysorbate 20 |
| IT Cosmetics - Your 3-Piece Eye-Loving Essentials Gift Set \| Ulta Beauty | PEG-100 Stearate Phenoxyethanol Laureth-7 Polysorbate 20 PEG-30 Dipolyhydroxystearate Propylene Glycol PEG-10 Dimethicone, Bis-PEG-12 Dimethicone Beeswax Phenoxyethanol Lauryl Peg-9 Polydimethylsiloxyethyl Dimethicone Steareth-20 |
| IT Cosmetics - Your Radiance Boosting Best Sellers Skincare Gift Set \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Phenoxyethanol PEG-100 Stearate Propylene Glycol PEG-30 Dipolyhydroxystearate Polysorbate 20 |
| Jack Black - 10.0 oz All-Over Wash for Face, Hair & Body \| Ulta Beauty | PPG-15 Stearyl Ether PEG-120 Methyl Glucose Dioleate Phenoxyethanol |
| Jack Black - 6.0 oz Face Buff Energizing Scrub with Vitamin C & Mint \| Ulta Beauty | Polysorbate 80 Propylene Glycol Phenoxyethanol |
| Jack Black - 6.0 oz Pure Clean Daily Facial Cleanser \| Ulta Beauty | PEG-150 Distearate PEG-8 Dimethicone Phenoxyethanol |
| Jack Black - Age Control Protein Booster Eye Rescue \| Ulta Beauty | Ceteareth-20 PEG-100 Stearate Phenoxyethanol |
| Jack Black - Age Control Protein Booster Skin Serum \| Ulta Beauty | Polysorbate 20 Sodium Polystyrene Sulfonate |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | Phenoxyethanol |
| Jack Black - Beard Grooming Kit 4-Piece Set \| Ulta Beauty | PEG-120 Methyl Glucose Dioleate Phenoxyethanol |
| Jack Black - Deep Dive Glycolic Facial Cleanser \| Ulta Beauty | Phenoxyethanol |
| jane iredale - Fair 1 HydroPure Tinted Serum \| Ulta Beauty | Glyceryl Acrylate/Acrylic Acid Copolymer Polysorbate 60 |
| Kinship - 1.75 oz Self Reflect Probiotic Moisturizing Sunscreen SPF 32 \| Ulta Beauty | Phenoxyethanol |
| Kinship - 1.75 oz Supermello Hyaluronic Gel Cream \| Ulta Beauty | Phenoxyethanol |
| Kinship - Brightwave 10% Vitamin C + Peptide Brightening Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Phenoxyethanol |
| Kinship - Brightwave Vitamin C Energizing + Brightening Eye Cream \| Ulta Beauty | Phenoxyethanol |
| Kinship - Brightwave Vitamin C Face Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Phenoxyethanol |
| Kinship - Dreamwave 2% Bio-Retinoid Complex Overnight Renewal Serum \| Ulta Beauty | Phenoxyethanol |
| Kinship - Insta Swipe Lemon Honey AHA Exfoliating Pads \| Ulta Beauty | Phenoxyethanol |
| Kinship - Mint Mud Deep Pore Detox Clay Mask \| Ulta Beauty | Phenoxyethanol |
| Kinship - Naked Papaya Gentle Enzyme Milky Cleanser \| Ulta Beauty | Phenoxyethanol |
| Kinship - Self Reflect Sport Sunscreen SPF 60 \| Ulta Beauty | Phenoxyethanol |
| Kinship - Self Smooth 10% Glycolic Resurfacing Serum \| Ulta Beauty | Phenoxyethanol |
| Klairs - Freshly Juiced Vitamin C Drop \| Ulta Beauty | Propylene Glycol Polysorbate 60 |
| Klairs - Gentle Black Deep Cleansing Oil \| Ulta Beauty | PEG-7 Glyceryl Cocoate PEG-20 Glyceryl Triisostearate Polysorbate 20 |
| Kopari Beauty - Antioxidant Face Shield Mineral SPF 30 \| Ulta Beauty | Styrene/Acrylates Copolymer Polysorbate 60 Polysorbate 80 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Kopari Beauty - Lychee Clean Vitamin C Face Mask \| Ulta Beauty | Phenoxyethanol |
| Kopari Beauty - Lychee Clean Vitamin C Foaming Face Cleanser \| Ulta Beauty | Phenoxyethanol |
| Kopari Beauty - Niacinamide & Caffeine Eye Bright Cream \| Ulta Beauty | Polysorbate 20<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol<br>Laureth-12<br>Polysorbate 60 |
| Kopari Beauty - Star Bright Vitamin C Discoloration Correcting Serum \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Kopari Beauty - Star Bright Vitamin C Moisturizer \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Kopari Beauty - Ultra Renewal Retinol Body Cream \| Ulta Beauty | Phenoxyethanol |
| Kopari Beauty - Ultra Restore Firming Body Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20 |
| KYLIE COSMETICS - Eye Cream \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20 |
| KYLIE COSMETICS - Face Moisturizer \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 40<br>Polysorbate 60 |
| KYLIE COSMETICS - Foaming Face Wash \| Ulta Beauty | Phenoxyethanol |
| KYLIE COSMETICS - Sugar Lip Scrub \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Phenoxyethanol |
| KYLIE COSMETICS - Vitamin C Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20 |
| L'Oréal - 1.0 oz Age Perfect Cell Renewal Midnight Hydrating Serum \| Ulta Beauty | PEG-8<br>Propylene Glycol<br>Phenoxyethanol |
| L'Oréal - Age Perfect Cell Renewal Anti-Aging Eye Cream Treatment \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 80, Propylene Glycol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Phenoxyethanol |
| L'Oréal - Age Perfect Cell Renewal Midnight Eye Cream \| Ulta Beauty | PEG-100 Stearate<br>Laureth-7<br>Phenoxyethanol |
| L'Oréal - Revitalift Triple Power Anti-Aging Face Moisturizer \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Polyethylene<br>Phenoxyethanol<br>PEG-100 Stearate<br>Laureth-7<br>PEG-30 Dipolyhydroxystearate<br>Ceteareth-6 |
| L'Oréal - Revitalift Vitamin C Vitamin E Salicylic Acid Serum \| Ulta Beauty | Laureth-7 Peg-20<br>Peg/Ppg-16/16 Peg/Ppg-16/16 Dimethicone |
| La Roche-Posay - 13.5 oz Toleriane Hydrating Gentle Face Cleanser for Dry Skin \| Ulta Beauty | Propylene Glycol<br>Polysorbate 60 |
| La Roche-Posay - 4.0 oz Anthelios Body and Face Soft Finish Mineral Sunscreen Lotion SPF 50 \| Ulta Beauty | Phenoxyethanol<br>Aluminum Hydroxide |
| La Roche-Posay - Anthelios Kids Gentle Sunscreen Face and Body Lotion SPF 50 \| Ulta Beauty | Styrene/Acrylates Copolymer<br>Poly C10-30 Alkyl Acrylate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>PEG-100 Stearate<br>PEG-8 Laurate<br>Phenoxyethanol |
| La Roche-Posay - Anthelios Mineral SPF 30 Face Moisturizer with Hyaluronic Acid \| Ulta Beauty | PEG-30 Dipolyhydroxystearate<br>Poly C10-30 Alkyl Acrylate<br>Phenoxyethanol<br>Aluminum Hydroxide |
| La Roche-Posay - Anthelios UV Correct SPF 70 Daily Face Sunscreen with Niacinamide \| Ulta Beauty | Poly C10-30 Alkyl Acrylate<br>Styrene/Acrylates Copolymer<br>PEG-100 Stearate<br>Phenoxyethanol<br>Propylene Glycol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>PEG-8 Laurate |
| La Roche-Posay - Cicaplast Hand Repair Cream for Dry Hands \| Ulta Beauty | PEG/PPG-18/18 Dimethicone<br>Sodium Polyacrylate<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| La Roche-Posay - Effaclar Micellar Water For Oily Skin \| Ulta Beauty | Peg-7 Caprylic/Capric Glycerides<br>PEG-6 Caprylic/Capric Glycerides<br>Polysorbate 80 |
| La Roche-Posay - Nutritic Lip Balm for Very Dry Lips \| Ulta Beauty | Polyethylene |
| La Roche-Posay - Toleriane Rosaliac Anti-Redness Face Moisturizer for Sensitive Skin \| Ulta Beauty | Polysorbate 20<br>Glyceryl Acrylate/Acrylic Acid Copolymer<br>Aluminum Hydroxide<br>Polysorbate 80 |
| La Roche-Posay - Travel Size Toleriane Hydrating Gentle Face Cleanser for Dry Skin \| Ulta Beauty | Polysorbate 60 |
| Lanolips - Everywhere Multi-Cream - Dry Skin Treatment \| Ulta Beauty | Phenoxyethanol |
| Live Tinted - Superhue Brightening Eye Cream \| Ulta Beauty | Phenoxyethanol |
| LOOPS - Clean Slate Detoxifying Face Mask 5 Piece Set \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| LOOPS - Double Take Glow Face Mask 5 Piece Set \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| LOOPS - Sunrise Service Brightening Face Mask 5 Piece Set \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| LOOPS - Variety Hydrogel Face Mask 5 Piece Set \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| LOOPS - Weekly Reset Rejuvenating Eye Mask \| Ulta Beauty | Polysorbate 20 |
| LOOPS - Weekly Reset Rejuvenating Eye Mask 5 Piece Set \| Ulta Beauty | Polysorbate 20 |
| Love Wellness - Bye Bye Bloat Firming Clay Body Mask \| Ulta Beauty | Phenoxyethanol |
| Love Wellness - Bye Bye Bloat Lymphatic Massage Roller \| Ulta Beauty | Phenoxyethanol |
| megababe - Cucumber Mint Shower Sheets \| Ulta Beauty | Polysorbate 20<br>Propylene Glycol |
| megababe - Le Tush Clarifying Butt Mask \| Ulta Beauty | Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| megababe - Night Rescue Overnight Brightening Stick \| Ulta Beauty | Phenoxyethanol |
| Milani - Glow Drops Radiance Boosting Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Milani - Light to Medium Glow Hydrating Skin Tint \| Ulta Beauty | Phenoxyethanol |
| Milani - Peach Thrill Supercharged Cheek + Lip Multistick \| Ulta Beauty | Polyethylene<br>Hydrogenated Styrene/Isoprene Copolymer<br>Aluminum Hydroxide, Aluminum Benzoate |
| Milani - Supercharged Brightening Prep Mask \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| Milani - Supercharged Lip Balm \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Aluminum Hydroxide |
| Milani - Supercharged Revitalizing Facial Mist \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>PEG-8 Dimethicone<br>Phenoxyethanol. |
| Milk + Honey - Charcoal Clay Masque \| Ulta Beauty | Phenoxyethanol |
| Milk + Honey - Pink Clay Masque \| Ulta Beauty | Phenoxyethanol |
| Naked Sundays - Watermelon Go + Glow Lip Oil SPF50 \| Ulta Beauty | Phenoxyethanol |
| NARS - Light Reflecting Eye & Lash Gel \| Ulta Beauty | PEG-8/SMDI COPOLYMER<br>PHENOXYETHANOL |
| NARS - Light Reflecting Firming Serum \| Ulta Beauty | Phenoxyethanol |
| NARS - Light Reflecting Moisturizer \| Ulta Beauty | HYDROXYETHYL ACRYLATE/SODIUM ACRYLOYLDIMETHYL TAURATE COPOLYMER<br>POLYSORBATE 60<br>PHENOXYETHANOL |
| NARS - Light Reflecting Multi-Action Treatment Lotion \| Ulta Beauty | PHENOXYETHANOL |
| Naturium - Azelaic Topical Acid 10% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Barrier Bounce Advanced Skin Hydrator \| Ulta Beauty | Butylene/ethylene/styrene Copolymer<br>Ethylene/propylene/styrene Copolymer<br>Phenoxyethanol |
| Naturium - BHA Liquid Exfoliant 2% \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Naturium - Fermented Camellia Creamy Cleansing Oil \| Ulta Beauty | Phenoxyethanol |
| Naturium - Glycolic Acid Resurfacing Gel 10% \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Naturium - Light/Medium Vitamin Bright Illuminating Eye Cream \| Ulta Beauty | Phenoxyethanol |
| Naturium - Multi-Peptide Advanced Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| Naturium - Multi-Peptide Eye Cream \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 80<br>Polysorbate 20 |
| Naturium - Multi-Peptide Moisturizer \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 80<br>Phenoxyethanol<br>Polysorbate 20 |
| Naturium - Niacinamide Cleansing Gelee 3% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Niacinamide Gel Cream 5% \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 80 |
| Naturium - Niacinamide Serum 12% Plus Zinc 2% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Plant Ceramide Rich Moisture Cream \| Ulta Beauty | Phenoxyethanol |
| Naturium - Purple Ginseng Cleansing Balm \| Ulta Beauty | Phenoxyethanol |
| Naturium - Quadruple Hyaluronic Acid Serum 5% \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| Naturium - Retinaldehyde Cream Serum 0.05% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Retinaldehyde Cream Serum 0.10% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Retinol Complex Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20 |
| Naturium - The Icons Serum Starter Kit \| Ulta Beauty | Phenoxyethanol |
| Naturium - Tranexamic Topical Acid 5% \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Naturium - Travel Size Niacinamide Cleansing Gelee 3% \| Ulta Beauty | Phenoxyethanol |
| Naturium - Travel Size Vitamin C Complex Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 60 |
| Naturium - UV Reflect Antioxidant SPF 50 \| Ulta Beauty | Polymethyl Methacrylate<br>Aluminum Starch Octenylsuccinate<br>Polysorbate 60<br>Propylene Glycol<br>Phenoxyethanol |
| Naturium - Vitamin C Complex Cleanser \| Ulta Beauty | Phenoxyethanol |
| Naturium - Vitamin C Super Serum Plus \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 80<br>Polysorbate 20<br>Polysorbate 60 |
| Neutrogena - 7.8 oz Hydro Boost Fragrance-Free Gel Facial Cleanser \| Ulta Beauty | Phenoxyethanol |
| Neutrogena - Alcohol-Free Daily Facial Toner \| Ulta Beauty | Polysorbate 20 |
| Neutrogena - Clear Face Serum Sunscreen with Green Tea, SPF 60+ \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Phenoxyethanol<br>Styrene/Acrylates Copolymer |
| Neutrogena - Daily Facial Moisturizer - Fragrance Free \| Ulta Beauty | Phenoxyethanol<br>Ceteareth-20 |
| Neutrogena - Fragrance-Free Makeup Remover Cleansing Towelettes Twin Pack \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Hydro Boost Body Gel Cream \| Ulta Beauty | Phenoxyethanol<br>Sodium Polyacrylate |
| Neutrogena - Hydro Boost Cleansing Towelettes Twin Pack \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Hydro Boost Eye Gel-Cream \| Ulta Beauty | Phenoxyethanol<br>Laureth-7 |
| Neutrogena - Hydro Boost Facial Cleansing Wipes \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Hydro Boost Gentle Exfoliating Facial Cleanser \| Ulta Beauty | Polysorbate 20 |
| Neutrogena - Hydro Boost Hyaluronic Acid Serum \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Hydro Boost Hyaluronic Acid Water Gel Moisturizer \| Ulta Beauty | Phenoxyethanol<br>Laureth-7 |
| Neutrogena - Hydro Boost Hydrating 100% Hydrogel Mask \| Ulta Beauty | PEG-60 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Neutrogena - Hydro Boost Hydrating Facial Cleansing Gel \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Neutrogena - Hydro Boost Hydrating Serum \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Propylene Glycol |
| Neutrogena - Hydro Boost Ultra Hydrating Hyaluronic Acid Serum \| Ulta Beauty | Aluminum Starch Octenylsuccinate |
| Neutrogena - Invisible Daily Defense Lotion SPF 60+ \| Ulta Beauty | Aluminum Starch Octenylsuccinate<br>Phenoxyethanol<br>Styrene/Acrylates Copolymer |
| Neutrogena - Makeup Remover Cleansing Towelette Singles \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Makeup Remover Cleansing Towelettes Fragrance Free \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer, |
| Neutrogena - Makeup Remover Cleansing Towelettes, Fragrance Free Singles \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol<br>Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Neutrogena - Night Calming Makeup Remover Cleansing Towelettes \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Neutrogena - Sun Rescue After Sun Rehydrating Spray, Hyaluronic Acid \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 60 |
| Neutrogena - Travel Size Makeup Remover Cleansing Towelettes \| Ulta Beauty | PEG-6 Caprylic/Capric Glycerides Phenoxyethanol Polysorbate 20 Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| NUDESTIX - Citrus Renew Set For Sensitive Skin \| Ulta Beauty | ACRYLATES/C10-30 ALKYL ACRYLATE CROSSPOLYMER AMMONIUM ACRYLOYLDIMETHYLTAURATE/VP COPOLYMER<br><br>POLYSORBATE 80 PEG-6 CAPRYLIC/CAPRIC GLYCERIDES PEG-60 HYDROGENATED CASTOR OIL PHENOXYETHANOL |
| NUDESTIX - Dewy Barrier Hydrating Stick \| Ulta Beauty | Polysorbate 20 |
| NUDESTIX - NUDESKIN 3-Step Citrus Renew Set \| Ulta Beauty | Phenoxyethanol Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| NUDESTIX - Nudeskin Blemish Clarifying Gel Moisturizer \| Ulta Beauty | Phenoxyethanol |
| NUDESTIX - NUDESKIN Citrus-C Mask & Daily Moisturizer \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Ammonium Acryloyldimethyltaurate/VP Copolymer Polysorbate 8 |
| NUDESTIX - NUDESKIN Lemon-Aid Detox & Glow Micro-Peel \| Ulta Beauty | Phenoxyethanol Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| NUDESTIX - NUDESKIN Vegan Bamboo Cleansing Cloths \| Ulta Beauty | Phenoxyethanol |
| NYX Professional Makeup - Face Freezie Cooling Hydration Moisturizer + Primer \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br><br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Oak Essentials - Balancing Mist | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Cleansing Balm | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Daily Vitamin C Serum | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Mini Routine | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Moisture Rich Balm | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Nightly Retinol Serum | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Restorative Mask | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - Ritual Oil | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - The Hydration Heroes | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - The Routine | Ulta Beauty | Phenoxyethanol |
| Oak Essentials - The Serums | Ulta Beauty | Phenoxyethanol |
| Oh K! - Caffeine Eye Mask | Ulta Beauty | Polysorbate 20 |
| Oh K! - Collagen Hydrogel Mask | Ulta Beauty | Sodium Polyacrylate<br>Polysorbate 20 |
| Oh K! - Ginseng and Eucalyptus Under Eye Masks | Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol. |
| Oh K! - Hyaluronic Hydrogel Sheet Mask | Ulta Beauty | Polysorbate 20 |
| Oh K! - Hydrogel Eye Mask with Multi Hyaluronic Acid | Ulta Beauty | Sodium Polyacrylate<br>Polysorbate 20 |
| Oh K! - Nourishing Sleep Mask | Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| Oh K! - Pomegranate Hydrogel Mask | Ulta Beauty | Polysorbate 20 |
| OLEHENRIKSEN - Balancing Force Oil Control Toner | Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| OLEHENRIKSEN - Banana Banana Bright Vitamin CC Sticks for Dark Circles | Ulta Beauty | Phenoxyethanol |
| OLEHENRIKSEN - Banana Bright 15% Vitamin C Dark Spot Serum | Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | Sodium Polyacrylate |
| OLEHENRIKSEN - Banana Bright Mineral Face Sunscreen SPF 30 \| Ulta Beauty | Polysorbate 80 |
| OLEHENRIKSEN - Banana Bright+ Instant Glow Moisturizer with Vitamin C and Niacinamide \| Ulta Beauty | Steareth-21 Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Ammonium Acryloyldimethyltaurate/VP Copolymer Polysorbate 60 Phenoxyethanol |
| OLEHENRIKSEN - Barrier Booster Vitamin C Milky Toner Essence with Niacinamide \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Phenoxyethanol |
| OLEHENRIKSEN - C-Rush Brightening Vitamin C Gel Crème \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer Phenoxyethanol Sodium Polyacrylate |
| OLEHENRIKSEN - Cold Plunge Pore Remedy Moisturizer with BHA/LHA \| Ulta Beauty | Polysorbate 60 Phenoxyethanol Acrylates/C10-30 Alkyl Acrylate Crosspolymer Sodium Polyacrylate Starch |
| OLEHENRIKSEN - Dewtopia 25% AHA + PHA Flash Facial Exfoliating Face Mask \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 60 Phenoxyethanol |
| OLEHENRIKSEN - Dewtopia 5% AHA Firming Night Crème \| Ulta Beauty | Steareth-20 Polysorbate 60, Polysorbate 80, PEG-75 Stearate Phenoxyethanol |
| OLEHENRIKSEN - Double Rewind Pro-Grade 0.3% Retinol for Fine Lines & Wrinkles \| Ulta Beauty | Sodium Polyacrylate Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 20 Polysorbate 60 Phenoxyethanol |
| OLEHENRIKSEN - Find Your Balance Oil Control Cleanser \| Ulta Beauty | Phenoxyethanol Laureth-4 |
| OLEHENRIKSEN - Glow Strong Mini Moisturizer + Eye Cream Duo \| Ulta Beauty | Polysorbate 60 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20<br>Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br><br>Phenoxyethanol |
| OLEHENRIKSEN - Glow2OH 7% AHA Exfoliating Dark Spot Toner \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| OLEHENRIKSEN - Let's Get Luminous+ Brightening Essentials Set \| Ulta Beauty | Phenoxyethanol<br>PEG-12 Dimethicone<br>Polysorbate 60<br>Sodium Benzotriazolyl Butylphenol Sulfonate |
| OLEHENRIKSEN - Mini 10% AHA Lemonade Smoothing Scrub \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| OLEHENRIKSEN - Mini Glow2OH 7% AHA Exfoliating Dark Spot Toner \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| OLEHENRIKSEN - Mini Strength Trainer Peptide Boost Moisturizer with Niacinamide \| Ulta Beauty | Polysorbate 60<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20<br>Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br><br>Phenoxyethanol |
| OLEHENRIKSEN - Mini Truth Juice Daily Cleanser with PHA \| Ulta Beauty | Acrylates/Beheneth-25 Methacrylate Copolymer<br>Phenoxyethanol |
| OLEHENRIKSEN - Strength Trainer Skin Barrier Moisturizer with Peptides \| Ulta Beauty | Polysorbate 60<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20<br>Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br><br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| OLEHENRIKSEN - The Glow Cycle Skincare Set \| Ulta Beauty | Phenoxyethanol<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Sodium Polyacrylate |
| OLEHENRIKSEN - Truth Juice Gentle Glow Daily Cleanser \| Ulta Beauty | Acrylates/Beheneth-25 Methacrylate Copolymer<br>Phenoxyethanol |
| OLEHENRIKSEN - Truth Serum Hydrating Vitamin C Serum \| Ulta Beauty | Phenoxyethanol<br>PEG-12 Dimethicone<br>Polysorbate 60<br>Sodium Benzotriazolyl Butylphenol Sulfonate |
| OSEA - Dream Night Cream \| Ulta Beauty | Phenoxyethanol |
| OSEA - Hyaluronic Acid Body Serum \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Phenoxyethanol |
| Pacifica - 02 Kind Tint Tinted Serum \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Comfort Space Skinflammation Mask \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Dreamlit Glow Undereye Brightener \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Dreamlit Illuminating Lotion \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Eye Bright Undereye Vitamin C Spot Serum Mask \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Flower Fix Oil Serum \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Future Youth Foaming Cleansing Gel \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Future Youth Gravity Rebound Serum \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Future Youth Moisturizing Super Cream \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Future Youth Time Shift Eye Serum \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Future Youth Time Shift Hydrogel Facial Mask \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Glow Baby Brightening Face Wash \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Pacifica - Glow Baby Enzyme Face Scrub with Vitamin C & Glycolic Acid \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Glow Baby VitaGlow Face Lotion with Vitamin C \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Glow Baby Vitamin C Booster Serum \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Hydrodew Slime Barrier Care Gel \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Kale Detox Pore Strips for Nose Blackheads \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Stress Rehab Coconut & Caffeine Facial Mask \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Sunny Glow Bronzing Drops \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Ceramide Hydration Under Eye & Smile Line Jelly Patches \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Collagen Complex Face Serum with Hyaluronic Acid \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Collagen Hydrate & Plump Face Mask \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Collagen Hydrating Milk Tonic \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| Pacifica - Vegan Collagen Hydro-Treatment Eye & Smile Line Patches \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Collagen Overnight Recovery Cream \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Vegan Collagen Recovery Eye Cream \| Ulta Beauty | Phenoxyethanol |
| Pacifica - Wake Up Beautiful Overnight Retinoid Cream \| Ulta Beauty | Phenoxyethanol |
| Patchology - 5 pair FlashPatch Rejuvenating Eye Gels \| Ulta Beauty | Sodium Polyacrylate Polysorbate 20 Phenoxyethanol |
| Patchology - 5 pair Serve Chilled Bubbly Brightening Eye Gels \| Ulta Beauty | Polysorbate 20 |
| Patchology - All Eyes On You Eye Perfecting Trio \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate Polysorbate 20 |
| Patchology - Breakout Box 3-in-1 Acne Treatment Kit \| Ulta Beauty | Phenoxyethanol Polysorbate 80 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Patchology - Lip Service Gloss-To Balm Treatment \| Ulta Beauty | Phenoxyethanol |
| Patchology - On The Fly Travel Facial Kit \| Ulta Beauty | PEG-60 Hydrogenated Castor Phenoxyethanol |
| Patchology - Travel Size FlashPatch Rejuvenating Eye Gels \| Ulta Beauty | Sodium Polyacrylate Polysorbate 20 Phenoxyethanol |
| Patchology - Travel Size FlashPatch Restoring Night Eye Gels \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate Polysorbate 20 |
| Patchology - Travel Size Serve Chilled Bubbly Brightening Eye Gels \| Ulta Beauty | Polysorbate 20 |
| Patchology - Travel Size Serve Chilled Rosé Hydrating Eye Gels \| Ulta Beauty | Polysorbate 20 |
| Peace Out - 2% Salicylic Acid Acne Gel Cleanser \| Ulta Beauty | Phenoxyethanol |
| Peace Out - Daily Blemish Repairing Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 60 Phenoxyethanol. |
| Peace Out - Pore Perfecting AHA & Blackhead Exfoliator Stick \| Ulta Beauty | Phenoxyethanol |
| Peace Out - Puffy Eyes Biocellulose Under-Eye Patches \| Ulta Beauty | Polysorbate 20 |
| Peace Out - Retinol Eye Stick with Encapsulated Retinol & Peptides \| Ulta Beauty | Phenoxyethanol |
| PEACH & LILY - Super Reboot Resurfacing Mask \| Ulta Beauty | Phenoxyethanol |
| Peach Slices - 3-Step Acne Starter Kit \| Ulta Beauty | Phenoxyethanol |
| Peach Slices - Dark Spot Microdarts \| Ulta Beauty | Phenoxyethanol |
| Peach Slices - Redness Relief Color Correcting Moisturizer \| Ulta Beauty | Aluminum Hydroxide |
| Peach Slices - Snail Rescue All-In-One Oil Free Moisturizer \| Ulta Beauty | Phenoxyethanol |
| Petite n Pretty - $ell Out Glo$ Balm Glossy Lip Balm for Tweens \| Ulta Beauty | Polyethylene Hydrogenated Styrene/Isoprene Copolymer |
| Petite n Pretty - 9021-Glow! Fresh Start Moisturizer \| Ulta Beauty | Polysorbate 20 PEG-100 Stearate |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| Philosophy - 2.0 oz Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Cetereth-20<br>Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| Philosophy - 8.0 oz Purity Made Simple One-Step Facial Cleanser \| Ulta Beauty | Sodium Trideceth Sulfate<br>PEG-120 Methyl Glucose Dioleate<br>Phenoxyethanol<br>Polysorbate 20 |
| Philosophy - Anti-Wrinkle Miracle Worker+ Line Correcting Eye Cream \| Ulta Beauty | Phenoxyethanol<br>PEG-6 Isostearate<br>PEG-8 |
| Philosophy - Anti-Wrinkle Miracle Worker+ Line Correcting Overnight Cream \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>PEG-100 Stearate<br>Polysorbate 60<br>PEG-8<br>Phenoxyethanol<br>Polysorbate 20 |
| Philosophy - Anti-Wrinkle+ Miracle Worker Line Correcting Mini Moisturizer \| Ulta Beauty | PEG/PPG-18/18 Dimethicone<br>Phenoxyethanol<br>Polysorbate 20<br>PEG-8 |
| Philosophy - Clear Days Ahead Oil-Free Salicylic Acid Acne Treatment & Moisturizer \| Ulta Beauty | Ceteareth-20<br>Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| Philosophy - Dose of Wisdom Bouncy Skin Reactivating Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>PEG-8 |
| Philosophy - Hope In A Jar Instant Glow Peeling Mousse \| Ulta Beauty | PEG-8<br>PEG-7 Glyceryl Cocoate<br>Propylene Glycol |
| Philosophy - Hope In A Jar Skin-Resurrection Overnight Power Hydrator \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | PEG-100 Stearate<br>Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Polysorbate 60 |
| Philosophy - Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer SPF 30 \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Ceteareth-20<br>Polysorbate 20 |
| Philosophy - Microdelivery Resurfacing Solution with 4% AHA's, Cica and Vitamin C \| Ulta Beauty | Polysorbate 20 |
| Philosophy - Mini Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Ceteareth-20<br>Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| Philosophy - Mini Hope In A Jar Water Cream Hyaluronic Glow Moisturizer \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br><br>Sodium Polyacrylate Starch<br>Laureth-3 |
| Philosophy - Mini Purity Made Simple One-Step Facial Cleanser \| Ulta Beauty | Sodium Trideceth Sulfate<br>PEG-120 Methyl Glucose Dioleate<br>Phenoxyethanol<br>Polysorbate 20 |
| Philosophy - Mini The Microdelivery Exfoliating Facial Wash \| Ulta Beauty | Polysorbate 20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 60 |
| Philosophy - Purity Made Simple Pore Extractor Exfoliating Clay Mask \| Ulta Beauty | Propylene Glycol<br>Laureth-12<br>Phenoxyethanol |
| Philosophy - Purity Made Simple Pore Extractor Exfoliating Mini Clay Mask \| Ulta Beauty | Propylene Glycol<br>Laureth-12, Phenoxyethanol, Geraniol, Vanillyl Butyl Ether, Ethylhexylglycerin, Titanium Dioxide (CI 77891). |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Philosophy - Purity Made Simple Pore Minimizing Serum \| Ulta Beauty | Polysorbate 20<br>Polysorbate 60 |
| Philosophy - Purity Made Simple Pore Purifying Foam Cleanser \| Ulta Beauty | Polysorbate 20 |
| Polite Society - Pink Grapefruit Polite Pout Glossy Lip Balm \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Phenoxyethanol |
| Proactiv - ProactivClean 2-Step Beginner Breakouts Bundle \| Ulta Beauty | Phenoxyethanol |
| Proactiv - ProactivClean 3-Step Mild Acne-Fighting Treatment Routine \| Ulta Beauty | Phenoxyethanol |
| Proactiv - ProactivClean Acne Clearing Hydrator \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| Proactiv - ProactivClean Mineral Acne Cleanser \| Ulta Beauty | Phenoxyethanol |
| PROVENCE Beauty - Masked Out French Green Clay Mask \| Ulta Beauty | Polysorbate 20 |
| PÜR - Ceretin Boost Age Defying Retinol Serum \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Ethylene/propylene/styrene Copolymer<br>Phenoxyethanol |
| PÜR - Cloud Cream Gel-to-Water Hydrating Essence Moisturizer \| Ulta Beauty | Propylene Glycol<br>PEG-10 Dimethicone<br>Phenoxyethanol |
| PÜR - Joystick Exfoliating Deep Pore Clay Cleansing Stick \| Ulta Beauty | PHENOXYETHANOL |
| PÜR - Mellow Eyes Hemp Hydrogel Rejuvenating Eye Patches \| Ulta Beauty | Phenoxyethanol, PEG-60 Hydrogenated Castor Oil |
| PÜR - Tone Up Niacinamide Firming Eye Serum \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer Phenoxyethanol |
| PÜR - Tropical C Brightening Vitamin C & Peptide Moisturizer \| Ulta Beauty | Phenoxyethanol |
| r.e.m. beauty - Mist Thing Calming Face Mist \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol<br>Propylene Glycol<br>PEG-32 |
| Rael - Collagen Facial Sheet Mask \| Ulta Beauty | Polysorbate 80 |
| Rael - Cycle Synched Facial Mask Kit \| Ulta Beauty | Polysorbate 80 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Rael - Hydration Facial Sheet Mask \| Ulta Beauty | Polysorbate 80 |
| Rael - Miracle Clear Barrier Cream \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Poly C10-30 Alkyl Acrylate Glyceryl Acrylate/Acrylic Acid Copolymer |
| Rael - Miracle Clear Retinol Chin Mask Set \| Ulta Beauty | Polysorbate 20 |
| Rael - Tea Tree Facial Sheet Mask \| Ulta Beauty | Polysorbate 80 |
| Rael - Vitamin C Facial Sheet Mask \| Ulta Beauty | Polysorbate 80 |
| Sacheu - We Occlusive Intense Overnight Moisturizer \| Ulta Beauty | Polysorbate 60 Ammonium Acryloyldimethyltaurate/VP Copolymer Phenoxyethanol |
| St. Tropez - 1.69 oz Self Tan Berry Sorbet Bronzing Mousse \| Ulta Beauty | PPG-5-Ceteth-20 Propylene Glycol Phenoxyethanol |
| St. Tropez - 4.0 oz Self Tan Classic Bronzing Mousse \| Ulta Beauty | PPG-5-Ceteth-20 Propylene Glycol Phenoxyethanol |
| St. Tropez - Ashley Graham Golden Getaway Self Tan Kit \| Ulta Beauty | PPG-5-Ceteth-20 Phenoxyethanol |
| St. Tropez - Award Winning 3 Piece Self Tan Kit \| Ulta Beauty | Ceteareth-20 Phenoxyethanol |
| St. Tropez - Gradual Tan Classic Daily Youth Boosting Cream \| Ulta Beauty | Ceteareth-20 Phenoxyethanol |
| St. Tropez - Gradual Tan Tinted Daily Firming Body Lotion \| Ulta Beauty | Ceteareth-20 Phenoxyethanol |
| St. Tropez - Gradual Tan Watermelon Firming Lotion \| Ulta Beauty | Ceteareth-20 Phenoxyethanol |
| St. Tropez - Luxe Body Self Tan Serum \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| St. Tropez - Luxe Self Tan Tonic Glow Drops \| Ulta Beauty | PPG-5-Ceteth-20 Phenoxyethanol |
| St. Tropez - Luxe Whipped Self Tan Crème Mousse \| Ulta Beauty | PEG-12 Dimethicone PEG-40 Hydrogenated Castor Oil Steareth-21 Ceteareth-25 Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Steareth-2 |
| St. Tropez - Medium / Dark Gradual Tan Classic Daily Firming Lotion \| Ulta Beauty | Ceteareth-20 Phenoxyethanol |
| St. Tropez - Medium / Dark Instant Glow Face & Body Bronzer Makeup \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Phenoxyethanol Polysorbate 60 |
| St. Tropez - Self Tan Classic Bronzing Lotion \| Ulta Beauty | PEG-100 Stearate Phenoxyethanol Ceteareth-20 |
| St. Tropez - Self Tan Classic Mini Kit \| Ulta Beauty | PPG-5-Ceteth-20 Propylene Glycol Phenoxyethanol |
| St. Tropez - Self Tan Dark Bronzing Mousse \| Ulta Beauty | Propylene Glycol PPG-5-Ceteth-20 Phenoxyethanol |
| St. Tropez - Self Tan Express Bronzing Mist \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil Propylene Glycol Phenoxyethanol |
| St. Tropez - Self Tan Express Mini Kit \| Ulta Beauty | Propylene Glycol PPG-5-Ceteth-20 Phenoxyethanol |
| St. Tropez - Self Tan Purity Bronzing Water Face Mist \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil Phenoxyethanol |
| St. Tropez - Self Tan Purity Bronzing Water Mousse \| Ulta Beauty | Phenoxyethanol |
| St. Tropez - Self Tan Purity Mini Kit \| Ulta Beauty | Phenoxyethanol |
| St. Tropez - Self Tan Suprême Violet Bronzing Mousse \| Ulta Beauty | PPG-5-Ceteth-20 Phenoxyethanol |
| St. Tropez - Tan Optimiser Body Moisturiser \| Ulta Beauty | Propylene Glycol Phenoxyethanol |
| St. Tropez - Tan Remover Prep and Maintain Mousse \| Ulta Beauty | Polysorbate 20 Phenoxyethanol |
| StriVectin - 1.0 oz Intensive Eye Concentrate For Wrinkles PLUS \| Ulta Beauty | PEG-100 Stearate Polysorbate 80 Polymethyl Methacrylate Phenoxyethanol |
| StriVectin - 1.7 oz Advanced Retinol Nightly Renewal Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Ceteareth-20 |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Polysorbate 20<br>PEG-40 Stearate<br>Polysorbate 60<br>Phenoxyethanol |
| StriVectin - 4.0 oz SD Advanced PLUS Intensive Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>PEG-40 Stearate<br>Ceteareth-20<br>Polysorbate 60 |
| StriVectin - Advanced Retinol Multi-Correct Eye Cream \| Ulta Beauty | PEG-40 Stearate<br>Ceteareth-20<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Polysorbate 20 |
| StriVectin - Anti-Wrinkle Peptide Plump Line Filling Bounce Serum \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 80<br>PEG-7 Trimethylolpropane Coconut Ether<br>Polysorbate 60<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| StriVectin - Crepe Control Tightening Body Cream \| Ulta Beauty | PEG-40 Stearate<br>Ceteareth-20<br>Phenoxyethanol |
| StriVectin - Daily Reveal Exfoliating Pads \| Ulta Beauty | Polysorbate 20 |
| StriVectin - Hyperlift Eye Instant Eye Fix For Bags, Lines & Crepiness \| Ulta Beauty | Propylene Glycol<br>Polysorbate 20<br>Phenoxyethanol |
| StriVectin - Mini Intensive Eye Concentrate For Wrinkles PLUS \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 80<br>Polymethyl Methacrylate<br>Phenoxyethanol |
| StriVectin - Multi-Action Hydration Multiplier Hyaluronic Acid Serum \| Ulta Beauty | Polysorbate 20 |
| StriVectin - Peptight 360 Tightening Eye Serum \| Ulta Beauty | Polymethyl Methacrylate<br>Stear, Steareth-20<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| StriVectin - Re-Quench Water Cream Hyaluronic + Electrolyte Moisturizer \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 60 PEG-7 Trimethylolpropane Coconut Ether Phenoxyethanol |
| StriVectin - Super-C Eye Vitamin C Cream \| Ulta Beauty | PEG-100 Stearate Polysorbate 80 |
| StriVectin - Super-C Night Vitamin C Cream \| Ulta Beauty | PEG-40 Stearate Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Ceteareth-20 Polysorbate 60 |
| StriVectin - Super-C SPF 30 Vitamin C Moisturizer \| Ulta Beauty | Acrylates/C10-30 Alkyl Acrylate Crosspolymer Phenoxyethanol |
| StriVectin - Travel Size Crepe Control Tightening Body Cream \| Ulta Beauty | PEG-40 Stearate Ceteareth-20 Phenoxyethanol |
| StriVectin - Wrinkle Recode Line Transforming Melting Serum \| Ulta Beauty | Phenoxyethanol |
| StriVectin - Wrinkle Recode Moisture Rich Barrier Cream \| Ulta Beauty | Ceteareth-25 Steareth-20 PEG-75 Stearate, Sodium Polyacrylate Phenoxyethanol |
| SUNDAY RILEY - 0.5 oz 5 Stars Retinoid & Niacinamide Eye Serum \| Ulta Beauty | PEG-12 Dimethicone/PPG-20 Polysorbate 20 |
| SUNDAY RILEY - 1.0 oz C.E.O. 15% Vitamin C Brightening Serum \| Ulta Beauty | PEG-8 Beeswax Phenoxyethanol Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer Polysorbate 60 |
| SUNDAY RILEY - 1.0 oz Good Genes All-In-One Lactic Acid Treatment Serum \| Ulta Beauty | Ceteareth-20 PEG-100 Stearate Phenoxyethanol |
| SUNDAY RILEY - 1.7 oz A+ High-Dose Retinoid Serum \| Ulta Beauty | Phenoxyethanol Polysorbate 20 |
| SUNDAY RILEY - 1.7 oz C.E.O. Vitamin C Rich Hydration Moisturizing Cream \| Ulta Beauty | PEG-8 Beeswax Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| SUNDAY RILEY - Auto Correct Brightening and Depuffing Eye Cream \| Ulta Beauty | PEG-8 Beeswax<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol<br>Polysorbate 60 |
| SUNDAY RILEY - B3 Nice 10% Niacinamide Serum \| Ulta Beauty | PEG-8<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>PEG/PPG-18/18 Dimethicone<br>Phenoxyethanol |
| SUNDAY RILEY - Ceramic Slip Cleansing Gel \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Polyacrylate-33<br>Phenoxyethanol |
| SUNDAY RILEY - Double Your Glow AHA + Vitamin C Serum Duo \| Ulta Beauty | PEG-8 Beeswax<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| SUNDAY RILEY - Flash Fix Good Genes and Ceramic Slip 2 Piece Kit \| Ulta Beauty | Ceteareth-20<br>PEG-100 Stearate<br>Phenoxyethanol |
| SUNDAY RILEY - Jewel Box 3 Piece Kit \| Ulta Beauty | Ceteareth-20<br>PEG-100 Stearate<br>Phenoxyethanol |
| SUNDAY RILEY - Mini A+ High-Dose Retinoid Serum \| Ulta Beauty | Cetyl PEG/PPG-10/1 Dimethicone<br>Phenoxyethanol<br>Polysorbate 20 |
| SUNDAY RILEY - Mini C.E.O. Afterglow Brightening Vitamin C Cream \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br><br>Ammonium Acryloyldimethyltaurate/Beheneth-25 Methacrylate Crosspolymer<br>Phenoxyethanol<br>Polysorbate 60 |
| SUNDAY RILEY - Mini Good Genes All-In-One Lactic Acid Treatment \| Ulta Beauty | Ceteareth-20<br>PEG-100 Stearate<br>Phenoxyethanol |
| SUNDAY RILEY - Pink Drink Firming Resurfacing Essence \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| SUNDAY RILEY - Power Couple 2 Piece Mini Kit \| Ulta Beauty | Ceteareth-20<br>PEG-100 Stearate<br>Phenoxyethanol |
| SUNDAY RILEY - Saturn Sulfur Spot Treatment Mask \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 20<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Supergoop! - Acai PLAY Lip Balm SPF 30 \| Ulta Beauty | Diethylhexyl 2,6-Naphthalate |
| SweetSpot Labs - Bikini & Body Bump Eraser Targeted Spot Treatment \| Ulta Beauty | Phenoxyethanol |
| SweetSpot Labs - Replenishing Serum Daily Intimate Moisturizer \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Phenoxyethanol |
| SweetSpot Labs - Vanilla Blossom Gentle Soothing Wipes \| Ulta Beauty | PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| TAN-LUXE - Express Water - Hydrating Self-Tan Water \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| TAN-LUXE - Hydrating Express Self Tan Mousse \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| TAN-LUXE - Light/Medium THE BODY Mini- Illuminating Self-Tan Drops \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| TAN-LUXE - Light/Medium THE FACE - Illuminating Self-Tan Drops \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| TAN-LUXE - Light/Medium THE FACE Mini - Illuminating Self-Tan Drops \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| TAN-LUXE - Medium/Dark THE BODY - Illuminating Self-Tan Drops \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| TAN-LUXE - Super Gloss Instant Bronzing Face Drops with SPF 30 \| Ulta Beauty | Phenoxyethanol |
| TAN-LUXE - THE BUTTER - Illuminating Gradual Tanning Cream \| Ulta Beauty | Polysorbate 60<br>PEG-100 Stearate<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| TAN-LUXE - THE CRÈME - Advanced Hydration Gradual Self-Tan Facial Cream \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| Tanologist - 6.7 oz Express Self Tan Water Medium \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Express Self Tan Water \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Express Tan 1 Hour Self Tan Extra Dark Mousse \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Extra Dark Self Tan Drops \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Insta Glow Illuminating Body Bronzer \| Ulta Beauty | Propylene Glycol<br>Laureth-7<br>PEG-40 Hydrogenated Castor Oil<br> Phenoxyethanol |
| Tanologist - Insta Glow Illuminating Face Bronzer \| Ulta Beauty | Propylene Glycol<br>Laureth-7<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Medium Express Self Tan Mousse \| Ulta Beauty | Propylene Glycol<br>PEG-40 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Tanologist - Medium Face + Body Self Tan Drops \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| Tanologist - Medium to Dark Daily Glow - Brightening Gradual Tan Lotion \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 60<br>Phenoxyethanol |
| Tanologist - Medium to Dark Daily Glow - Firming Gradual Tanning Lotion \| Ulta Beauty | PEG-100 Stearate<br>Polysorbate 60<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |
| Tarte - Medium-Tan Amazonian Clay BB Tinted Moisturizer Broad Spectrum SPF 20 \| Ulta Beauty | PEG/PPG-18/18 Dimethicone<br>Aluminum Hydroxide<br>Phenoxyethanol |
| Tarte - Travel Size Maracuja C-Brighter Eye Treatment \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | Sodium Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 80 |
| TATCHA - The Essence Skincare Boosting Treatment \| Ulta Beauty | Phenoxyethanol |
| Thayers - 2% AHA Exfoliating, Smoothing and Pore Refining Toner \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Thayers - Blemish Clearing Cleanser with 1.5% Salicylic Acid \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Thayers - Blemish Clearing Toner with 2% Salicylic Acid \| Ulta Beauty | Phenoxyethanol |
| Thayers - Let's Be Clear Water Cream for Combination to Oily Skin \| Ulta Beauty | Propylene Glycol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60<br>Phenoxyethanol |
| Thayers - Rapid Acne Spot Treatment with Niacinamide and 10% Sulfur \| Ulta Beauty | CETEARETH-20<br>PEG-100 STEARATE<br>LAURETH-7 |
| Thayers - Rose Petal Alcohol-Free Witch Hazel Facial Toner \| Ulta Beauty | Phenoxyethanol |
| Thayers - Soak It Up 80HR Liquid Moisturizer for Normal to Dry Skin \| Ulta Beauty | PEG/PPG/Polybutylene Glycol-8/5/3<br>Glycerin<br>Phenoxyethanol |
| TONYMOLY - Peach I Am Sheet Mask \| Ulta Beauty | PEG-60 Hydrogenated Castor Oil |
| TONYMOLY - Tako Pore Blackhead Scrub Stick \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>PEG-8<br>Phenoxyethanol |
| Truly - Acai Your Boobies Boob Butter \| Ulta Beauty | Phenoxyethanol |
| Truly - Acai Your Boobies Boob Polish \| Ulta Beauty | Phenoxyethanol |
| Truly - Acai Your Boobies Boob Serum \| Ulta Beauty | Phenoxyethanol<br>Propylene Glycol |
| Truly - Anti Cellulite Resurfacing Body Serum \| Ulta Beauty | Phenoxyethanol |
| Truly - Anti-Cellulite Body Polish \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Truly - Black Jelly Blemish Treatment Body Serum \| Ulta Beauty | Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Truly - Buns Of Glowry Tighten & Glow Butt Serum \| Ulta Beauty | Phenoxyethanol<br>Propylene Glycol |
| Truly - Buns Of Glowry Tighten & Glow Smoothing Butt Polish \| Ulta Beauty | Phenoxyethanol<br>Propylene Glycol |
| Truly - Cake Maker Tightening Butt & Leg Serum \| Ulta Beauty | Phenoxyethanol |
| Truly - Cherry Jelly Anti-Bacne Body Cleanser \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Truly - Dulce De Leches Firming Boob & Belly Serum \| Ulta Beauty | Phenoxyethanol |
| Truly - Glass Skin Cleansing Balm \| Ulta Beauty | Phenoxyethanol. |
| Truly - Glass Skin Facial Serum \| Ulta Beauty | Phenoxyethanol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Polysorbate 60 |
| Truly - Glazed Donut Facial Glow Cream \| Ulta Beauty | Phenoxyethanol |
| Truly - Jelly Booster Pigment Treatment Body Potion \| Ulta Beauty | Phenoxyethanol |
| Truly - Sun Drops Bronze Body Glow \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Phenoxyethanol. |
| Truly - Unicorn Fruit Lip Plumping Balm \| Ulta Beauty | Phenoxyethanol |
| TULA - #NoMakeup Replenishing Cleansing Oil \| Ulta Beauty | PEG-20 Glyceryl Triisostearate<br>Phenoxyethanol. |
| TULA - 24-7 Moisture Fragrance Free Hydrating Day & Night Cream \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| TULA - 24-7 Power Swipe Hydrating Day & Night Treatment Eye Balm \| Ulta Beauty | Polyethylene<br>Polymethyl Methacrylate<br>Phenoxyethanol, |
| TULA - 3.0 oz Secret Solution Pro-Glycolic 10% Resurfacing Toner \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| TULA - 3.4 oz 24-7 Moisture Hydrating Day & Night Cream \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| TULA - 6.7 oz The Cult Classic Purifying Face Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Disteareth-75 IPDI<br>Polysorbate 20<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
|  | PEG-120 Methyl Glucose Dioleate Styrene/Acrylates Copolymer Phenoxyethanol |
| TULA - Antioxidant Water Purifying Toner Face Mist \| Ulta Beauty | Phenoxyethanol |
| TULA - Beauty Sleep Overnight Repair Treatment \| Ulta Beauty | PEG-100 Stearate Sodium Acrylate/Sodium Acryloyldimethyl Taurate Copolymer, Polystyrene PEG-40 Hydrogenated Castor Oil Ammonium Acryloyldimethyltaurate/VP Copolymer Polysorbate 80 Phenoxyethanol |
| TULA - Bedtime Bright Vita-Charge Overnight Brightening Treatment \| Ulta Beauty | Sodium Polyacrylate Starch Acrylates/C10-30 Alkyl Acrylate Crosspolymer Ammonium Acryloyldimethyltaurate/VP Copolymer  Phenoxyethanol |
| TULA - Breakout Breakthrough Acne Maximum Strength Biodegradable Toner Pads \| Ulta Beauty | Polysorbate 20 |
| TULA - Breakout Star Acne Moisturizer \| Ulta Beauty | Polysorbate 20 Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer

Phenoxyethanol |
| TULA - Bright Start Vitamin C Antioxidant Brightening Moisturizer \| Ulta Beauty | Phenoxyethanol |
| TULA - Claycation Detoxing & Toning Face Mask Stick \| Ulta Beauty | Phenoxyethanol |
| TULA - Clear Skin Starters Travel-Size Acne & Blemish Fighting Kit  Keep It Clear Acne Foam Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate Phenoxyethanol |
| TULA - Detox in a Jar Exfoliating Treatment Mask \| Ulta Beauty | Phenoxyethanol |
| TULA - Glow Starts Here Bestselling Skin Essentials Kit \| Ulta Beauty | The Cult Classic Purifying Face Cleanser: Disodium Laureth Sulfosuccinate Glycereth-7 Caprylate/Caprate Disteareth-75 IPDI Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | So Polished Sugar:<br>Propylene Glycol<br>PEG-7 Glyceryl Cocoate<br>Phenoxyethanol<br><br>Resurfacing Toner:<br>Polysorbate 20<br>Phenoxyethanol<br><br>It Eye Balm:<br>Phenoxyethanol<br><br>24-7 Moisture Day & Night Cream:<br>Phenoxyethanol |
| TULA - Gold Glow + Get It Cooling & Brightening Eye Balm \| Ulta Beauty | Phenoxyethanol |
| TULA - H2Oasis Instant Skin Reviving Mask \| Ulta Beauty | Polysorbate 80<br>Phenoxyethanol |
| TULA - Instant De-Puff Eye Renewal Serum \| Ulta Beauty | Ammonium Acryloyldimethyltaurate/VP Copolymer<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer<br>Phenoxyethanol |
| TULA - Keep It Clear Acne Foam Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Phenoxyethanol |
| TULA - Mini 24-7 Moisture Hydrating Day & Night Cream \| Ulta Beauty | PEG-100 Stearate<br>Phenoxyethanol |
| TULA - Mini Secret Solution Pro-Glycolic 10% Resurfacing Treatment Toner \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| TULA - On-The-Go Best Sellers Travel Kit \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Glycereth-7 Caprylate/Caprate<br>Disteareth-75 IPDI<br>Phenoxyethanol |
| TULA - Revive & Rewind Revitalizing Eye Cream \| Ulta Beauty | PEG-8<br>PEG-100 Stearate<br>PEG-10 Phytosterol<br>Phenoxyethanol |
| TULA - So Polished Exfoliating Sugar Face Scrub \| Ulta Beauty | Propylene Glycol<br>PEG-7 Glyceryl Cocoate<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| TULA - So Poreless Deep Exfoliating Scrub \| Ulta Beauty | Phenoxyethanol |
| TULA - Travel Size The Cult Classic Purifying Face Cleanser \| Ulta Beauty | Disodium Laureth Sulfosuccinate<br>Disteareth-75 IPDI<br>Polysorbate 20<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>PEG-120 Methyl Glucose Dioleate<br>Styrene/Acrylates Copolymer<br>Phenoxyethanol |
| TULA - Wrinkle Treatment Drops Retinol Alternative Serum \| Ulta Beauty | Phenoxyethanol |
| ULTA Beauty Collection - All Clear! Face Serum \| Ulta Beauty | Sodium Polyacrylate<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |
| ULTA Beauty Collection - Apple Cider Vinegar & Kaolin Clay Mask \| Ulta Beauty | Polysorbate 20<br>PEG-100 Stearate<br>Phenoxyethanol |
| ULTA Beauty Collection - Brighten Up Face Serum \| Ulta Beauty | Phenoxyethanol<br>Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer |
| ULTA Beauty Collection - Cherry Crush Lip Treatment Kit \| Ulta Beauty | Cherry Crush Set Cherry Crush Lip Treatment GT28C1003-2P Phenoxyethanol,<br><br>Cherry Lip Mask- GT29C1003-2P Hydrogenated Styrene/Isoprene Copolymer, Phenoxyethanol, Caprylyl Glycol, Fragrance/Parfum, Vanillyl Butyl Ether, Ethylhexylglycerin, Piroctone Olamine, Pentaerythrityl Tetra-di-t-Butyl Hydroxyhydrocinnamate, Citral, Benzyl Alcohol, Geraniol, Citronellol, Anise Alcohol, Linalool, Limonene, Mica, Titanium Dioxide (CI 77891), Red 27 Lake (CI 45410).<br><br>Cherry Crush Lip Scrub UC3C1002-2P Phenoxyethanol |
| ULTA Beauty Collection - Chill Out Under Eye Balm \| Ulta Beauty | Methyl Methacrylate Crosspolymer<br>Phenoxyethanol<br>Sodium Benzotriazolyl Butylphenol Sulfonate |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| ULTA Beauty Collection - Cloud Facial Cleanser \| Ulta Beauty | PEG-120 Methyl Glucose Dioleate<br>Polysorbate 20<br>Phenoxyethanol |
| ULTA Beauty Collection - Dark Tinted Moisturizer SPF 24 \| Ulta Beauty | Phenoxyethanol |
| ULTA Beauty Collection - Gold Magic Eye Gels \| Ulta Beauty | PEG-60 Hydrogenated Castor Oil<br>Phenoxyethanol |
| ULTA Beauty Collection - Hydra Burst Face Serum \| Ulta Beauty | Phenoxyethanol<br>Polysorbate 20<br>Polysorbate 80 |
| ULTA Beauty Collection - Island Pineapple Clear Self Tan Gel \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| ULTA Beauty Collection - Island Pineapple Glow Time Mousse & Mitt Duo \| Ulta Beauty | Propylene Glycol<br>PEG-6 Caprylic/Capric Glycerides<br>PEG-7 Glyceryl Cocoate<br>Phenoxyethanol |
| ULTA Beauty Collection - Island Pineapple Gradual Self Tan Face Drops \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol<br>PEG-8 Dimethicone<br>Propylene Glycol |
| ULTA Beauty Collection - Milky Toner with Hyaluronic Acid \| Ulta Beauty | Phenoxyethanol<br>PEG-40 Hydrogenated Castor Oil<br>Acrylates/C10-30 Alkyl Acrylate Crosspolymer |
| ULTA Beauty Collection - Night Shift Overnight Lip Mask \| Ulta Beauty | Ethylene/propylene/styrene Copolymer<br>Butylene/ethylene/styrene Copolymer<br>Phenoxyethanol |
| ULTA Beauty Collection - Passionfruit Jelly Bomb Lip Balm \| Ulta Beauty | Phenoxyethanol |
| ULTA Beauty Collection - Play It Cool Freezable Sheet Mask \| Ulta Beauty | Polysorbate 60<br>Sodium Polyacrylate Starch<br>Phenoxyethanol |
| ULTA Beauty Collection - Sweetheart Plumped Up Pout Lip Balm \| Ulta Beauty | Phenoxyethanol |
| ULTA Beauty Collection - Tinted Self Tan Mousse \| Ulta Beauty | Propylene Glycol<br>PEG-6 Caprylic/Capric Glycerides<br>Dihydroxypropyl PEG-5 Linoleammonium Chloride<br>PEG-7 Glyceryl Cocoate<br>Phenoxyethanol |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| ULTA Beauty Collection - Wake-Up Call Under Eye Patches \| Ulta Beauty | Sodium Polyacrylate |
| ULTA Beauty Collection - Waterproof Eye & Lip Makeup Remover \| Ulta Beauty | Phenoxyethanol |
| Urban Decay Cosmetics - 30 Hydromaniac Hydrating Dewy Foundation \| Ulta Beauty | Cetyl Peg/Ppg-10/1 Dimethicone PEG-8 Phenoxyethanol Aluminum Hydroxide |
| Urban Skin Rx - Vitaleyez Dark Circle Treatment \| Ulta Beauty | Phenoxyethanol Laureth-7 Polysorbate 20 Laureth-23 |
| Urban Skin Rx - Witch Hazel Brightening & pH Balancing Toner \| Ulta Beauty | Phenoxyethanol |
| Urban Veda - Anti-Aging Rose Reviving Night Cream \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol |
| Urban Veda - Brightening Turmeric & Papaya Radiance Day Cream \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate |
| Urban Veda - Calm & Restore Sandalwood + Aloe Vera Soothing Day Cream \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol |
| Urban Veda - Calm & Restore Sandalwood + Aloe Vera Soothing Night Cream \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol |
| Urban Veda - Neem & Tea Tree Skin Purifying Overnight Hydrator \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate |
| Urban Veda - Oil-Control Neem & Tea Tree Purifying Day Cream \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol |
| Urban Veda - Peptide-30 Radiance Recovery Night Cream \| Ulta Beauty | Sodium Polyacrylate Phenoxyethanol |
| Urban Veda - Skin Firming Rose Reviving Day Cream \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate |
| Vacation - Classic Lotion SPF 30 Sunscreen \| Ulta Beauty | Phenoxyethanol Sodium Polyacrylate |
| Vacation - Sun Belt 5 Piece Sampler \| Ulta Beauty | CLASSIC LOTION SPF 30: Phenoxyethanol Sodium Polyacrylate |
| VANICREAM - Cleansing Bar for Sensitive Skin \| Ulta Beauty | Ceteareth-20 PEG-30 Stearate PEG-20 |
| Vichy - 1.0 oz Mineral 89 Hyaluronic Acid Face Serum for Stronger Skin \| Ulta Beauty | PEG/PPG/Polybutylene Glycol-8/5/3 Glycerin |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| | Phenoxyethanol |
| Vichy - 6.7 oz Normaderm Phytoaction Daily Deep Cleansing with Salicylic Acid \| Ulta Beauty | PEG-120 Methyl Glucose Dioleate<br>Phenoxyethanol |
| Vichy - LiftActiv Pure Retinol Serum for Deep Wrinkles \| Ulta Beauty | Propylene Glycol, PEG-6 Caprylic/Capric Glycerides<br>Polysorbate 20 |
| Vichy - LiftActiv Supreme H.A. Wrinkle Corrector \| Ulta Beauty | PEG-60 Hydrogenated Castor Oil<br>Phenoxyethanol |
| Vichy - LiftActiv Vitamin B3 Face Serum for Dark Spots & Wrinkles \| Ulta Beauty | Propylene Glycol<br>Phenoxyethanol |
| Vichy - Minéral 89 Eyes Hyaluronic Acid Eye Gel Cream \| Ulta Beauty | Phenoxyethanol |
| Vichy - Minéral 89 Fragrance Free Cream \| Ulta Beauty | Polysorbate 80 |
| Vichy - Normaderm PhytoAction Acne Control Daily Face Moisturizer \| Ulta Beauty | Sodium Polyacrylate<br>Phenoxyethanol |
| Vitamins and Sea beauty - Blue Sea Kale & Niacinamide Smoothing Facial Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Vitamins and Sea beauty - Blue Sea Kale Grapefruit Deep Pore Exfoliating Face Mask \| Ulta Beauty | Polysorbate 60<br>PEG-100 Stearate<br>Phenoxyethanol |
| Vitamins and Sea beauty - Marine Algae and Blue Tansy Multipurpose Treatment \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Vitamins and Sea beauty - Monoi Oil & Sea Kelp Exfoliating Face Scrub \| Ulta Beauty | Steareth-2<br>Steareth-21<br>Phenoxyethanol |
| Vitamins and Sea beauty - Sea Kale & Hyaluronic Acid Complex Rejuvenating Skin Serum \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| Vitamins and Sea beauty - Sea Kelp and Phytoceramides Rehydration Gel Moisturizer \| Ulta Beauty | Phenoxyethanol |
| Vitamins and Sea beauty - Sea Lavender & Bakuchiol Renewing Face Serum \| Ulta Beauty | PEG-12 Dimethicone<br>Phenoxyethanol |
| Vitamins and Sea beauty - Sea Salt & Coconut Gentle & Brightening Face Scrub \| Ulta Beauty | Steareth-2<br>Steareth-21<br>Phenoxyethanol, |

| Product | Ingredients Prohibited by Ulta's "Made Without List™" |
|---|---|
| Vitamins and Sea beauty - Seaweed + Glycolic Acid Facial Toner \| Ulta Beauty | PEG-12 Dimethicone<br>Polysorbate 20<br>Phenoxyethanol |
| Vitamins and Sea beauty - Skincare Minis + Travel Pouch \| Ulta Beauty | Polysorbate 20<br>Phenoxyethanol |
| VOLITION - Chocolate Macadamia Hydrating Mask with Hyaluronic Acid + Vegan Collagen \| Ulta Beauty | Phenoxyethanol |
| VOLITION - Sémillon Overnight Retinol Serum with Niacinamide + Hyaluronic Acid \| Ulta Beauty | Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer<br>Phenoxyethanol |
| VOLITION - Snow Mushroom Water Serum with Peptides + Vitamin C \| Ulta Beauty | Phenoxyethanol |
| VOLITION - Turmeric Brightening Polish with Oatmeal + Vitamin E \| Ulta Beauty | Phenoxyethanol |
| Womaness - Let's Neck - Neck and Décolleté Serum \| Ulta Beauty | Phenoxyethanol |
| WYN BEAUTY - ADVANCE MVP: Most Versatile Pigment Multifunction Lip & Cheek Color \| Ulta Beauty | Methyl Methacrylate Crosspolymer<br>Phenoxyethanol |

**Plaintiff and Reasonable Consumers Were Misled by the Products**

71.     Given the significant presence of these ingredients prohibited by the Ulta Beauty's "Made Without List™," Ulta's representations that the Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" are deceptive and misleading.

72.     By misleadingly and deceptively labeling and marketing the Products, as described herein, Ulta sought to take advantage of consumers' desire for true safe, clean, and environmentally friendly beauty products.  Ulta has done so at the expense of unwitting consumers—many of whom seek to protect themselves and their household members—and Ulta's lawfully acting competitors, over whom Ulta maintains an unfair competitive advantage.

73.     The safe, clean, or environmentally friendly representations were and are material to reasonable consumers, including Plaintiffs, in making purchasing decisions.

74.     Plaintiff relied on Ulta's misrepresentations, described herein, in making the decision to purchase the Products.

75.     At the time Plaintiff purchased the Products, Plaintiff did not know, and had no reason to know, that the Products' marketing and advertising were false, misleading, deceptive, and unlawful as set forth herein.

76.     Consumers lack the meaningful ability to test or independently ascertain or verify whether ingredients in a product are safe, clean, or environmentally friendly, especially at the point of sale.  Consumers would not know the true nature of the ingredients merely by reading the ingredients label.

77.     Consumers also lack the meaningful ability to test or independently ascertain whether the ingredients in the Products are excluded ingredients on the "Made Without List™" which prohibit the use of the following ingredients:  Acrylates; Alkylphenols (Octylphenols, nonylphenols) and Alkylphenol Ethoxylates; Aluminum compounds; Aluminum powder; Aluminum salts and complexes; Ethoxylated ingredients including PEGs and polyethylene glycol or polysorbate; Phthalates; Sodium Laureth Sulfate (SLES); Sodium Lauryl Sulfate (SLS); Styrene & styrene oxide.

78.     Discovering that the Products are made "Clean Ingredients" that comply with the "Made Without List™" and do not contain any of the prohibited ingredients and actually can cause harm to humans, animals and/or the environment requires a scientific investigation and knowledge of chemistry beyond that of the average consumer.  That is why, even though all of the ingredients listed above are identified on the back of the Products' packaging in the ingredients listed, the reasonable consumer would not understand – nor are they expected to understand - that these

ingredients are prohibited by the "Made Without List™," harmful, dangerous, and environmentally damaging.

79.    Moreover, the reasonable consumer is not expected or required to scour the ingredients list on the back of the Products in order to confirm or debunk Ulta's prominent claims and representations that the Products are made "Clean Ingredients" that that excludes ingredients on the "Made Without List™."

80.    Ulta materially misled and failed to adequately inform reasonable consumers, including Plaintiff, that the Products contain ingredients that are prohibited by the "Made Without List™" that can cause harm to humans, animals, and/or the environment. A reasonable consumer understands Ulta's claims that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" to mean that the Products do not contain any of the ingredients prohibited by the "Made Without List™" and are made without ingredients commonly associated with adverse health and/or environmental impacts."

81.    Ulta's representations that the Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" induced consumers, including Plaintiff and Class Members, to pay a premium to purchase the Products. Plaintiff and Class Members relied on Ulta's false and misleading misrepresentations in purchasing the Products at some premium price above comparable alternatives that are not represented to be safe, clean, or environmentally friendly. If not for Ulta's misrepresentations, Plaintiff and Class Members would not have been willing to purchase the Products at a premium price. Accordingly, they have suffered an injury as a result of Ulta's misrepresentations.

82.    Ulta knew that consumers will pay more for a product represented as made with "Clean Ingredients" that do not contain any of the ingredients prohibited by the "Made Without

List™" that are commonly associated with adverse health and/or environmental impacts and intended to deceive Plaintiff and putative class members by representing that the Products are purportedly safe, clean, and environmentally friendly products.

83.    Ulta has profited enormously from its false and misleading representations that the Products are part of the "Conscious Beauty® at Ulta Beauty®" program and are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™."  The purpose of this action is to require Ulta to undertake a corrective advertising campaign and to provide consumers with monetary relief for Ulta's deceptive and misleading product claims.

84.    Plaintiff would not have purchased the Products if they had known the truth. Accordingly, based on Ulta's material misrepresentations and omissions, reasonable consumers, including Plaintiff, purchased the Products to their detriment.

85.    It is possible, however, that Plaintiff would purchase the Products in the future if they were properly represented, and/or the Products complied with the marketing, advertising, and website statements.  Specifically, Plaintiffs would like to purchase the Products again if the Products no longer posed a risk of harm to humans, animals, and/or the environment.

## **CLASS ALLEGATIONS**

86.    Plaintiff brings this suit individually and as a class action pursuant to Federal Rule of Civil Procedure Rule 23, on behalf of herself and the following Class of similarly situated individuals:

**Nationwide Class:**  All residents of the United States who, within the applicable statute of limitations periods, purchased the Products for personal, family, or household purposes ("Nationwide Class").

**California Subclass:**  All residents of California who, within four years prior to the filing of this action, purchased the Products for personal, family, or household purposes ("California Sublcass").

87.     Excluded from the Class are Defendants, their affiliates, employees, officers and directors, persons or entities that purchases the Products for resale, and the Judge(s) assigned to this case.

88.     Plaintiff reserves the right to amend or otherwise alter the Class definitions presented to the Court at the appropriate time in response to facts learned through discovery, legal arguments advanced by Defendant or otherwise.

89.     This action has been brought and may properly be maintained as a class action against Defendant because there is a well-defined community of interest in the litigation and the proposed Class is easily ascertainable.

90.     Numerosity: Plaintiff does not know the exact size of the Class, but she estimates that it is composed of more than 5,000 persons. The persons in the Class are so numerous that the joinder of all such persons is impracticable and the disposition of their claims in a class action rather than in individual actions will benefit the parties and the courts.

91.     Common Questions Predominate:  This action involves common questions of law and fact to the potential classes because each Class Member's claim derives from the same deceptive, unlawful and/or unfair statements and omissions. The common questions of law and fact predominate over individual questions, as proof of a common or single set of facts will establish the right of each member of the Class to recover. The questions of law and fact common to the Class include, but are not limited to, the following:

     a.  Whether Defendants engaged in unlawful, unfair or deceptive business practices by advertising and selling the Products;

     b.  Whether Defendants' conduct of advertising and selling the Products while representing them as part of the "Conscious Beauty® at Ulta Beauty®" program and made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made

Without List™," and omitting that they contain ingredients prohibited by the "Made Without List™" that are commonly associated with adverse health and/or environmental impacts" constitutes an unfair method of competition, or unfair or deceptive act or practice, in violation of Civil Code section 1750, *et seq.*;

c. Whether Defendants used deceptive representations or omission in connection with the sale of the Products in violation of Civil Code section 1750, *et seq.*;

d. Whether Defendants represented that the Products have characteristics or qualities that they do not have in violation of Civil Code section 1750, *et seq.*;

e. Whether Defendants advertised the Products with intent not to sell them as advertised in violation of Civil Code section 1750, *et seq.*;

f. Whether Defendants' marketing and advertising of the Products are misleading in violation of Business and Professions Code section 17500, *et seq.*;

g. Whether Defendants knew or by the exercise of reasonable care should have known their marketing and advertising was and is misleading in violation of Business and Professions Code section 17500, *et seq.*;

h. Whether Defendants' conduct is an unfair business practice within the meaning of Business and Professions Code section 17200, *et seq.*;

i. Whether Defendants' conduct is a fraudulent business practice within the meaning of Business and Professions Code section 17200, *et seq.*;

j. Whether Defendants' conduct is an unlawful business practice within the meaning of Business and Professions Code section 17200, *et seq.*;

k. Whether Plaintiff and the Class paid more money for the Products than they actually received;

l. How much more money Plaintiff and the Class paid for the Products than they actually received;

m. Whether Plaintiff and the Class are entitled to injunctive relief; and

n. Whether Defendants were unjustly enriched by its unlawful conduct.

92. Typicality: Plaintiff's claims are typical of the claims of other members of the Class because, among other things, all such claims arise out of the same wrongful course of conduct in which the Defendant engaged in violation of law as described herein. Plaintiff and Class Members purchased one or more of the Products. In addition, Defendants' conduct that gave rise to the claims of Plaintiff and Class Members (*i.e.*, marketing, sales and advertising of the Products as part of the "Conscious Beauty® at Ulta Beauty®" program and made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts) is the same for Plaintiff and all members of the Class. Plaintiff's claims, like the claims of the Class, arise out of the same common course of conduct by Defendants and are based on the same legal and remedial theories.

93. Adequacy of Representation: Plaintiff will fairly and adequately protect the interests of all Class Members because it is in her best interests to prosecute the claims alleged herein to obtain full compensation due to her for the unfair and illegal conduct of which she complains. Plaintiff also has no interests that are in conflict with, or antagonistic to, the interests of Class Members. Plaintiff has retained highly competent and experienced class action attorneys to represent her interests and those of the class. By prevailing on her own claims, Plaintiff will establish Defendant's liability to all Class Members. Plaintiff and her counsel have the necessary financial resources to adequately and vigorously litigate this class action, and Plaintiff and counsel

are aware of their fiduciary responsibilities to the Class Members and are determined to diligently

discharge those duties by vigorously seeking the maximum possible recovery for Class Members.

94. Superiority: There is no plain, speedy, or adequate remedy other than by maintenance

of this class action. The prosecution of individual remedies by members of the classes will tend to

establish inconsistent standards of conduct for Defendants and result in the impairment of Class

Members' rights and the disposition of their interests through actions to which they were not parties.

Class action treatment will permit a large number of similarly situated persons to prosecute their

common claims in a single forum simultaneously, efficiently, and without the unnecessary

duplication of effort and expense that numerous individual actions would engender. Furthermore,

as the damages suffered by each individual member of the class may be relatively small, the

expenses and burden of individual litigation would make it difficult or impossible for individual

members of the class to redress the wrongs done to them, while an important public interest will be

served by addressing the matter as a class action.

95. Plaintiff is unaware of any difficulties that are likely to be encountered in the

management of this action that would preclude its maintenance as a class action.

## **PLAINTIFF'S FIRST CAUSE OF ACTION**

**(Violation of the Consumer Legal Remedies Act, California Civil Code § 1750, *et seq.*)**

***On Behalf of Herself and the California Subclass***

96. Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

97. This cause of action is brought pursuant to California's Consumers Legal Remedies

Act, Cal. Civ. Code § 1750, *et seq.* (the "CLRA").

98. Defendant's actions, representations and conduct have violated, and continue to

violate the CLRA, because they extend to transactions that are intended to result, or which have

resulted, in the sale or lease of goods or services to consumers.

99.     Plaintiff and the other class members are "consumers," as that term is defined by California Civil Code § 1761(d), because they bought the Ulta Products for personal, family, or household purposes.

100.     The Products that Plaintiff (and others similarly situated class members) purchased from Defendant were and are "goods" within the meaning of California Civil Code § 1761(a).

101.     Defendant is a "person," as defined by the CLRA in California Civil Code, section 1761(c).

102.     Purchase of the Products by Plaintiff and members of the class are "transactions," as defined by the CLRA in California Civil Code, § 1761(e).

103.     By engaging in the actions, representations and conduct set forth in this Complaint, Defendant has violated, and continues to violate, § 1770(a)(5), § 1770(a)(7), and § 1770(a)(9) of the CLRA.  In violation of California Civil Code § 1770(a)(5), Defendant's acts and practices constitute improper representations that the goods it sells have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities, which they do not have.  In violation of California Civil Code § 1770(a)(7), Defendant's acts and practices constitute improper representations that the goods it sells are of a particular standard, quality, or grade, when they are of another.  In violation of California Civil Code § 1770(a)(9), Defendant has advertised goods or services with intent not to sell them as advertised.  Specifically, in violation of §§ 1770(a)(5), (a)(7), and (a)(9), Defendant's acts and practices led customers to falsely believe that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™", when they are not.

104.     Defendant's uniform and material misrepresentations and omissions regarding the Products were likely to deceive the public.  Defendant knew or should have known that its misrepresentations and omissions were untrue and misleading.

105. Plaintiff and members of the class could not have reasonably avoided such injury. Plaintiff and members of the class were unaware of the existence of the facts that Defendant suppressed and failed to disclose; and Plaintiff and members of the class would not have purchased the Products and/or would have purchased them on different terms had they known the truth.

106. Plaintiff and members of the class have been directly and proximately injured by Defendant's conduct. Such injury includes, but is not limited to, the purchase price of the Products and/or the premium paid for the Products.

107. Given that Defendant's conduct violated § 1770(a), Plaintiff requests that this Court enjoin Defendant from continuing to employ the unlawful methods, acts and practices alleged herein pursuant to California Civil Code § 1780(a)(2). If Defendant is not restrained from engaging in these types of practices in the future, Plaintiff and the other members of the class will continue to suffer harm.

108. CLRA § 1782 NOTICE. On April 1, 2025, Plaintiff provided Defendant with notice and demand that within thirty (30) days from that date, Defendant correct, repair, replace or otherwise rectify the unlawful, unfair, false and/or deceptive practices complained of herein. Defendant failed to take any of the requested actions within thirty days. Plaintiff seeks, pursuant to California Civil Code § 1780(a), on behalf of herself and those similarly situated members of the Class, actual damages, punitive damages and restitution of any ill-gotten gains due to Defendant's acts and practices. With regard to the amount of damages and restitution, Plaintiff seeks to recover for herself and the Class a full refund of the price paid for the Products, or in the alternative, the price premium paid for the Products, *i.e.*, difference between the price consumers paid for the Products and the price that they would have paid but for Defendant's misrepresentation. This premium can be determined by using econometric or statistical techniques such as hedonic regression or conjoint analysis.

109.    Plaintiff also requests that this Court award them costs and reasonable attorneys' fees pursuant to California Civil Code § 1780(d).

## PLAINTIFF'S SECOND CAUSE OF ACTION

**(False Advertising, Business and Professions Code § 17500, *et seq.* ("FAL")**

***On Behalf of Herself and the California Subclass***

110.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

111.    Beginning at an exact date unknown to Plaintiff, but within three (3) years preceding the filing of the Complaint, Defendant made untrue, false, deceptive and/or misleading statements in connection with the advertising and marketing of the Products.

112.    Defendant made representations and statements (by omission and commission) that led reasonable consumers to believe the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts when they do not.  Defendant deceptively failed to inform Plaintiff, and those similarly situated, that the Products are made with ingredients prohibited by the "Made Without List™."

113.    Plaintiff and those similarly situated relied to their detriment on Defendant's false, misleading and deceptive advertising and marketing practices, including each of the misrepresentations and omissions set forth above.  Had Plaintiff and those similarly situated been adequately informed and not intentionally deceived by Defendant, they would have acted differently by, without limitation, refraining from purchasing the Products or paying less for them.

114.    Defendant's acts and omissions are likely to deceive reasonable consumers and the general public.

115.    Defendant engaged in these false, misleading and deceptive advertising and marketing practices to increase their profits. Accordingly, Defendant has engaged in false

advertising, as defined and prohibited by section 17500, *et seq.* of the California Business and Professions Code.

116.    The aforementioned practices, which Defendant has used, and continue to use, to its significant financial gain, also constitute unlawful competition and provide an unlawful advantage over Defendant's competitors as well as injury to the general public.

117.    As a direct and proximate result of such actions, Plaintiff and the other members of the Class have suffered, and continue to suffer, injury in fact and have lost money and/or property as a result of such false, deceptive and misleading advertising in an amount which will be proven at trial, but which is in excess of the jurisdictional minimum of this Court.  In particular, Plaintiff, and those similarly situated, paid a price premium for the Products, *i.e.*, the difference between the price consumers paid for the Products and the price that they would have paid but for Defendant's misrepresentation.  This premium can be determined by using econometric or statistical techniques such as hedonic regression or conjoint analysis.  Alternatively, Plaintiff and those similarly situated will seek a full refund of the price paid upon proof that the sale of the Products was unlawful.

118.    Plaintiff seeks equitable relief, including restitution, with respect to her FAL claims. Pursuant to Federal Rule of Civil Procedure 8(e)(2), Plaintiff makes the following allegations in this paragraph only hypothetically and as an alternative to any contrary allegations in her causes of action 1, 3 and 4, in the event that such causes of action will not succeed.  Plaintiff and the Class may be unable to obtain monetary, declaratory and/or injunctive relief directly under causes of action 1, 3 and 4 and will lack an adequate remedy at law, if the Court requires her to show classwide reliance and materiality beyond the objective reasonable consumer standard applied under the FAL, because Plaintiff may not be able to establish each Class member's individualized understanding of Defendant's misleading representations as described in paragraphs in this Complaint, but the FAL does not require individualize proof of deception or injury by absent class members.  *See, e.g., Ries*

*v. Ariz. Bevs. USA LLC*, 287 F.R.D. 523, 537 (N.D. Cal. 2012) ("restitutionary relief under the UCL and FAL 'is available without individualized proof of deception, reliance, and injury.'").   In addition, Plaintiff and the Class may be unable to obtain such relief under causes of action 3 and 4 and will lack an adequate remedy at law, if Plaintiff is unable to demonstrate the requisite mens rea (intent, reckless, and/or negligence), because the FAL imposes no such mens rea requirement and liability exists even if Defendant acted in good faith.

119.    Plaintiff seeks, on behalf of those similarly situated, a declaration that the above-described practices constitute false, misleading and deceptive advertising.

120.    Plaintiff seeks, on behalf of those similarly situated, an injunction to prohibit the sale of the Products within a reasonable time after entry of judgment, unless marketing is modified to disclose the omitted facts about the ingredients in the Products.  Such misconduct by Defendant, unless and until enjoined and restrained by order of this Court, will continue to cause injury in fact to the general public and the loss of money and property in that the Defendant will continue to violate the laws of California, unless specifically ordered to comply with the same.  This expectation of future violations will require current and future consumers to repeatedly and continuously seek legal redress in order to recover monies paid to Defendant to which Defendant are not entitled. Plaintiff, those similarly situated and/or other consumers nationwide have no other adequate remedy at law to ensure future compliance with the California Business and Professions Code alleged to have been violated herein.

## **PLAINTIFF'S THIRD CAUSE OF ACTION**

### **(Fraud, Deceit and/or Misrepresentation)**

***On Behalf of Herself and the Nationwide Class and, in the alternative, the California Subclass***

121.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

Defendant fraudulently and deceptively led Plaintiff to believe that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts when they are not. Defendant deceptively failed to inform Plaintiff, and those similarly situated, that the Products are made with ingredients prohibited by the "Made Without List™."

122.    These misrepresentations and omissions were material at the time they were made. They concerned material facts that were essential to the analysis undertaken by Plaintiff as to whether to purchase the Products.

123.    Defendant made identical misrepresentations and omissions to members of the Class regarding the Products.

124.    Plaintiff and those similarly situated relied to their detriment on Defendant's fraudulent misrepresentations and omissions. Had Plaintiff and those similarly situated been adequately informed and not intentionally deceived by Defendants, they would have acted differently by, without limitation, not purchasing (or paying less for) the Products.

125.    Defendant had a duty to inform class members at the time of their purchases that the Products were not made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" and are made with ingredients prohibited by the "Made Without List™" that are harmful to humans and the environment. Defendant omitted to provide this information to class members. Class members relied to their detriment on Defendant's omissions. These omissions were material to the decisions of the class members to purchase the Products. In making these omissions, Defendant breached its duty to class members. Defendant also gained financially from, and as a result of, its breach.

126.    By and through such fraud, deceit, misrepresentations and/or omissions, Defendant intended to induce Plaintiff, and those similarly situated, to alter their position to their detriment. Specifically, Defendant fraudulently and deceptively induced Plaintiff, and those similarly situated, to, without limitation, pay a premium to purchase the Products.

127.    As a direct and proximate result of Defendant's misrepresentations and omissions, Plaintiff, and those similarly situated, have suffered damages.  In particular, Plaintiff seeks to recover on behalf of herself and those similarly situated the price premium paid for the Products, *i.e.*, the difference between the price consumers paid for the Products and the price that they would have paid but for Defendant's misrepresentation.  This premium can be determined by using econometric or statistical techniques such as hedonic regression or conjoint analysis.

128.    Defendant's conduct as described herein was willful and malicious and was designed to maximize Defendant's profits even though Defendants knew that it would cause loss and harm to Plaintiff and those similarly situated.

## PLAINTIFF'S FOURTH CAUSE OF ACTION

### (Negligent Misrepresentation)

***On Behalf of Herself and the Nationwide Class and, in the alternative, the California Subclass***

129.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

130.    Defendant provided false and misleading information regarding the Products, representing that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts.

131.    These representations were material at the time they were made.  They concerned material facts that were essential to the analysis undertaken by Plaintiff as to whether to purchase the Products.

132.    Defendant made identical misrepresentations and omissions to members of the Class regarding the Products.

133.    Defendant's representations regarding the Products are material to a reasonable consumer because they relate to the composition of the Products purchased by consumers.  A reasonable consumer would attach importance to such representations and would be induced to act thereon in making purchase decisions.

134.    At all relevant times, Defendant should have known its representations to be false and had no reasonable grounds for believing them to be true when they were made.  Defendant had no reasonable grounds for believing its representations were not false and misleading.

135.    By and through such negligent misrepresentations, Defendant intended to induce Plaintiff and those similarly situated to alter their position to their detriment.  Specifically, Defendant negligently induced Plaintiff, and those similarly situated to, without limitation, to purchase the Products.

136.    Plaintiff and those similarly situated relied to their detriment on Defendant's negligent misrepresentations.  Had Plaintiff and those similarly situated been adequately informed and not intentionally deceived by Defendant, they would have acted differently by, without limitation, not purchasing (or paying less for) the Products.

137.    Therefore, as a direct and proximate result of Defendant's negligent misrepresentations, Plaintiff and those similarly situated have suffered damages.  In particular, Plaintiff seeks to recover on behalf of herself and those similarly situated the price premium paid for the Products, *i.e.*, the difference between the price consumers paid for the Products and the price that they would have paid but for Defendant's misrepresentation.  This premium can be determined by using econometric or statistical techniques such as hedonic regression or conjoint analysis.

1

## PLAINTIFF'S FIFTH CAUSE OF ACTION

2

**(Unlawful Acts, Business and Professions Code § 17200, *et seq.*)**

3

***On Behalf of Herself and the California Subclass***

4

138.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

5

6

139.    The violation of any law constitutes an unlawful business practice under Cal. Bus. &

7

Prof. Code § 17200.

8

140.    Defendant's conduct violates California Cal. Bus. & Prof. Code § 17500, which

9

prohibits knowingly making, by means of any advertising device or otherwise, any untrue or

10

misleading statement with the intent to sell a product or to induce the public to purchase a product.

11

By misrepresenting that the Products are made with "Clean Ingredients" that excludes ingredients

12

on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly

13

associated with adverse health and/or environmental impacts, Defendant is violating Cal. Bus. &

14

Prof. Code § 17500.

15

16

141.    Defendant's conduct also violates EMCA, Cal. Bus. & Prof. Code § 17580.5, which

17

makes it unlawful for any person to make any untruthful, deceptive, or misleading environmental

18

marketing claim.  Pursuant to § 17580.5, the term "environmental marketing claim" includes any

19

claim contained in the Green Guides. 16 C.F.R. § 260.1, *et seq.*  Under the Green Guides, "[i]t is

20

deceptive to misrepresent, directly or by implication, that a product, package, or service offers a

21

general environmental benefit."  16 C.F.R. § 260.4(a).  By misrepresenting that the Products are

22

made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™"

23

24

which prohibits the use of ingredients that are commonly associated with adverse health and/or

25

environmental impacts.  as described above, Defendant is violating Cal. Bus. & Prof. Code §

26

17580.5.

27

28

142.    Defendant's conduct further violates EMCA, Cal. Bus. & Prof. Code § 17580(a), which makes it unlawful for any person to make any unsubstantiated environmental marketing claim.  Pursuant to Cal. Bus. & Prof. Code § 17580(a), "Any person who represents in advertising or on the label or container of a consumer good that the consumer good that it manufactures or distributes is not harmful to, or is beneficial to, the natural environment, through use of such terms as 'environmental choice,' 'ecologically friendly,' 'earth friendly,' 'environmentally friendly,' 'ecologically sound,' 'environmentally sound,' 'environmentally safe,' 'ecologically safe,' 'environmentally lite,' 'green product,' or any other like term, or through the use of a chasing arrows symbol or by otherwise directing a consumer to recycle the consumer good, shall maintain in written form in its records…information and documentation supporting the validity of the representation." Cal. Bus. & Prof. Code § 17580(a).  EMCA specifically requires companies to maintain the following records in written form supporting the validity of their recyclable representations: (1) the reasons why a company believes the representation to be true; (2) any significant adverse environmental impacts directly associated with the production, distribution, use, and disposal of the consumer good; (3) any measures that are taken by the company to reduce the environmental impacts directly associated with the production, distribution, and disposal of the consumer good; and (4) violations of any federal, state, or local permits directly associated with the production or distribution of the consumer good.  *Id.*, § 17580(a)(1)-(4).  The California Legislature declared its intent that the information and documentation supporting the validity of any environmental marketing claims shall be fully disclosed to the public, and information and documentation maintained pursuant to Cal. Bus. & Prof. Code § 17580 must be furnished to any member of the public upon request.  *Id.*, § 17580(b), (d).

143.    The Green Guides also require marketers to ensure that their claims are supported by a reasonable basis prior to making the claim.  16 C.F.R. § 260.2.  A reasonable basis is defined as

competent and reliable scientific evidence, such as "tests, analyses, research, or studies that have been conducted and evaluated in an objective manner by qualified persons and are generally accepted in the profession to yield accurate and reliable results." *Id.* "Such evidence should be sufficient in quality and quantity based on standards generally accepted in the relevant scientific fields, when considered in light of the entire body of relevant and reliable scientific evidence, to substantiate that each of the marketing claims is true." *Id.*

144. Defendant's conduct also violates Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45, which prohibits unfair methods of competition and unfair or deceptive acts or practices in or effecting commerce. By misrepresenting that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of specific ingredients that Ulta has determined are commonly associated with adverse health and/or environmental impacts, Defendant is violating Section 5 of the FTC Act.

145. As detailed more fully elsewhere herein, Defendant's acts and practices were intended to and did result in the sale of the Products in violation of the CLRA, California Civil Code §1750, *et seq.*, and specifically California Civil Code §§ 1770(a)(5), § 1770(a)(7), and § 1770(a)(9).

146. By violating the laws enumerated above, Defendant has engaged in unlawful business acts and practices which constitute unfair competition within the meaning of Cal. Bus. & Prof. Code § 17200.

147. Plaintiff has no adequate remedy at law for the injuries currently being suffered as an award of monetary damages would not prohibit Defendant's unlawful marketing, advertising, sale, and distribution of the Products in California. If an injunction is not granted, Plaintiff will suffer irreparable injury because she continues to desire to purchase Products from Defendant in the future that are made with "Clean Ingredients" free from ingredients that are commonly associated with adverse health and/or environmental impacts but is unable to determine with confidence

whether the Products are made with "Clean Ingredients" free from ingredients that are commonly associated with adverse health and/or environmental impacts. In addition, adverse environmental impacts caused by Defendant's marketing, advertising, and sale of the Products in California will continue to negatively harm California waters, coasts, communities, and marine life. Thus, Plaintiff and the Class seek an order enjoining Defendant's acts of unlawful, unfair, and deceptive acts and practices in California, which serves the public interest by protecting the environment by preventing Defendant from gaining an unfair advantage over companies that lawfully sell their products as free from ingredients that are commonly associated with adverse health and/or environmental impacts. In addition, Plaintiff and the Class seek restitution to the individual victims of Defendant's unlawful, unfair, and deceptive practices.

148.    Plaintiff purchased the Products because she believed the Products as marketed, advertised, and sold by Defendant complied with the law. If Plaintiff had known that the Products were not made with "Clean Ingredients" free from ingredients that are commonly associated with adverse health and/or environmental impacts in California, she would not have purchased the Products and would have instead sought out other comparable products that are made with ingredients that are not harmful to humans and/or the environment or would not have paid as much as she did for the Products. Plaintiff purchased the Products based on a belief that Defendant's marketing, advertising, and sale of the Products complied with its legal obligations under California law and in reliance on Defendant's representations that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts. Defendant's claims that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts. are material, untrue, and misleading.

These "Clean Ingredients" claims are uniform and prominent in the marketing, advertising, and sale of the Products.

149.    An action for injunctive relief and restitution is specifically authorized under Cal. Bus. & Prof. Code § 17203.

150.    Plaintiff also seeks equitable relief, including restitution, with respect to her UCL unlawfulness claims.  Pursuant to Federal Rule of Civil Procedure 8(e)(2), Plaintiff makes the following allegations in this paragraph only hypothetically and as an alternative to any contrary allegations in her causes of action 1, 3 and 4, in the event that such causes of action will not succeed. Plaintiff and the Class may be unable to obtain monetary, declaratory and/or injunctive relief directly under causes of action 1, 3 and 4 and will lack an adequate remedy of law, if the Court requires her to show classwide reliance and materiality beyond the objective reasonable consumer standard applied under the UCL, because Plaintiff may not be able to establish each Class member's individualized understanding of Defendants' misleading representations as described in this Complaint, but the UCL does not require individualized proof of deception or injury by absent class members.  *See, e.g., Stearns v Ticketmaster*, 655 F.3d 1013, 1020, 1023-25 (9th Cir. 2011) (distinguishing, for purposes of CLRA claim, among class members for whom website representations may have been materially deficient, but requiring certification of UCL claim for entire class).  In addition, Plaintiff and the Class may be unable to obtain such relief under causes of action 3 and 4 and will lack an adequate remedy at law, if Plaintiff is unable to demonstrate the requisite mens rea (intent, reckless, and/or negligence), because the UCL imposes no such mens rea requirement and liability exists even if Defendants acted in good faith.

1

**PLAINTIFF'S SIXTH CAUSE OF ACTION**

2

**(Fraudulent Acts and Practices, Business and Professions Code § 17200, *et seq.*)**

3

***On Behalf of Herself and the California Subclass***

4

151.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

5

152.    Under Cal. Bus. & Prof. Code § 17200, any business act or practice that is likely to

6

7

deceive members of the public constitutes a fraudulent business act or practice.

8

153.    Defendant has engaged and continues to engage in conduct that is likely to deceive

9

members of the public.  This conduct includes, but is not limited to, representing that the Products

10

are that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's

11

"Made Without List™", when they are not.

12

154.    Plaintiff has no adequate remedy at law for the injuries currently being suffered as

13

an award of monetary damages would not prohibit Defendant's unlawful marketing, advertising,

14

sale, and distribution of the Products in California.  If an injunction is not granted, Plaintiff will

15

16

suffer irreparable injury because she continues to desire to purchase Products from Defendant in the

17

future that are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made

18

Without List™" which prohibits the use of ingredients that are commonly associated with adverse

19

health and/or environmental impacts but is unable to determine with confidence whether the

20

Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made

21

Without List™".  In addition, adverse environmental impact caused by Defendant's marketing,

22

23

advertising, and sale of the Products in California will continue to negatively harm California

24

waters, coasts, communities, and marine life.  Thus, Plaintiff and the Class seek an order enjoining

25

Defendant's acts of unlawful, unfair, and deceptive acts and practices in California, which serves

26

the public interest by protecting the environment and by preventing Defendant from gaining an

27

unfair advantage over companies that lawfully sell their products as made with clean ingredients

28

that do not have adverse health and/or environmental impacts.  In addition, Plaintiff and the Class seek restitution to the individual victims of Defendant's unlawful, unfair, and deceptive practices.

155.    Plaintiff purchased the Products because she believed the Products as marketed, advertised, and sold by Defendant complied with the law.  If Plaintiff had known that the Products were not made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts, she would not have purchased the Products and would have instead sought out other comparable products that are otherwise made with clean ingredients that are not commonly associated with adverse health and/or environmental impacts or would not have paid as much as she did for the Products.  Plaintiff purchased the Products based on a belief that Defendant's marketing, advertising, and sale of the Products complied with its legal obligations under California law and in reliance on Defendant's representations that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts. Defendant's claims that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" are material, untrue, and misleading.  These "Clean Ingredients" claims are uniform and prominent in the marketing, advertising, and sale of the Products.

156.    By committing the acts alleged above, Defendant has engaged in fraudulent business acts and practices, which constitute unfair competition within the meaning of Cal. Bus. & Prof. Code § 17200.

157.    An action for injunctive relief and restitution is specifically authorized under Cal. Bus. & Prof. Code § 17203.

158.    Plaintiff also seeks equitable relief, including restitution, with respect to her UCL fraudulent acts and practices claims.  Pursuant to Federal Rule of Civil Procedure 8(e)(2), Plaintiff makes the following allegations in this paragraph only hypothetically and as an alternative to any contrary allegations in her causes of action 1, 3 and 4, in the event that such causes of action will not succeed.  Plaintiff and the Class may be unable to obtain monetary, declaratory and/or injunctive relief directly under causes of action 1, 3 and 4 and will lack an adequate remedy of law, if the Court requires her to show classwide reliance and materiality beyond the objective reasonable consumer standard applied under the UCL, because Plaintiff may not be able to establish each Class member's individualized understanding of Defendants' misleading representations as described in this Complaint, but the UCL does not require individualized proof of deception or injury by absent class members.  *See, e.g., Stearns v Ticketmaster*,655 F.3d 1013, 1020, 1023-25 (9th Cir. 2011) (distinguishing, for purposes of CLRA claim, among class members for whom website representations may have been materially deficient, but requiring certification of UCL claim for entire class).  In addition, Plaintiff and the Class may be unable to obtain such relief under causes of action 3 and 4 and will lack an adequate remedy at law, if Plaintiff is unable to demonstrate the requisite mens rea (intent, reckless, and/or negligence), because the UCL imposes no such mens rea requirement and liability exists even if Defendants acted in good faith.

## PLAINTIFF'S SEVENTH CAUSE OF ACTION

### (Unfair Acts and Practices, Business and Professions Code § 17200, et seq.)

### *On Behalf of Herself and the California Subclass*

159.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

160.    Under California Cal. Bus. & Prof. Code § 17200, any business act or practice that is unethical, oppressive, unscrupulous, or substantially injurious to consumers, or that violates a legislatively declared policy, constitutes an unfair business act or practice.

161.    Defendant has engaged and continues to engage in conduct which is immoral, unethical, oppressive, unscrupulous, and substantially injurious to consumers.  This conduct includes, but is not limited to, unlawfully marketing, advertising, and selling the Products, representing that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts when they are not, and failing to substantiate the environmental benefits of the Products.  By illegally marketing, advertising, and selling the Products, and by taking advantage of consumers concerned about the adverse health and environmental impacts of cosmetic ingredients, Defendant's conduct far outweighs the utility, if any, of such conduct.

162.    Defendant's conduct violates the policy of EMCA and the Green Guides.  The Green Guides mandate that "[i]t is deceptive to misrepresent, directly or by implication, that a product, package, or service offers a general environmental benefit."  16 C.F.R. § 260.4(a).  EMCA states that "it is unlawful for any person to make any untruthful, deceptive, or misleading environmental marketing claim, whether explicit or implied.  For the purpose of this section, environmental marketing claims shall include any claims contained in the Guides for the use of Environmental Marketing Claims published by the Federal Trade Commission."  Cal. Bus. & Prof. Code § 17580.5.  As explained above, the Products are not made with "Clean Ingredients" because they contain a litany of ingredients prohibited by Ulta Beauty's "Made Without List™" that are commonly associated with adverse health and/or environmental impacts, and it is therefore unfair for Defendant to make this clean ingredient claim.  Taking advantage of consumer perception of clean ingredients that do not have environmental impacts violates the policy of the Green Guides and EMCA.

163.    Defendant's conduct also violates the policy of substantiation policy of EMCA.  Under EMCA, "Any person who represents in advertising or on the label or container of a consumer

good that the consumer good that it manufactures or distributes is not harmful to, or is beneficial to, the natural environment, through use of such terms as 'environmental choice,' 'ecologically friendly,' 'earth friendly,' 'environmentally friendly,' 'ecologically sound,' 'environmentally sound,' 'environmentally safe,' 'ecologically safe,' 'environmentally lite,' 'green product,' or any other like term, or through the use of a chasing arrows symbol or by otherwise directing a consumer to recycle the consumer good, shall maintain in written form in its records…information and documentation supporting the validity of the representation."  Cal. Bus. & Prof. Code § 17580(a). The California Legislature declared its intent that the information and documentation supporting the validity of any environmental marketing claims shall be fully disclosed to the public, and information and documentation maintained pursuant to Cal. Bus. & Prof. Code § 17580 must be furnished to any member of the public upon request.  *Id.*, § 17580(b), (d).

164.    Defendant's conduct also violates the substantiation policy of the Green Guides.  The Green Guides require marketers to ensure that their claims are supported by a reasonable basis prior to making the claim.  16 C.F.R. § 260.2.  A reasonable basis is defined as competent and reliable scientific evidence, such as "tests, analyses, research, or studies that have been conducted and evaluated in an objective manner by qualified persons and are generally accepted in the profession to yield accurate and reliable results."  *Id.*  "Such evidence should be sufficient in quality and quantity based on standards generally accepted in the relevant scientific fields, when considered in light of the entire body of relevant and reliable scientific evidence, to substantiate that each of the marketing claims is true."  *Id.*  It is unfair for Defendant to represent that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts without a reasonable basis.

165.    By committing the acts alleged above, Defendant has engaged in unfair business acts and practices which constitute unfair competition within the meaning of California Cal. Bus. & Prof. Code § 17200.

166.    Plaintiff has no adequate remedy at law for the injuries currently being suffered as an award of monetary damages would not prohibit Defendant's unlawful marketing, advertising, sale, and distribution of the Products in California.  If an injunction is not granted, Plaintiff will suffer irreparable injury because she continues to desire to purchase Products from Defendant in the future that are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts but is unable to determine with confidence whether the Products are made with clean ingredients.  In addition, the environmental impact caused by Defendant's marketing, advertising, and sale of the Products in California will continue to negatively harm California waters, coasts, communities, and marine life.  Thus, Plaintiff and the Class seek an order enjoining Defendant's acts of unlawful, unfair, and deceptive acts and practices in California, which serves the public interest by protecting the environment and by preventing Defendant from gaining an unfair advantage over companies that lawfully sell their products as made with clean ingredients that do not negatively impact the environment.  In addition, Plaintiff and the Class seek restitution to the individual victims of Defendant's unlawful, unfair, and deceptive practices.

167.    Plaintiff purchased the Products because she believed the Products as marketed, advertised, and sold by Defendant complied with the law.  If Plaintiff had known that the Products were not made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts, she would not have purchased the Products and would have instead

sought out other comparable products that are otherwise made with clean ingredients that do not have adverse health and/or environmental impacts, or would not have paid as much as she did for the Products. Plaintiff purchased the Products based on a belief that Defendant's marketing, advertising, and sale of the Products complied with its legal obligations under California law and in reliance on Defendant's representations that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™." Defendant's claims that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts are material, untrue, and misleading. These "Clean Ingredients" claims are uniform and prominent in the marketing, advertising, and sale of the Products.

168. By committing the acts alleged above, Defendant has engaged in fraudulent business acts and practices, which constitute unfair competition within the meaning of Cal. Bus. & Prof. Code § 17200.

169. An action for injunctive relief and restitution is specifically authorized under Cal. Bus. & Prof. Code § 17203.

170. Plaintiff also seeks equitable relief, including restitution, with respect to her UCL unfair acts and practices claims. Pursuant to Federal Rule of Civil Procedure 8(e)(2), Plaintiff makes the following allegations in this paragraph only hypothetically and as an alternative to any contrary allegations in her causes of action 1, 3 and 4, in the event that such causes of action will not succeed. Plaintiff and the Class may be unable to obtain monetary, declaratory and/or injunctive relief directly under causes of action 1, 3 and 4 and will lack an adequate remedy of law, if the Court requires her to show classwide reliance and materiality beyond the objective reasonable consumer standard applied under the UCL, because Plaintiff may not be able to establish each Class member's

individualized understanding of Defendants' misleading representations as described in this Complaint, but the UCL does not require individualized proof of deception or injury by absent class members. *See, e.g., Stearns v Ticketmaster*, 655 F.3d 1013, 1020, 1023-25 (9th Cir. 2011) (distinguishing, for purposes of CLRA claim, among class members for whom website representations may have been materially deficient, but requiring certification of UCL claim for entire class). In addition, Plaintiff and the Class may be unable to obtain such relief under causes of action 3 and 4 and will lack an adequate remedy at law, if Plaintiff is unable to demonstrate the requisite mens rea (intent, reckless, and/or negligence), because the UCL imposes no such mens rea requirement and liability exists even if Defendants acted in good faith.

## **PLAINTIFF'S EIGHTH CAUSE OF ACTION**

### **(Unjust Enrichment)**

***On Behalf of Herself and the Nationwide Class and, in the alternative, the California Subclass***

171.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

172.    At all times relevant hereto, Defendant deceptively marketed, advertised, and sold merchandise to Plaintiffs and the Classes.

173.    Plaintiff and the Class members conferred benefits on Defendant by purchasing the Products.

174.    Plaintiffs and members of the Classes conferred upon Defendant non-gratuitous payments for the Products that they would not have if not for Defendant's deceptive advertising and marketing. Defendant accepted or retained the non-gratuitous benefits conferred by Plaintiffs and members of the Classes, with full knowledge and awareness that, as a result of Defendant's deception, Plaintiffs and members of the Class were not receiving a product of the quality, nature, fitness, or value that had been represented by Defendant and reasonable consumers would have expected.

175.    Defendant voluntarily accepted and retained the benefits conferred.

176.    Defendant has been unjustly enriched in retaining the revenues derived from Plaintiff's and the Class members' purchases of the Products.

177.    Retention of that money under these circumstances is unjust and inequitable because Defendant falsely and misleadingly represented through its advertising and marketing materials that the Products are made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™" which prohibits the use of ingredients that are commonly associated with adverse health and/or environmental impacts, when the Products are not in fact made with "Clean Ingredients" excluded by Ulta Beauty's "Made Without List™."

178.    These misrepresentations and omissions caused injuries to Plaintiff and the Class members because they would not have purchased the Products, or would not have paid as much for the Products, had they known that the Products are not made with "Clean Ingredients" that excludes ingredients on Ulta Beauty's "Made Without List™".

179.    Because Defendant's retention of the non-gratuitous benefits conferred to it by Plaintiff and the Class members is unjust and inequitable, Defendant ought to pay restitution to Plaintiff and the Class members for its unjust enrichment.

180.    As a direct and proximate result of Defendant's unjust enrichment, Plaintiff and the Class members are entitled to restitution or disgorgement in an amount to be proved at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself and those similarly situated, respectfully request that the Court enter judgment against Defendant as follows:

a.    Certification of the proposed Class, including appointment of Plaintiff's counsel as class counsel;

b.  An order declaring the Defendant's conduct violates the statutes and laws referenced herein;

c.  An order finding in favor of Plaintiff and the Class on all counts asserted herein;

d.  An order temporarily and permanently enjoining Defendant from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint;

e.  An order requiring Defendant to immediately cease and desist from selling its misbranded Products in violation of law; enjoining Defendant from continuing to label, market, advertise, distribute, and sell the Products in the unlawful manner described herein; and order Defendant to engage in corrective action;

f.  An award of compensatory damages in an amount to be determined at trial;

g.  An award of statutory damages in an amount to be determined at trial;

h.  An award of punitive damages in an amount to be determined at trial;

i.  An award of treble damages;

j.  An award of restitution in an amount to be determined at trial;

k.  An order requiring Defendant to undertake a corrective advertising campaign;

l.  An order requiring Defendant to pay both pre- and post-judgment interest on any amounts awarded;

m.  For injunctive relief as pleaded or as the Court may deem proper;

n.  For reasonable attorney's fees and the costs of suit incurred; and

o.  For such further relief as this Court may deem just and proper.

1

**JURY DEMAND**

2          Plaintiff hereby demands a trial by jury of all claims in this action.

3

4  Dated: July 15, 2025              Respectfully submitted,

5

6                                    **MORRIS LAW**

7

8                                    James A. Morris, Esq.
                                     Shane A. Greenberg, Esq.

9                                    *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

"EXHIBIT A"

## **Products**

- af94 - Acid Patch Salicylic Acid Pimple Patches | Ulta Beauty
- af94 - Talkback Pout Pleaser Lip Mask | Ulta Beauty
- Aveeno - 1.7 oz Calm + Restore Oat Gel Moisturizer | Ulta Beauty
- Aveeno - Calm + Restore Age Renewal Eye Gel for Sensitive Skin, Fragrance Free | Ulta Beauty
- Aveeno - Calm + Restore Age Renewal Serum for Sensitive Skin, Fragrance Free | Ulta Beauty
- Aveeno - Calm + Restore Daily Moisturizer Mineral Sunscreen with Broad Spectrum SPF 30 | Ulta Beauty
- Aveeno - Calm + Restore Makeup Remover Wipes | Ulta Beauty
- Aveeno - Calm + Restore Nourishing Oat Facial Cleanser | Ulta Beauty
- Aveeno - Calm + Restore Redness Relief Cream, Face Moisturizer | Ulta Beauty
- Aveeno - Calm + Restore Triple Oat Serum | Ulta Beauty
- Avène - 6.7 oz (tube) Cleanance Cleansing Gel | Ulta Beauty
- Avène - Cicalfate HANDS Restorative Hand Cream | Ulta Beauty
- Avène - Cicalfate LIPS Restorative Lip Cream | Ulta Beauty
- Avène - CleananceHYDRA Soothing Cream | Ulta Beauty
- Avène - Honey Mineral Tinted Compact SPF 50 | Ulta Beauty
- Avène - Hydrance LIGHT Emulsion | Ulta Beauty
- Avène - Hydrance RICH Hydrating Cream | Ulta Beauty
- Avène - Retrinal Eye Cream | Ulta Beauty
- Avène - RICH Revitalizing Nourishing Cream | Ulta Beauty
- Avène - Soothing Eye Contour Cream | Ulta Beauty
- Bali Body - Dark Instant Tan Cream | Ulta Beauty
- Bali Body - Everyday Gradual Tan Body Moisturizer | Ulta Beauty
- Bali Body - Hydrating Face Self Tan Mist Ultra Dark | Ulta Beauty
- Bali Body - Illuminating Bronzing Serum | Ulta Beauty
- Bali Body - Light Medium Instant Airbrush Tan Wash Off | Ulta Beauty
- Bali Body - Natural Tinted Bronzing Super Serum SPF 30 | Ulta Beauty
- Bali Body - No Transfer Self Tan Light to Dark Body Mist | Ulta Beauty
- Bali Body - Self Tanning Body Milk | Ulta Beauty
- Bali Body - Tinted Hydrating Self Tan Body Serum Dark | Ulta Beauty
- Bali Body - Ultra Dark Express Aerated Self Tan Foam | Ulta Beauty
- Banila Co - Clean it Zero Enriching Butter Cleansing Balm | Ulta Beauty
- Banila Co - Clean It Zero Firming Cleansing Balm | Ulta Beauty
- bareMinerals - 1.7 oz SKINLONGEVITY Long Life Herb Serum | Ulta Beauty
- bareMinerals - Ageless 10% Phyto ProCollagen Firming Anti-Age Cream | Ulta Beauty
- bareMinerals - Ageless 10% Phyto ProCollagen Firming Sleeping Mask | Ulta Beauty
- bareMinerals - AGELESS Phyto-AHA Radiance Facial | Ulta Beauty
- bareMinerals - Ageless Phyto-Retinol Eye Cream | Ulta Beauty
- bareMinerals - Ageless Phyto-Retinol Face Cream | Ulta Beauty

- bareMinerals - Buttercream 03 COMPLEXION RESCUE Tinted Moisturizer Mineral SPF 30 | Ulta Beauty
- bareMinerals - Cinnamon COMPLEXION RESCUE Natural Matte Tinted Moisturizer Mineral SPF 30 | Ulta Beauty
- bareMinerals - Mini SKINLONGEVITY Long Life Herb Serum | Ulta Beauty
- bareMinerals - Opal 01 Mini COMPLEXION RESCUE Tinted Moisturizer Mineral SPF 30 | Ulta Beauty
- bareMinerals - Poreless Clay Cleanser | Ulta Beauty
- bareMinerals - Poreless Oil-Free Moisturizer | Ulta Beauty
- bareMinerals - Pure Plush Gentle Deep Cleansing Foam | Ulta Beauty
- bareMinerals - Pureness Gel Cleanser | Ulta Beauty
- bareMinerals - SKIN RESCUE Pure Glow Serum with 10% Vitamin C Complex and Rainbow Seaweed | Ulta Beauty
- bareMinerals - SKIN RESCUE Pure Moisture Serum with 1% PGA and Plant Algae | Ulta Beauty
- bareMinerals - SKINLONGEVITY Long Life Herb Eye Treatment | Ulta Beauty
- bareMinerals - SKINLONGEVITY Long Life Herb Night Treatment | Ulta Beauty
- bareMinerals - Skinlongevity Phyto-Vitamin C Brightening Moisturizer Mineral SPF 30 | Ulta Beauty
- bareMinerals - SMOOTHNESS Bare Haven Soft Moisturizer | Ulta Beauty
- bareMinerals - SMOOTHNESS Hydrating Cleansing Oil | Ulta Beauty
- BeautyBio - Bright Eyes Depuffing and Brightening Eye Gels | Ulta Beauty
- BeautyBio - Bronzing Blendrops SPF 46 Priming Drops | Ulta Beauty
- BeautyBio - Clarifying Booster - Salicylic Acid Treatment Serum | Ulta Beauty
- BeautyBio - Eye Want It All Face + Eye Rejuvenation Set | Ulta Beauty
- BeautyBio - Get That Glow GloPRO Facial Microneedling Discovery Set | Ulta Beauty
- BeautyBio - GloPRO Skin Prep Pads Clarifying Skin Cleansing Wipes with Peptides | Ulta Beauty
- BeautyBio - Plumping Booster Hyaluronic Acid Supercharged Complex | Ulta Beauty
- BeautyBio - R45 The Reversal 3-Phase Retinol Booster System | Ulta Beauty
- BeautyBio - The Balance pH Balancing Gel Cleanser | Ulta Beauty
- BeautyBio - The Daily Acid-Free Vitamin C Brightening Serum | Ulta Beauty
- BeautyBio - The Nightly Retinol Repair Serum | Ulta Beauty
- BeautyBio - The Pout Sparkling Rosé Volumizing Lip Serum | Ulta Beauty
- BeautyBio - The Quench Eye Pro-Strength Brightening Balm | Ulta Beauty
- BeautyBio - The Quench Rapid Recovery Face Cream | Ulta Beauty
- BeautyBio - The Sculptor Firming Body Cream | Ulta Beauty
- BeautyBio - The ZenBubble Oil-Free Calming Gel Cream | Ulta Beauty
- BeautyBio - ZenBubble Bi-Phase Toner Serum | Ulta Beauty
- Beautycounter - No 8 Dew Skin Tinted Moisturizer | Ulta Beauty
- BeautyStat Cosmetics - 1.0 oz Probiotic 24HR Moisture Boost Cream Moisturizer | Ulta Beauty
- Beekman 1802 - Potato Peel Rapid Resurfacing Milk Facial | Ulta Beauty
- Beekman 1802 - Pure Goat Milk Bodycare Gift Set | Ulta Beauty

- Beekman 1802 - Pure Goat Milk Facial Cleansing Wipes | Ulta Beauty
- Beekman 1802 - Travel Size Potato Peel Rapid Resurfacing Milk Facial | Ulta Beauty
- belif - Moisturizing Eye Bomb Eye Cream | Ulta Beauty
- belif - The True Cream - Aqua Bomb Hydrating Moisturizer | Ulta Beauty
- belif - Travel Size The True Cream Aqua Bomb Hydrating Moisturizer | Ulta Beauty
- Benefit Cosmetics - The POREfessional Speedy Smooth Pore Mask | Ulta Beauty
- Black Girl Sunscreen - Fragrance Free Moisturizing Sunscreen Lotion SPF 30 | Ulta Beauty
- Black Girl Sunscreen - Kids Moisturizing Broad Spectrum SPF 50 | Ulta Beauty
- Bliss - Disappearing Act Niacinamide PC + Pore Vanish Micro Purifying Toner | Ulta Beauty
- Bliss - Rest Assured Dark Circle Reducing & Depuffing Eye Cream | Ulta Beauty
- Bliss - Skin Euphoria All-In-One Perfecting Daily Serum | Ulta Beauty
- BLUME - Milky Fade Spot and Scar Serum | Ulta Beauty
- Bubble - 1.7 oz Slam Dunk Hydrating Moisturizer | Ulta Beauty
- Bubble - 4.2 oz Fresh Start Gel Cleanser | Ulta Beauty
- Bubble - Cloud Surf Water Cream Moisturizer | Ulta Beauty
- Bubble - Inside Out 2: Day Dream Tone and Texture Serum | Ulta Beauty
- Bubble - Magic Melt Micellar Milk | Ulta Beauty
- Bubble - Rise and Shine Brightening Kit | Ulta Beauty
- Bubble - Super Cuties Trial Kit | Ulta Beauty
- Bubble - Water Slide Hydration Boosting Serum Hyaluronic Acid + Peptides | Ulta Beauty
- Bushbalm - Curve Firming Cream | Ulta Beauty
- Buttah Skin - AHA/BHA Rosewater Toner | Ulta Beauty
- Buttah Skin - Body Trio Kit Black Gold | Ulta Beauty
- Buttah Skin - Body Trio Kit Oatmeal | Ulta Beauty
- Buttah Skin - Charcoal Detox Mask | Ulta Beauty
- Buttah Skin - Cleanser | Ulta Beauty
- Buttah Skin - CocoShea Revitalizing Cream | Ulta Beauty
- Buttah Skin - Oil Free Gel-Cream Moisturizer | Ulta Beauty
- Buttah Skin - Skin Transforming Cocoshea 3 Piece Kit | Ulta Beauty
- Buttah Skin - Skin Transforming Kit with Facial Shea Butter | Ulta Beauty
- Buttah Skin - Vibe and Cleanse 2 Piece Kit | Ulta Beauty
- Buttah Skin - Vitamin C Serum | Ulta Beauty
- BYOMA - Moisturizing Gel Cream SPF30 | Ulta Beauty
- CeraVe - Acne Foaming Cream Cleanser with 4% BPO for Acne Prone Skin | Ulta Beauty
- CeraVe - Alcohol-Free No Rinse Hydrating Facial Toner for Sensitive & Dry Skin | Ulta Beauty
- CeraVe - Hydrating Foaming Oil Cleanser, Water-Based Face Wash for Dry Skin | Ulta Beauty
- CeraVe - Makeup Removing Cleansing Balm with Jojoba Oil for All Skin Types | Ulta Beauty
- Clarins - Super Restorative Day Moisturizer | Ulta Beauty

- cocokind - Beginner Retinol Gel | Ulta Beauty
- cocokind - Chlorophyll Discoloration Serum | Ulta Beauty
- COSRX - 3.52 oz Advanced Snail 92 All In One Cream | Ulta Beauty
- COSRX - Advanced Snail 96 Mucin Power Essence | Ulta Beauty
- COSRX - Advanced Snail Hydrogel Eye Patch | Ulta Beauty
- COSRX - Low pH Good Morning Gel Cleanser | Ulta Beauty
- COSRX - The AHA BHA PHA LHA 35 Peel with Vitamins B5 & B12 | Ulta Beauty
- COSRX - The Snail Booster Kit | Ulta Beauty
- COSRX - Travel Size Advanced Snail 96 Mucin Power Essence | Ulta Beauty
- CoverGirl - Bliss You Berry Clean Fresh Tinted Lip Balm | Ulta Beauty
- CoverGirl - Clean Fresh Skincare Priming Glow Mist | Ulta Beauty
- DERMA E - Acne Blemish Control Treatment Serum | Ulta Beauty
- DERMA E - Acne Deep Pore Salicylic Acid Cleansing Wash | Ulta Beauty
- DERMA E - Advanced Peptides and Flora-Collagen Moisturizer | Ulta Beauty
- DERMA E - Advanced Peptides and Flora-Collagen Night Moisturizer | Ulta Beauty
- DERMA E - Anti-Acne Oil-Control Matte Moisturizer with Salicylic Acid | Ulta Beauty
- DERMA E - Anti-Aging Regenerative Retinol Serum | Ulta Beauty
- DERMA E - Anti-Wrinkle Cleanser with Retinol | Ulta Beauty
- DERMA E - Anti-Wrinkle Retinol Concentrated Serum | Ulta Beauty
- DERMA E - Anti-Wrinkle Retinol Eye Treatment | Ulta Beauty
- DERMA E - Anti-Wrinkle Retinol Renewal Cream | Ulta Beauty
- DERMA E - Anti-Wrinkle Retinol Scrub with Glycolic Acid | Ulta Beauty
- DERMA E - Dead Sea Salt Microdermabrasion Scrub | Ulta Beauty
- DERMA E - Discovery Kit On-The Glow Minis | Ulta Beauty
- DERMA E - Essentials Radiance Toner with Glycolic Acid | Ulta Beauty
- DERMA E - Hydrating Gentle Cleanser with Hyaluronic Acid | Ulta Beauty
- DERMA E - No-Dark-Circles Perfecting Eye Cream | Ulta Beauty
- DERMA E - Pure Biome Balancing Eye Cream | Ulta Beauty
- DERMA E - Scar Gel with Pathenol and Allantoin | Ulta Beauty
- DERMA E - Tea Tree Oil Scalp Relief Treatment | Ulta Beauty
- DERMA E - Ultra Hydrating Antioxidant Day Cream with Hyaluronic Acid | Ulta Beauty
- DERMA E - Ultra Hydrating Hyaluronic Acid Dewy Skin Serum | Ulta Beauty
- DERMA E - Vitamin C 10% Multi-Acid Radiance Liquid Peel | Ulta Beauty
- DERMA E - Vitamin C Broad Spectrum SPF 45 Weightless Moisturizer | Ulta Beauty
- DERMA E - Vitamin C Concentrated Antioxidant Serum Mini | Ulta Beauty
- DERMA E - Vitamin C Gentle Daily Cleansing Paste | Ulta Beauty
- DERMA E - Vitamin C Intense Night Cream | Ulta Beauty
- DERMA E - Vitamin C Radiance-Boosting Renewing Moisturizer | Ulta Beauty
- Dermalogica - 1.7 oz Dynamic Skin Recovery SPF 50 Moisturizer | Ulta Beauty
- Dermalogica - 1.7 oz Skin Smoothing Cream Moisturizer | Ulta Beauty
- Dermalogica - 3.4 oz Intensive Moisture Balance Moisturizer | Ulta Beauty
- Dermalogica - Age Smart Reversal Eye Complex | Ulta Beauty
- Dermalogica - Awaken Peptide Depuffing Eye Gel | Ulta Beauty
- Dermalogica - BioLumin-C Vitamin C Eye Serum | Ulta Beauty

- Dermalogica - Circular Hydration Serum with Hyaluronic Acid | Ulta Beauty
- Dermalogica - Circular Hydration Serum with Hyaluronic Acid | Ulta Beauty
- Dermalogica - Clear Start Blackhead Clearing Fizz Mask | Ulta Beauty
- Dermalogica - Clear Start Breakout Clearing Foaming Wash
- Dermalogica - Clear Start Breakout Clearing Booster
- Dermalogica - Clear Start Clarifying Bacne Spray | Ulta Beauty
- Dermalogica - Conditioning Body Wash Eucalyptus + Lavender | Ulta Beauty
- Dermalogica - Dark Spot Solutions Skincare Kit | Ulta Beauty
- Dermalogica - Micellar Prebiotic PreCleanse | Ulta Beauty
- Dermalogica - MultiVitamin Power Recovery Cream | Ulta Beauty
- Dermalogica - MultiVitamin Power Recovery Mask | Ulta Beauty
- Dermalogica - MultiVitamin Power Recovery Masque | Ulta Beauty
- Dermalogica - MultiVitamin Thermafoliant Exfoliator Scrub | Ulta Beauty
- Dermalogica - Oil to Foam Total Cleanser | Ulta Beauty
- Dermalogica - Phyto Nature Oxygen Cream | Ulta Beauty
- Dermalogica - Porescreen SPF 40 Mineral Sunscreen with Niacinamide | Ulta Beauty
- Dermalogica - PowerBright Dark Spot Peel | Ulta Beauty
- Dermalogica - PowerBright Dark Spot Serum | Ulta Beauty
- Dermalogica - PowerBright Dark Spot System | Ulta Beauty
- Dermalogica - Powerbright Moisturizer SPF 50 | Ulta Beauty
- Dermalogica - Prisma Protect SPF 30 Moisturizer | Ulta Beauty
- Dermalogica - Pro-Collagen Banking Serum | Ulta Beauty
- Dermalogica - Sensitive Skin Rescue Trio Kit | Ulta Beauty
- Dermalogica - Sound Sleep Cocoon Night Gel-Cream | Ulta Beauty
- Dermalogica - Stress Positive Eye Lift Cream | Ulta Beauty
- Dermalogica - Stressed Skin Recovery System | Ulta Beauty
- Dermalogica - Super Rich Repair Moisturizer Cream | Ulta Beauty
- Dermalogica - Travel Size Dynamic Skin Recovery SPF 50 Moisturizer | Ulta Beauty
- Dermalogica - Travel Size Dynamic Skin Retinol Serum | Ulta Beauty
- Dermalogica - Travel Size Intensive Moisture Balance Moisturizer | Ulta Beauty
- Dermalogica - Travel Size Multi-Active Toner Spray | Ulta Beauty
- Dermalogica - Travel Size Skin Smoothing Cream | Ulta Beauty
- Dermalogica - Travel Size Super Rich Repair Moisturizer Cream | Ulta Beauty
- Dermalogica - UltraCalming Serum Concentrate | Ulta Beauty
- DIME - Hyaluronic Acid Serum: Hydrating + Plumping | Ulta Beauty
- DIME - Luminosity Eye Serum: Cucumber + Peptide | Ulta Beauty
- DIME - Shade 01 Tinted Glow Wonderscreen SPF 30 | Ulta Beauty
- DIME - TBT Serum: Mandelic Acid + Peptides | Ulta Beauty
- DIME - Wonderscreen Broad Spectrum SPF 30 | Ulta Beauty
- Dr. Brandt - Bright This Way 24/7 Retinol Eye Cream | Ulta Beauty
- Dr. Brandt - Bright This Way Triple Active Retinol Cream | Ulta Beauty
- Drunk Elephant - 1.6 oz Protini Polypeptide Firming Moisturizer | Ulta Beauty
- Drunk Elephant - 1.69 oz T.L.C Framboos Glycolic Resurfacing Night Serum | Ulta Beauty

- Drunk Elephant - A-Passioni Retinol Cream | Ulta Beauty
- Drunk Elephant - A-Shaba Complex Eye Serum | Ulta Beauty
- Drunk Elephant - B-Hydra Intensive Hydration Serum | Ulta Beauty
- Drunk Elephant - Beste No. 9 Jelly Cleanser Mini | Ulta Beauty
- Drunk Elephant - Bouncy Brightfacial Brightening Mask | Ulta Beauty
- Drunk Elephant - Ceramighty AF Eye Balm | Ulta Beauty
- Drunk Elephant - D-Bronzi Anti-Pollution Bronzing Drops with Peptides | Ulta Beauty
- Drunk Elephant - E-Rase Milki Micellar Water | Ulta Beauty
- Drunk Elephant - F-Balm Electrolyte Waterfacial | Ulta Beauty
- Drunk Elephant - Hydra and the Bright | Ulta Beauty
- Drunk Elephant - Lala Retro Whipped Cream Mini | Ulta Beauty
- Drunk Elephant - Lala Retro Whipped Cream Moisturizer with Ceramides | Ulta Beauty
- Drunk Elephant - Lippe Balm | Ulta Beauty
- Drunk Elephant - Protini Polypeptide Cream Mini | Ulta Beauty
- Drunk Elephant - Protini Powerpeptide Resurfacing Serum | Ulta Beauty
- Drunk Elephant - T.L.C. Sukari Babyfacial | Ulta Beauty
- Drunk Elephant - T.L.C. Sukari Babyfacial Mini | Ulta Beauty
- DUNE SUNCARE - The Lifeguard - Cooling Aloe Gel | Ulta Beauty
- e.l.f. Cosmetics - 3.5 oz Holy Hydration! Makeup Melting Cleansing Balm | Ulta Beauty
- ELEMIS - 1-2-3 Glow! Bestsellers Kit | Ulta Beauty
- ELEMIS - 6.76 oz Superfood Facial Wash | Ulta Beauty
- ELEMIS - Mini Dynamic Resurfacing Facial Pads | Ulta Beauty
- ELEMIS - Mini Pro-Collagen Energising Marine Cleanser | Ulta Beauty
- ELEMIS - Mini Superfood Glow Priming Moisturiser | Ulta Beauty
- ELEMIS - Original Pro-Collagen Cleansing Balm | Ulta Beauty
- ELEMIS - Pro-Collagen Eye Revive Mask | Ulta Beauty
- ELEMIS - Pro-Collagen Morning Matrix | Ulta Beauty
- ELEMIS - Pro-Collagen Renewal Serum | Ulta Beauty
- ELEMIS - Pro-Collagen Rose Marine Cream | Ulta Beauty
- ELEMIS - Superfood Cica Calm Hydration Juice | Ulta Beauty
- Estée Lauder - Nutritious Booster Drops Serum | Ulta Beauty
- Exuviance - 3 in 1 Pore Clarifying Cleanser | Ulta Beauty
- Exuviance - AGE REVERSE + Rebuild-5 Firming & Moisturizing Face Cream | Ulta Beauty
- Exuviance - AGE REVERSE Hydrafirm Hyaluronic Acid Antiaging Face Moisturizer | Ulta Beauty
- First Aid Beauty - 5.0 oz Pure Skin Face Cleanser | Ulta Beauty
- First Aid Beauty - 8.0 oz Ultra Repair Cream | Ulta Beauty
- First Aid Beauty - Deep Cleanser with Red Clay | Ulta Beauty
- First Aid Beauty - FAB Pharma BHA Acne Spot Treatment | Ulta Beauty
- First Aid Beauty - Head-To-Toe-FAB Kit | Ulta Beauty
- First Aid Beauty - Hello FAB Coconut Skin Smoothie Priming Moisturizer | Ulta Beauty
- First Aid Beauty - Hydrating Eye Cream with Hyaluronic Acid | Ulta Beauty
- First Aid Beauty - Hydrating Serum with Hyaluronic Acid | Ulta Beauty

- First Aid Beauty - Travel Size Pure Skin Face Cleanser | Ulta Beauty
- First Aid Beauty - Ultra Repair Face Moisturizer | Ulta Beauty
- First Aid Beauty - Ultra Repair Face Moisturizer with SPF 30 | Ulta Beauty
- First Aid Beauty - Ultra Repair Oat & Hemp Seed Dry Oil | Ulta Beauty
- First Aid Beauty - Ultra Repair Wild Oat Hydrating Toner | Ulta Beauty
- Flora & Noor - Berry Oxygen Mask with Glycolic Acid | Ulta Beauty
- Flora & Noor - Bright Side Vitamin C and Hyaluronic Acid Serum | Ulta Beauty
- Flora & Noor - Rose Renewal Tri-Peptide and Ceramide Cleanser | Ulta Beauty
- Flora & Noor - Rose Renewal Tri-Peptide and Ceramide Moisturizer | Ulta Beauty
- Flora & Noor - Super Glow Vitamin C and Niacinamide Gel Moisturizer | Ulta Beauty
- Flora & Noor - Vitamin C Resurfacing Toner | Ulta Beauty
- florence by mills - Ava's Mini & Mighty Essentials Kit | Ulta Beauty
- florence by mills - Clean Magic Oil-Balancing Face Wash | Ulta Beauty
- florence by mills - Clear The Way Clarifying Face Wash | Ulta Beauty
- florence by mills - Dreamy Dew Oil-Free Moisturizer | Ulta Beauty
- florence by mills - Dreamy Drops Clarifying Serum | Ulta Beauty
- florence by mills - Dreamy Drops Hydrating Serum | Ulta Beauty
- florence by mills - Episode 2 - Clear the Way Clarifying Toner | Ulta Beauty
- florence by mills - Feed Your Soul Berry in Love Pore Mask | Ulta Beauty
- florence by mills - Feed Your Soul Love U A Latte Coffee Glow Mask | Ulta Beauty
- florence by mills - Floating Under The Eyes Depuffing Gel Pads | Ulta Beauty
- florence by mills - Happy Days Skincare Set Face Wash | Ulta Beauty
- florence by mills - Hit Snooze Jelly Hydration Lip Mask | Ulta Beauty
- florence by mills - Look Alive Brightening Eye Cream | Ulta Beauty
- florence by mills - Look Alive Eye Balm | Ulta Beauty
- florence by mills - Magic Micellar Cleansing Gel | Ulta Beauty
- florence by mills - Plump To It! Hydrating Facial Moisturizer | Ulta Beauty
- florence by mills - Pore Power To You Deep Cleansing Pore Strips | Ulta Beauty
- florence by mills - See Ya Later! Bi-Phase Eye Makeup Remover | Ulta Beauty
- florence by mills - Surfing Under The Eyes Hydrating Treatment Gel Pads | Ulta Beauty
- florence by mills - Travel Size Clean Magic Oil-Balancing Face Wash | Ulta Beauty
- fresh - 0.5 oz Rose Deep Hydration Face Cream | Ulta Beauty
- fresh - 3.3 oz Black Tea Firming Overnight Mask | Ulta Beauty
- fresh - Black Tea Firming Corset Cream | Ulta Beauty
- fresh - Black Tea Firming Corset Serum | Ulta Beauty
- fresh - Dewy Daisy Limited Edition Sugar Tinted Lip Balm | Ulta Beauty
- fresh - Smooth, Glowing Skin Favorites On-the-Go Set | Ulta Beauty
- fresh - Sugar Recovery Lip Mask Advanced Therapy | Ulta Beauty
- fresh - Travel Size Vitamin Nectar Glow Juice Antioxidant Face Serum | Ulta Beauty
- Fur - 0.3 oz Ingrown Eliminator Serum Rollerball | Ulta Beauty
- Fur - Ingrown Eliminator Serum | Ulta Beauty
- Garnier - Micellar Skinactive Gentle Peeling Water with 1% PHA & Glycolic Acid | Ulta Beauty
- good light - Moon Glow Milky Moisturizing Toning Lotion | Ulta Beauty

7

- Hanskin - Hyaluron Moisture Cream | Ulta Beauty
- Hanskin - Hyaluron Skin Essence | Ulta Beauty
- Hanskin - Pore Cleansing Balm - AHA | Ulta Beauty
- Hanskin - Pore Cleansing Balm - BHA | Ulta Beauty
- Hanskin - Pore Cleansing Balm - PHA | Ulta Beauty
- Hempz - Glow Getter Drops of Sunshine Instant Bronzing Drops | Ulta Beauty
- Hempz - Limited Edition Crushed Peppermint Sugar Herbal Lip Balm | Ulta Beauty
- Hempz - Sweet Pineapple & Honey Melon Herbal Body Sunscreen SPF 30 | Ulta Beauty
- Hempz - Sweet Pineapple & Honey Melon Herbal Body Sunscreen SPF 50 | Ulta Beauty
- Hempz - Sweet Pineapple & Honey Melon Herbal Lip Balm SPF 15 | Ulta Beauty
- Hempz - Triple Moisture Herbal Lip Balm SPF 15 | Ulta Beauty
- Hero Cosmetics - Mighty Patch for Fine Lines Patches | Ulta Beauty
- Hero Cosmetics - Pimple Correct Acne Clearing Gel Pen | Ulta Beauty
- Hero Cosmetics - Rescue Balm +Dark Spot Retouch Post-Blemish Recovery Cream | Ulta Beauty
- Hero Cosmetics - Rescue Balm +Red Correct Post-Blemish Recovery Cream | Ulta Beauty
- Hero Cosmetics - Rescue Balm Post-Blemish Recovery Cream | Ulta Beauty
- Hero Cosmetics - Rescue Retinol Nighttime Renewing Cream | Ulta Beauty
- Hey Honey - 24Seven Day & Night Revitalizing Cream | Ulta Beauty
- Hey Honey - Boost It Up Honey and Hyaluronic Acid Rich Moisturizer | Ulta Beauty
- Hey Honey - Come Clean Propolis & Minerals Facial Scrub | Ulta Beauty
- Hey Honey - Good Morning Honey Silk Facial Serum | Ulta Beauty
- Hey Honey - Good Night Royal Honey Gel-Facial Replenisher with Coenzyme Q10 | Ulta Beauty
- Hey Honey - Look Into My Eyes Retinol and Propolis Eye Mask | Ulta Beauty
- Hey Honey - Make A Splash - Intense Hydrating Aqua Serum | Ulta Beauty
- Hey Honey - Open Your Eyes Eye Contour Lifting Fluid | Ulta Beauty
- I Dew Care - Chill Mo-Mint Soothing & Cooling Wash-Off Mask | Ulta Beauty
- I Dew Care - Cookie O' Glow | Ulta Beauty
- I Dew Care - Here's To Clearing Clay Exfoliating Sheet Mask | Ulta Beauty
- I Dew Care - Hydra Vibes 10-Hyaluronic Acid Serum | Ulta Beauty
- ICONIC LONDON - Original Prep-Set-Glow Hydrating Setting Spray | Ulta Beauty
- ICONIC LONDON - Original Prep-Set-Tan Tanning Mousse | Ulta Beauty
- ILIA - Travel Size The Base Face Milk | Ulta Beauty
- Indeed Labs - 10balm Soothing Cream for Dry & Sensitive Skin | Ulta Beauty
- Indeed Labs - Exfoliator II - Facial Powder Exfoliator | Ulta Beauty
- Indeed Labs - Eysilix II Multi-Action Eye Treatment | Ulta Beauty
- Indeed Labs - Hydraluron Cream Cleanser for All Skin Types | Ulta Beauty
- Indeed Labs - Hydraluron Moisture Jelly with Hyaluronic Acid & PatcH2O | Ulta Beauty
- Indeed Labs - Hydraluron Moisture Serum for Dehydrated Skin | Ulta Beauty
- Indeed Labs - Hydraluron+ Volumising Lip Treatment | Ulta Beauty
- Indeed Labs - In-Ceramide Daily Moisture Cream | Ulta Beauty
- Indeed Labs - In-Circadian Night Mask with Polyglutamic Acid | Ulta Beauty

- Indeed Labs - Nanoblur Instant Skin Perfector Cream | Ulta Beauty
- Indeed Labs - Original Nanobronze Bronzing Drops with Cacao Seed Extract | Ulta Beauty
- Indeed Labs - Pink Hydraluron + Tinted Lip Treatment | Ulta Beauty
- Indeed Labs - Retinol Reface Eye Cream with Retinol Ester and Ribose | Ulta Beauty
- Indeed Labs - Retinol Reface Skin Resurfacer Cream | Ulta Beauty
- Indeed Labs - Snoxin II Facial Line Fighter Serum | Ulta Beauty
- Indeed Labs - Vitamin C Brightening Drops | Ulta Beauty
- Indeed Labs - Vitamin C24 22% + 2% Vitamin C Cream | Ulta Beauty
- Indeed Labs - Watermelon Melting Balm Facial Cleanser | Ulta Beauty
- IT Cosmetics - 0.5 oz Confidence in an Eye Cream Anti-Aging Peptide Eye Cream | Ulta Beauty
- IT Cosmetics - 2.0 oz Confidence in a Cream Anti-Aging Hydrating Moisturizer | Ulta Beauty
- IT Cosmetics - Best Beauty Sleep Ever Skincare Gift Set + Luxe Makeup Bag | Ulta Beauty
- IT Cosmetics - Bye Bye Dark Spots Niacinamide Serum | Ulta Beauty
- IT Cosmetics - Bye Bye Lines Hyaluronic Acid Serum | Ulta Beauty
- IT Cosmetics - Bye Bye Redness Serum | Ulta Beauty
- IT Cosmetics - IT's Your Customized Face Serum Skincare Kit | Ulta Beauty
- IT Cosmetics - Travel Size Confidence in a Cream Anti-Aging Hydrating Moisturizer | Ulta Beauty
- IT Cosmetics - Your 3-Piece Eye-Loving Essentials Gift Set | Ulta Beauty
- IT Cosmetics - Your Radiance Boosting Best Sellers Skincare Gift Set | Ulta Beauty
- Jack Black - 10.0 oz All-Over Wash for Face, Hair & Body | Ulta Beauty
- Jack Black - 6.0 oz Face Buff Energizing Scrub with Vitamin C & Mint | Ulta Beauty
- Jack Black - 6.0 oz Pure Clean Daily Facial Cleanser | Ulta Beauty
- Jack Black - Age Control Protein Booster Eye Rescue | Ulta Beauty
- Jack Black - Age Control Protein Booster Skin Serum | Ulta Beauty
- Jack Black - Beard Grooming Kit 4-Piece Set | Ulta Beauty
- Jack Black - Deep Dive Glycolic Facial Cleanser | Ulta Beauty
- jane iredale - Fair 1 HydroPure Tinted Serum | Ulta Beauty
- Kinship - 1.75 oz Self Reflect Probiotic Moisturizing Sunscreen SPF 32 | Ulta Beauty
- Kinship - 1.75 oz Supermello Hyaluronic Gel Cream | Ulta Beauty
- Kinship - Brightwave 10% Vitamin C + Peptide Brightening Serum | Ulta Beauty
- Kinship - Brightwave Vitamin C Energizing + Brightening Eye Cream | Ulta Beauty
- Kinship - Brightwave Vitamin C Face Serum | Ulta Beauty
- Kinship - Dreamwave 2% Bio-Retinoid Complex Overnight Renewal Serum | Ulta Beauty
- Kinship - Insta Swipe Lemon Honey AHA Exfoliating Pads | Ulta Beauty
- Kinship - Mint Mud Deep Pore Detox Clay Mask | Ulta Beauty
- Kinship - Naked Papaya Gentle Enzyme Milky Cleanser | Ulta Beauty
- Kinship - Self Reflect Sport Sunscreen SPF 60 | Ulta Beauty
- Kinship - Self Smooth 10% Glycolic Resurfacing Serum | Ulta Beauty

- Klairs - Freshly Juiced Vitamin C Drop | Ulta Beauty
- Klairs - Gentle Black Deep Cleansing Oil | Ulta Beauty
- Kopari Beauty - Antioxidant Face Shield Mineral SPF 30 | Ulta Beauty
- Kopari Beauty - Lychee Clean Vitamin C Face Mask | Ulta Beauty
- Kopari Beauty - Lychee Clean Vitamin C Foaming Face Cleanser | Ulta Beauty
- Kopari Beauty - Niacinamide & Caffeine Eye Bright Cream | Ulta Beauty
- Kopari Beauty - Star Bright Vitamin C Discoloration Correcting Serum | Ulta Beauty
- Kopari Beauty - Star Bright Vitamin C Moisturizer | Ulta Beauty
- Kopari Beauty - Ultra Renewal Retinol Body Cream | Ulta Beauty
- Kopari Beauty - Ultra Restore Firming Body Serum | Ulta Beauty
- KYLIE COSMETICS - Eye Cream | Ulta Beauty
- KYLIE COSMETICS - Face Moisturizer | Ulta Beauty
- KYLIE COSMETICS - Foaming Face Wash | Ulta Beauty
- KYLIE COSMETICS - Sugar Lip Scrub | Ulta Beauty
- KYLIE COSMETICS - Vitamin C Serum | Ulta Beauty
- L'Oréal - 1.0 oz Age Perfect Cell Renewal Midnight Hydrating Serum | Ulta Beauty
- L'Oréal - Age Perfect Cell Renewal Anti-Aging Eye Cream Treatment | Ulta Beauty
- L'Oréal - Age Perfect Cell Renewal Midnight Eye Cream | Ulta Beauty
- L'Oréal - Revitalift Triple Power Anti-Aging Face Moisturizer | Ulta Beauty
- L'Oréal - Revitalift Vitamin C Vitamin E Salicylic Acid Serum | Ulta Beauty
- La Roche-Posay - 13.5 oz Toleriane Hydrating Gentle Face Cleanser for Dry Skin | Ulta Beauty
- La Roche-Posay - 4.0 oz Anthelios Body and Face Soft Finish Mineral Sunscreen Lotion SPF 50 | Ulta Beauty
- La Roche-Posay - Anthelios Kids Gentle Sunscreen Face and Body Lotion SPF 50 | Ulta Beauty
- La Roche-Posay - Anthelios Mineral SPF 30 Face Moisturizer with Hyaluronic Acid | Ulta Beauty
- La Roche-Posay - Anthelios UV Correct SPF 70 Daily Face Sunscreen with Niacinamide | Ulta Beauty
- La Roche-Posay - Cicaplast Hand Repair Cream for Dry Hands | Ulta Beauty
- La Roche-Posay - Effaclar Micellar Water For Oily Skin | Ulta Beauty
- La Roche-Posay - Nutritic Lip Balm for Very Dry Lips | Ulta Beauty
- La Roche-Posay - Toleriane Rosaliac Anti-Redness Face Moisturizer for Sensitive Skin | Ulta Beauty
- La Roche-Posay - Travel Size Toleriane Hydrating Gentle Face Cleanser for Dry Skin | Ulta Beauty
- Lanolips - Everywhere Multi-Cream - Dry Skin Treatment | Ulta Beauty
- Live Tinted - Superhue Brightening Eye Cream | Ulta Beauty
- LOOPS - Clean Slate Detoxifying Face Mask 5 Piece Set | Ulta Beauty
- LOOPS - Double Take Glow Face Mask 5 Piece Set | Ulta Beauty
- LOOPS - Sunrise Service Brightening Face Mask 5 Piece Set | Ulta Beauty
- LOOPS - Variety Hydrogel Face Mask 5 Piece Set | Ulta Beauty
- LOOPS - Weekly Reset Rejuvenating Eye Mask | Ulta Beauty

- LOOPS - Weekly Reset Rejuvenating Eye Mask 5 Piece Set | Ulta Beauty
- Love Wellness - Bye Bye Bloat Firming Clay Body Mask | Ulta Beauty
- Love Wellness - Bye Bye Bloat Lymphatic Massage Roller | Ulta Beauty
- megababe - Cucumber Mint Shower Sheets | Ulta Beauty
- megababe - Le Tush Clarifying Butt Mask | Ulta Beauty
- megababe - Night Rescue Overnight Brightening Stick | Ulta Beauty
- Milani - Glow Drops Radiance Boosting Serum | Ulta Beauty
- Milani - Light to Medium Glow Hydrating Skin Tint | Ulta Beauty
- Milani - Peach Thrill Supercharged Cheek + Lip Multistick | Ulta Beauty
- Milani - Supercharged Brightening Prep Mask | Ulta Beauty
- Milani - Supercharged Lip Balm | Ulta Beauty
- Milani - Supercharged Revitalizing Facial Mist | Ulta Beauty
- Milk + Honey - Charcoal Clay Masque | Ulta Beauty
- Milk + Honey - Pink Clay Masque | Ulta Beauty
- Naked Sundays - Watermelon Go + Glow Lip Oil SPF50 | Ulta Beauty
- NARS - Light Reflecting Eye & Lash Gel | Ulta Beauty
- NARS - Light Reflecting Firming Serum | Ulta Beauty
- NARS - Light Reflecting Moisturizer | Ulta Beauty
- NARS - Light Reflecting Multi-Action Treatment Lotion | Ulta Beauty
- Naturium - Azelaic Topical Acid 10% | Ulta Beauty
- Naturium - Barrier Bounce Advanced Skin Hydrator | Ulta Beauty
- Naturium - BHA Liquid Exfoliant 2% | Ulta Beauty
- Naturium - Fermented Camellia Creamy Cleansing Oil | Ulta Beauty
- Naturium - Glycolic Acid Resurfacing Gel 10% | Ulta Beauty
- Naturium - Light/Medium Vitamin Bright Illuminating Eye Cream | Ulta Beauty
- Naturium - Multi-Peptide Advanced Serum | Ulta Beauty
- Naturium - Multi-Peptide Eye Cream | Ulta Beauty
- Naturium - Multi-Peptide Moisturizer | Ulta Beauty
- Naturium - Niacinamide Cleansing Gelee 3% | Ulta Beauty
- Naturium - Niacinamide Gel Cream 5% | Ulta Beauty
- Naturium - Niacinamide Serum 12% Plus Zinc 2% | Ulta Beauty
- Naturium - Plant Ceramide Rich Moisture Cream | Ulta Beauty
- Naturium - Purple Ginseng Cleansing Balm | Ulta Beauty
- Naturium - Quadruple Hyaluronic Acid Serum 5% | Ulta Beauty
- Naturium - Retinaldehyde Cream Serum 0.05% | Ulta Beauty
- Naturium - Retinaldehyde Cream Serum 0.10% | Ulta Beauty
- Naturium - Retinol Complex Serum | Ulta Beauty
- Naturium - The Icons Serum Starter Kit | Ulta Beauty
- Naturium - Tranexamic Topical Acid 5% | Ulta Beauty
- Naturium - Travel Size Niacinamide Cleansing Gelee 3% | Ulta Beauty
- Naturium - Travel Size Vitamin C Complex Serum | Ulta Beauty
- Naturium - UV Reflect Antioxidant SPF 50 | Ulta Beauty
- Naturium - Vitamin C Complex Cleanser | Ulta Beauty
- Naturium - Vitamin C Super Serum Plus | Ulta Beauty

- Neutrogena - 7.8 oz Hydro Boost Fragrance-Free Gel Facial Cleanser | Ulta Beauty
- Neutrogena - Alcohol-Free Daily Facial Toner | Ulta Beauty
- Neutrogena - Clear Face Serum Sunscreen with Green Tea, SPF 60+ | Ulta Beauty
- Neutrogena - Daily Facial Moisturizer - Fragrance Free | Ulta Beauty
- Neutrogena - Fragrance-Free Makeup Remover Cleansing Towelettes Twin Pack | Ulta Beauty
- Neutrogena - Hydro Boost Body Gel Cream | Ulta Beauty
- Neutrogena - Hydro Boost Cleansing Towelettes Twin Pack | Ulta Beauty
- Neutrogena - Hydro Boost Eye Gel-Cream | Ulta Beauty
- Neutrogena - Hydro Boost Facial Cleansing Wipes | Ulta Beauty
- Neutrogena - Hydro Boost Gentle Exfoliating Facial Cleanser | Ulta Beauty
- Neutrogena - Hydro Boost Hyaluronic Acid Serum | Ulta Beauty
- Neutrogena - Hydro Boost Hyaluronic Acid Water Gel Moisturizer | Ulta Beauty
- Neutrogena - Hydro Boost Hydrating 100% Hydrogel Mask | Ulta Beauty
- Neutrogena - Hydro Boost Hydrating Facial Cleansing Gel | Ulta Beauty
- Neutrogena - Hydro Boost Hydrating Serum | Ulta Beauty
- Neutrogena - Hydro Boost Ultra Hydrating Hyaluronic Acid Serum | Ulta Beauty
- Neutrogena - Invisible Daily Defense Lotion SPF 60+ | Ulta Beauty
- Neutrogena - Makeup Remover Cleansing Towelette Singles | Ulta Beauty
- Neutrogena - Makeup Remover Cleansing Towelettes Fragrance Free | Ulta Beauty
- Neutrogena - Makeup Remover Cleansing Towelettes, Fragrance Free Singles | Ulta Beauty
- Neutrogena - Night Calming Makeup Remover Cleansing Towelettes | Ulta Beauty
- Neutrogena - Sun Rescue After Sun Rehydrating Spray, Hyaluronic Acid | Ulta Beauty
- Neutrogena - Travel Size Makeup Remover Cleansing Towelettes | Ulta Beauty
- NUDESTIX - Citrus Renew Set For Sensitive Skin | Ulta Beauty
- NUDESTIX - Dewy Barrier Hydrating Stick | Ulta Beauty
- NUDESTIX - NUDESKIN 3-Step Citrus Renew Set | Ulta Beauty
- NUDESTIX - Nudeskin Blemish Clarifying Gel Moisturizer | Ulta Beauty
- NUDESTIX - NUDESKIN Citrus-C Mask & Daily Moisturizer | Ulta Beauty
- NUDESTIX - NUDESKIN Lemon-Aid Detox & Glow Micro-Peel | Ulta Beauty
- NUDESTIX - NUDESKIN Vegan Bamboo Cleansing Cloths | Ulta Beauty
- NYX Professional Makeup - Face Freezie Cooling Hydration Moisturizer + Primer | Ulta Beauty
- Oak Essentials - Balancing Mist | Ulta Beauty
- Oak Essentials - Cleansing Balm | Ulta Beauty
- Oak Essentials - Daily Vitamin C Serum | Ulta Beauty
- Oak Essentials - Mini Routine | Ulta Beauty
- Oak Essentials - Moisture Rich Balm | Ulta Beauty
- Oak Essentials - Nightly Retinol Serum | Ulta Beauty
- Oak Essentials - Restorative Mask | Ulta Beauty
- Oak Essentials - Ritual Oil | Ulta Beauty
- Oak Essentials - The Hydration Heroes | Ulta Beauty
- Oak Essentials - The Routine | Ulta Beauty

- Oak Essentials - The Serums | Ulta Beauty
- Oh K! - Caffeine Eye Mask | Ulta Beauty
- Oh K! - Collagen Hydrogel Mask | Ulta Beauty
- Oh K! - Ginseng and Eucalyptus Under Eye Masks | Ulta Beauty
- Oh K! - Hyaluronic Hydrogel Sheet Mask | Ulta Beauty
- Oh K! - Hydrogel Eye Mask with Multi Hyaluronic Acid | Ulta Beauty
- Oh K! - Nourishing Sleep Mask | Ulta Beauty
- Oh K! - Pomegranate Hydrogel Mask | Ulta Beauty
- OLEHENRIKSEN - Balancing Force Oil Control Toner | Ulta Beauty
- OLEHENRIKSEN - Banana Banana Bright Vitamin CC Sticks for Dark Circles | Ulta Beauty
- OLEHENRIKSEN - Banana Bright 15% Vitamin C Dark Spot Serum | Ulta Beauty
- OLEHENRIKSEN - Banana Bright Mineral Face Sunscreen SPF 30 | Ulta Beauty
- OLEHENRIKSEN - Banana Bright+ Instant Glow Moisturizer with Vitamin C and Niacinamide | Ulta Beauty
- OLEHENRIKSEN - Barrier Booster Vitamin C Milky Toner Essence with Niacinamide | Ulta Beauty
- OLEHENRIKSEN - C-Rush Brightening Vitamin C Gel Crème | Ulta Beauty
- OLEHENRIKSEN - Cold Plunge Pore Remedy Moisturizer with BHA/LHA | Ulta Beauty
- OLEHENRIKSEN - Dewtopia 25% AHA + PHA Flash Facial Exfoliating Face Mask | Ulta Beauty
- OLEHENRIKSEN - Dewtopia 5% AHA Firming Night Crème | Ulta Beauty
- OLEHENRIKSEN - Double Rewind Pro-Grade 0.3% Retinol for Fine Lines & Wrinkles | Ulta Beauty
- OLEHENRIKSEN - Find Your Balance Oil Control Cleanser | Ulta Beauty
- OLEHENRIKSEN - Glow Strong Mini Moisturizer + Eye Cream Duo | Ulta Beauty
- OLEHENRIKSEN - Glow2OH 7% AHA Exfoliating Dark Spot Toner | Ulta Beauty
- OLEHENRIKSEN - Let's Get Luminous+ Brightening Essentials Set | Ulta Beauty
- OLEHENRIKSEN - Mini 10% AHA Lemonade Smoothing Scrub | Ulta Beauty
- OLEHENRIKSEN - Mini Glow2OH 7% AHA Exfoliating Dark Spot Toner | Ulta Beauty
- OLEHENRIKSEN - Mini Strength Trainer Peptide Boost Moisturizer with Niacinamide | Ulta Beauty
- OLEHENRIKSEN - Mini Truth Juice Daily Cleanser with PHA | Ulta Beauty
- OLEHENRIKSEN - Strength Trainer Skin Barrier Moisturizer with Peptides | Ulta Beauty
- OLEHENRIKSEN - The Glow Cycle Skincare Set | Ulta Beauty
- OLEHENRIKSEN - Truth Juice Gentle Glow Daily Cleanser | Ulta Beauty
- OLEHENRIKSEN - Truth Serum Hydrating Vitamin C Serum | Ulta Beauty
- OSEA - Dream Night Cream | Ulta Beauty
- OSEA - Hyaluronic Acid Body Serum | Ulta Beauty
- Pacifica - 02 Kind Tint Tinted Serum | Ulta Beauty
- Pacifica - Comfort Space Skinflammation Mask | Ulta Beauty
- Pacifica - Dreamlit Glow Undereye Brightener | Ulta Beauty

- Pacifica - Dreamlit Illuminating Lotion | Ulta Beauty
- Pacifica - Eye Bright Undereye Vitamin C Spot Serum Mask | Ulta Beauty
- Pacifica - Flower Fix Oil Serum | Ulta Beauty
- Pacifica - Future Youth Foaming Cleansing Gel | Ulta Beauty
- Pacifica - Future Youth Gravity Rebound Serum | Ulta Beauty
- Pacifica - Future Youth Moisturizing Super Cream | Ulta Beauty
- Pacifica - Future Youth Time Shift Eye Serum | Ulta Beauty
- Pacifica - Future Youth Time Shift Hydrogel Facial Mask | Ulta Beauty
- Pacifica - Glow Baby Brightening Face Wash | Ulta Beauty
- Pacifica - Glow Baby Enzyme Face Scrub with Vitamin C & Glycolic Acid | Ulta Beauty
- Pacifica - Glow Baby VitaGlow Face Lotion with Vitamin C | Ulta Beauty
- Pacifica - Glow Baby Vitamin C Booster Serum | Ulta Beauty
- Pacifica - Hydrodew Slime Barrier Care Gel | Ulta Beauty
- Pacifica - Kale Detox Pore Strips for Nose Blackheads | Ulta Beauty
- Pacifica - Stress Rehab Coconut & Caffeine Facial Mask | Ulta Beauty
- Pacifica - Sunny Glow Bronzing Drops | Ulta Beauty
- Pacifica - Vegan Ceramide Hydration Under Eye & Smile Line Jelly Patches | Ulta Beauty
- Pacifica - Vegan Collagen Complex Face Serum with Hyaluronic Acid | Ulta Beauty
- Pacifica - Vegan Collagen Hydrate & Plump Face Mask | Ulta Beauty
- Pacifica - Vegan Collagen Hydrating Milk Tonic | Ulta Beauty
- Pacifica - Vegan Collagen Hydro-Treatment Eye & Smile Line Patches | Ulta Beauty
- Pacifica - Vegan Collagen Overnight Recovery Cream | Ulta Beauty
- Pacifica - Vegan Collagen Recovery Eye Cream | Ulta Beauty
- Pacifica - Wake Up Beautiful Overnight Retinoid Cream | Ulta Beauty
- Patchology - 5 pair FlashPatch Rejuvenating Eye Gels | Ulta Beauty
- Patchology - 5 pair Serve Chilled Bubbly Brightening Eye Gels | Ulta Beauty
- Patchology - All Eyes On You Eye Perfecting Trio | Ulta Beauty
- Patchology - Breakout Box 3-in-1 Acne Treatment Kit | Ulta Beauty
- Patchology - Lip Service Gloss-To Balm Treatment | Ulta Beauty
- Patchology - On The Fly Travel Facial Kit | Ulta Beauty
- Patchology - Travel Size FlashPatch Rejuvenating Eye Gels | Ulta Beauty
- Patchology - Travel Size FlashPatch Restoring Night Eye Gels | Ulta Beauty
- Patchology - Travel Size Serve Chilled Bubbly Brightening Eye Gels | Ulta Beauty
- Patchology - Travel Size Serve Chilled Rosé Hydrating Eye Gels | Ulta Beauty
- Peace Out - 2% Salicylic Acid Acne Gel Cleanser | Ulta Beauty
- Peace Out - Daily Blemish Repairing Moisturizer | Ulta Beauty
- Peace Out - Pore Perfecting AHA & Blackhead Exfoliator Stick | Ulta Beauty
- Peace Out - Puffy Eyes Biocellulose Under-Eye Patches | Ulta Beauty
- Peace Out - Retinol Eye Stick with Encapsulated Retinol & Peptides | Ulta Beauty
- PEACH & LILY - Super Reboot Resurfacing Mask | Ulta Beauty
- Peach Slices - 3-Step Acne Starter Kit | Ulta Beauty
- Peach Slices - Dark Spot Microdarts | Ulta Beauty
- Peach Slices - Redness Relief Color Correcting Moisturizer | Ulta Beauty

- Peach Slices - Snail Rescue All-In-One Oil Free Moisturizer | Ulta Beauty
- Petite n Pretty - $ell Out Glo$ Balm Glossy Lip Balm for Tweens | Ulta Beauty
- Petite n Pretty - 9021-Glow! Fresh Start Moisturizer | Ulta Beauty
- Philosophy - 2.0 oz Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer | Ulta Beauty
- Philosophy - 8.0 oz Purity Made Simple One-Step Facial Cleanser | Ulta Beauty
- Philosophy - Anti-Wrinkle Miracle Worker+ Line Correcting Eye Cream | Ulta Beauty
- Philosophy - Anti-Wrinkle Miracle Worker+ Line Correcting Overnight Cream | Ulta Beauty
- Philosophy - Anti-Wrinkle+ Miracle Worker Line Correcting Mini Moisturizer | Ulta Beauty
- Philosophy - Clear Days Ahead Oil-Free Salicylic Acid Acne Treatment & Moisturizer | Ulta Beauty
- Philosophy - Dose of Wisdom Bouncy Skin Reactivating Serum | Ulta Beauty
- Philosophy - Hope In A Jar Instant Glow Peeling Mousse | Ulta Beauty
- Philosophy - Hope In A Jar Skin-Resurrection Overnight Power Hydrator | Ulta Beauty
- Philosophy - Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer SPF 30 | Ulta Beauty
- Philosophy - Microdelivery Resurfacing Solution with 4% AHA's, Cica and Vitamin C | Ulta Beauty
- Philosophy - Mini Hope In A Jar Smooth-Glow Multi-Tasking Moisturizer | Ulta Beauty
- Philosophy - Mini Hope In A Jar Water Cream Hyaluronic Glow Moisturizer | Ulta Beauty
- Philosophy - Mini Purity Made Simple One-Step Facial Cleanser | Ulta Beauty
- Philosophy - Mini The Microdelivery Exfoliating Facial Wash | Ulta Beauty
- Philosophy - Purity Made Simple Pore Extractor Exfoliating Clay Mask | Ulta Beauty
- Philosophy - Purity Made Simple Pore Extractor Exfoliating Mini Clay Mask | Ulta Beauty
- Philosophy - Purity Made Simple Pore Minimizing Serum | Ulta Beauty
- Philosophy - Purity Made Simple Pore Purifying Foam Cleanser | Ulta Beauty
- Polite Society - Pink Grapefruit Polite Pout Glossy Lip Balm | Ulta Beauty
- Proactiv - ProactivClean 2-Step Beginner Breakouts Bundle | Ulta Beauty
- Proactiv - ProactivClean 3-Step Mild Acne-Fighting Treatment Routine | Ulta Beauty
- Proactiv - ProactivClean Acne Clearing Hydrator | Ulta Beauty
- Proactiv - ProactivClean Mineral Acne Cleanser | Ulta Beauty
- PROVENCE Beauty - Masked Out French Green Clay Mask | Ulta Beauty
- PÜR - Ceretin Boost Age Defying Retinol Serum | Ulta Beauty
- PÜR - Cloud Cream Gel-to-Water Hydrating Essence Moisturizer | Ulta Beauty
- PÜR - Joystick Exfoliating Deep Pore Clay Cleansing Stick | Ulta Beauty
- PÜR - Mellow Eyes Hemp Hydrogel Rejuvenating Eye Patches | Ulta Beauty
- PÜR - Tone Up Niacinamide Firming Eye Serum | Ulta Beauty
- PÜR - Tropical C Brightening Vitamin C & Peptide Moisturizer | Ulta Beauty
- r.e.m. beauty - Mist Thing Calming Face Mist | Ulta Beauty
- Rael - Collagen Facial Sheet Mask | Ulta Beauty
- Rael - Cycle Synched Facial Mask Kit | Ulta Beauty

15

- Rael - Hydration Facial Sheet Mask | Ulta Beauty
- Rael - Miracle Clear Barrier Cream | Ulta Beauty
- Rael - Miracle Clear Retinol Chin Mask Set | Ulta Beauty
- Rael - Tea Tree Facial Sheet Mask | Ulta Beauty
- Rael - Vitamin C Facial Sheet Mask | Ulta Beauty
- Sacheu - We Occlusive Intense Overnight Moisturizer | Ulta Beauty
- St. Tropez - 1.69 oz Self Tan Berry Sorbet Bronzing Mousse | Ulta Beauty
- St. Tropez - 4.0 oz Self Tan Classic Bronzing Mousse | Ulta Beauty
- St. Tropez - Ashley Graham Golden Getaway Self Tan Kit | Ulta Beauty
- St. Tropez - Award Winning 3 Piece Self Tan Kit | Ulta Beauty
- St. Tropez - Gradual Tan Classic Daily Youth Boosting Cream | Ulta Beauty
- St. Tropez - Gradual Tan Tinted Daily Firming Body Lotion | Ulta Beauty
- St. Tropez - Gradual Tan Watermelon Firming Lotion | Ulta Beauty
- St. Tropez - Luxe Body Self Tan Serum | Ulta Beauty
- St. Tropez - Luxe Self Tan Tonic Glow Drops | Ulta Beauty
- St. Tropez - Luxe Whipped Self Tan Crème Mousse | Ulta Beauty
- St. Tropez - Medium / Dark Gradual Tan Classic Daily Firming Lotion | Ulta Beauty
- St. Tropez - Medium / Dark Instant Glow Face & Body Bronzer Makeup | Ulta Beauty
- St. Tropez - Self Tan Classic Bronzing Lotion | Ulta Beauty
- St. Tropez - Self Tan Classic Mini Kit | Ulta Beauty
- St. Tropez - Self Tan Dark Bronzing Mousse | Ulta Beauty
- St. Tropez - Self Tan Express Bronzing Mist | Ulta Beauty
- St. Tropez - Self Tan Express Mini Kit | Ulta Beauty
- St. Tropez - Self Tan Purity Bronzing Water Face Mist | Ulta Beauty
- St. Tropez - Self Tan Purity Bronzing Water Mousse | Ulta Beauty
- St. Tropez - Self Tan Purity Mini Kit | Ulta Beauty
- St. Tropez - Self Tan Suprême Violet Bronzing Mousse | Ulta Beauty
- St. Tropez - Tan Optimiser Body Moisturiser | Ulta Beauty
- St. Tropez - Tan Remover Prep and Maintain Mousse | Ulta Beauty
- StriVectin - 1.0 oz Intensive Eye Concentrate For Wrinkles PLUS | Ulta Beauty
- StriVectin - 1.7 oz Advanced Retinol Nightly Renewal Moisturizer | Ulta Beauty
- StriVectin - 4.0 oz SD Advanced PLUS Intensive Moisturizer | Ulta Beauty
- StriVectin - Advanced Retinol Multi-Correct Eye Cream | Ulta Beauty
- StriVectin - Anti-Wrinkle Peptide Plump Line Filling Bounce Serum | Ulta Beauty
- StriVectin - Crepe Control Tightening Body Cream | Ulta Beauty
- StriVectin - Daily Reveal Exfoliating Pads | Ulta Beauty
- StriVectin - Hyperlift Eye Instant Eye Fix For Bags, Lines & Crepiness | Ulta Beauty
- StriVectin - Mini Intensive Eye Concentrate For Wrinkles PLUS | Ulta Beauty
- StriVectin - Multi-Action Hydration Multiplier Hyaluronic Acid Serum | Ulta Beauty
- StriVectin - Peptight 360 Tightening Eye Serum | Ulta Beauty
- StriVectin - Re-Quench Water Cream Hyaluronic + Electrolyte Moisturizer | Ulta Beauty
- StriVectin - Super-C Eye Vitamin C Cream | Ulta Beauty
- StriVectin - Super-C Night Vitamin C Cream | Ulta Beauty
- StriVectin - Super-C SPF 30 Vitamin C Moisturizer | Ulta Beauty

16

- StriVectin - Travel Size Crepe Control Tightening Body Cream | Ulta Beauty
- StriVectin - Wrinkle Recode Line Transforming Melting Serum | Ulta Beauty
- StriVectin - Wrinkle Recode Moisture Rich Barrier Cream | Ulta Beauty
- SUNDAY RILEY - 0.5 oz 5 Stars Retinoid & Niacinamide Eye Serum | Ulta Beauty
- SUNDAY RILEY - 1.0 oz C.E.O. 15% Vitamin C Brightening Serum | Ulta Beauty
- SUNDAY RILEY - 1.0 oz Good Genes All-In-One Lactic Acid Treatment Serum | Ulta Beauty
- SUNDAY RILEY - 1.7 oz A+ High-Dose Retinoid Serum | Ulta Beauty
- SUNDAY RILEY - 1.7 oz C.E.O. Vitamin C Rich Hydration Moisturizing Cream | Ulta Beauty
- SUNDAY RILEY - Auto Correct Brightening and Depuffing Eye Cream | Ulta Beauty
- SUNDAY RILEY - B3 Nice 10% Niacinamide Serum | Ulta Beauty
- SUNDAY RILEY - Ceramic Slip Cleansing Gel | Ulta Beauty
- SUNDAY RILEY - Double Your Glow AHA + Vitamin C Serum Duo | Ulta Beauty
- SUNDAY RILEY - Flash Fix Good Genes and Ceramic Slip 2 Piece Kit | Ulta Beauty
- SUNDAY RILEY - Jewel Box 3 Piece Kit | Ulta Beauty
- SUNDAY RILEY - Mini A+ High-Dose Retinoid Serum | Ulta Beauty
- SUNDAY RILEY - Mini C.E.O. Afterglow Brightening Vitamin C Cream | Ulta Beauty
- SUNDAY RILEY - Mini Good Genes All-In-One Lactic Acid Treatment | Ulta Beauty
- SUNDAY RILEY - Pink Drink Firming Resurfacing Essence | Ulta Beauty
- SUNDAY RILEY - Power Couple 2 Piece Mini Kit | Ulta Beauty
- SUNDAY RILEY - Saturn Sulfur Spot Treatment Mask | Ulta Beauty
- Supergoop! - Acai PLAY Lip Balm SPF 30 | Ulta Beauty
- SweetSpot Labs - Bikini & Body Bump Eraser Targeted Spot Treatment | Ulta Beauty
- SweetSpot Labs - Replenishing Serum Daily Intimate Moisturizer | Ulta Beauty
- SweetSpot Labs - Vanilla Blossom Gentle Soothing Wipes | Ulta Beauty
- TAN-LUXE - Express Water - Hydrating Self-Tan Water | Ulta Beauty
- TAN-LUXE - Hydrating Express Self Tan Mousse | Ulta Beauty
- TAN-LUXE - Light/Medium THE BODY Mini- Illuminating Self-Tan Drops | Ulta Beauty
- TAN-LUXE - Light/Medium THE FACE - Illuminating Self-Tan Drops | Ulta Beauty
- TAN-LUXE - Light/Medium THE FACE Mini - Illuminating Self-Tan Drops | Ulta Beauty
- TAN-LUXE - Medium/Dark THE BODY - Illuminating Self-Tan Drops | Ulta Beauty
- TAN-LUXE - Super Gloss Instant Bronzing Face Drops with SPF 30 | Ulta Beauty
- TAN-LUXE - THE BUTTER - Illuminating Gradual Tanning Cream | Ulta Beauty
- TAN-LUXE - THE CRÈME - Advanced Hydration Gradual Self-Tan Facial Cream | Ulta Beauty
- Tanologist - 6.7 oz Express Self Tan Water Medium | Ulta Beauty
- Tanologist - Express Self Tan Water | Ulta Beauty
- Tanologist - Express Tan 1 Hour Self Tan Extra Dark Mousse | Ulta Beauty
- Tanologist - Extra Dark Self Tan Drops | Ulta Beauty
- Tanologist - Insta Glow Illuminating Body Bronzer | Ulta Beauty
- Tanologist - Insta Glow Illuminating Face Bronzer | Ulta Beauty

- Tanologist - Medium Express Self Tan Mousse | Ulta Beauty
- Tanologist - Medium Face + Body Self Tan Drops | Ulta Beauty
- Tanologist - Medium to Dark Daily Glow - Brightening Gradual Tan Lotion | Ulta Beauty
- Tanologist - Medium to Dark Daily Glow - Firming Gradual Tanning Lotion | Ulta Beauty
- Tarte - Medium-Tan Amazonian Clay BB Tinted Moisturizer Broad Spectrum SPF 20 | Ulta Beauty
- Tarte - Travel Size Maracuja C-Brighter Eye Treatment | Ulta Beauty
- TATCHA - The Essence Skincare Boosting Treatment | Ulta Beauty
- Thayers - 2% AHA Exfoliating, Smoothing and Pore Refining Toner | Ulta Beauty
- Thayers - Blemish Clearing Cleanser with 1.5% Salicylic Acid | Ulta Beauty
- Thayers - Blemish Clearing Toner with 2% Salicylic Acid | Ulta Beauty
- Thayers - Let's Be Clear Water Cream for Combination to Oily Skin | Ulta Beauty
- Thayers - Rapid Acne Spot Treatment with Niacinamide and 10% Sulfur | Ulta Beauty
- Thayers - Rose Petal Alcohol-Free Witch Hazel Facial Toner | Ulta Beauty
- Thayers - Soak It Up 80HR Liquid Moisturizer for Normal to Dry Skin | Ulta Beauty
- TONYMOLY - Peach I Am Sheet Mask | Ulta Beauty
- TONYMOLY - Tako Pore Blackhead Scrub Stick | Ulta Beauty
- Truly - Acai Your Boobies Boob Butter | Ulta Beauty
- Truly - Acai Your Boobies Boob Polish | Ulta Beauty
- Truly - Acai Your Boobies Boob Serum | Ulta Beauty
- Truly - Anti Cellulite Resurfacing Body Serum | Ulta Beauty
- Truly - Anti-Cellulite Body Polish | Ulta Beauty
- Truly - Black Jelly Blemish Treatment Body Serum | Ulta Beauty
- Truly - Buns Of Glowry Tighten & Glow Butt Serum | Ulta Beauty
- Truly - Buns Of Glowry Tighten & Glow Smoothing Butt Polish | Ulta Beauty
- Truly - Cake Maker Tightening Butt & Leg Serum | Ulta Beauty
- Truly - Cherry Jelly Anti-Bacne Body Cleanser | Ulta Beauty
- Truly - Dulce De Leches Firming Boob & Belly Serum | Ulta Beauty
- Truly - Glass Skin Cleansing Balm | Ulta Beauty
- Truly - Glass Skin Facial Serum | Ulta Beauty
- Truly - Glazed Donut Facial Glow Cream | Ulta Beauty
- Truly - Jelly Booster Pigment Treatment Body Potion | Ulta Beauty
- Truly - Sun Drops Bronze Body Glow | Ulta Beauty
- Truly - Unicorn Fruit Lip Plumping Balm | Ulta Beauty
- TULA - #NoMakeup Replenishing Cleansing Oil | Ulta Beauty
- TULA - 24-7 Moisture Fragrance Free Hydrating Day & Night Cream | Ulta Beauty
- TULA - 24-7 Power Swipe Hydrating Day & Night Treatment Eye Balm | Ulta Beauty
- TULA - 3.0 oz Secret Solution Pro-Glycolic 10% Resurfacing Toner | Ulta Beauty
- TULA - 3.4 oz 24-7 Moisture Hydrating Day & Night Cream | Ulta Beauty
- TULA - 6.7 oz The Cult Classic Purifying Face Cleanser | Ulta Beauty
- TULA - Antioxidant Water Purifying Toner Face Mist | Ulta Beauty
- TULA - Beauty Sleep Overnight Repair Treatment | Ulta Beauty
- TULA - Bedtime Bright Vita-Charge Overnight Brightening Treatment | Ulta Beauty

- TULA - Breakout Breakthrough Acne Maximum Strength Biodegradable Toner Pads | Ulta Beauty
- TULA - Breakout Star Acne Moisturizer | Ulta Beauty
- TULA - Bright Start Vitamin C Antioxidant Brightening Moisturizer | Ulta Beauty
- TULA - Claycation Detoxing & Toning Face Mask Stick | Ulta Beauty
- TULA - Clear Skin Starters Travel-Size Acne & Blemish Fighting Kit  Keep It Clear Acne Foam Cleanser | Ulta Beauty
- TULA - Detox in a Jar Exfoliating Treatment Mask | Ulta Beauty
- TULA - Glow Starts Here Bestselling Skin Essentials Kit | Ulta Beauty
- TULA - Gold Glow + Get It Cooling & Brightening Eye Balm | Ulta Beauty
- TULA - H2Oasis Instant Skin Reviving Mask | Ulta Beauty
- TULA - Instant De-Puff Eye Renewal Serum | Ulta Beauty
- TULA - Keep It Clear Acne Foam Cleanser | Ulta Beauty
- TULA - Mini 24-7 Moisture Hydrating Day & Night Cream | Ulta Beauty
- TULA - Mini Secret Solution Pro-Glycolic 10% Resurfacing Treatment Toner | Ulta Beauty
- TULA - On-The-Go Best Sellers Travel Kit | Ulta Beauty
- TULA - Revive & Rewind Revitalizing Eye Cream | Ulta Beauty
- TULA - So Polished Exfoliating Sugar Face Scrub | Ulta Beauty
- TULA - So Poreless Deep Exfoliating Scrub | Ulta Beauty
- TULA - Travel Size The Cult Classic Purifying Face Cleanser | Ulta Beauty
- TULA - Wrinkle Treatment Drops Retinol Alternative Serum | Ulta Beauty
- ULTA Beauty Collection - All Clear! Face Serum | Ulta Beauty
- ULTA Beauty Collection - Apple Cider Vinegar & Kaolin Clay Mask | Ulta Beauty
- ULTA Beauty Collection - Brighten Up Face Serum | Ulta Beauty
- ULTA Beauty Collection - Cherry Crush Lip Treatment Kit | Ulta Beauty
- ULTA Beauty Collection - Chill Out Under Eye Balm | Ulta Beauty
- ULTA Beauty Collection - Cloud Facial Cleanser | Ulta Beauty
- ULTA Beauty Collection - Dark Tinted Moisturizer SPF 24 | Ulta Beauty
- ULTA Beauty Collection - Gold Magic Eye Gels | Ulta Beauty
- ULTA Beauty Collection - Hydra Burst Face Serum | Ulta Beauty
- ULTA Beauty Collection - Island Pineapple Clear Self Tan Gel | Ulta Beauty
- ULTA Beauty Collection - Island Pineapple Glow Time Mousse & Mitt Duo | Ulta Beauty
- ULTA Beauty Collection - Island Pineapple Gradual Self Tan Face Drops | Ulta Beauty
- ULTA Beauty Collection - Milky Toner with Hyaluronic Acid | Ulta Beauty
- ULTA Beauty Collection - Night Shift Overnight Lip Mask | Ulta Beauty
- ULTA Beauty Collection - Passionfruit Jelly Bomb Lip Balm | Ulta Beauty
- ULTA Beauty Collection - Play It Cool Freezable Sheet Mask | Ulta Beauty
- ULTA Beauty Collection - Sweetheart Plumped Up Pout Lip Balm | Ulta Beauty
- ULTA Beauty Collection - Tinted Self Tan Mousse | Ulta Beauty
- ULTA Beauty Collection - Wake-Up Call Under Eye Patches | Ulta Beauty
- ULTA Beauty Collection - Waterproof Eye & Lip Makeup Remover | Ulta Beauty
- Urban Decay Cosmetics - 30 Hydromaniac Hydrating Dewy Foundation | Ulta Beauty

- Urban Skin Rx - Vitaleyez Dark Circle Treatment | Ulta Beauty
- Urban Skin Rx - Witch Hazel Brightening & pH Balancing Toner | Ulta Beauty
- Urban Veda - Anti-Aging Rose Reviving Night Cream | Ulta Beauty
- Urban Veda - Brightening Turmeric & Papaya Radiance Day Cream | Ulta Beauty
- Urban Veda - Calm & Restore Sandalwood + Aloe Vera Soothing Day Cream | Ulta Beauty
- Urban Veda - Calm & Restore Sandalwood + Aloe Vera Soothing Night Cream | Ulta Beauty
- Urban Veda - Neem & Tea Tree Skin Purifying Overnight Hydrator | Ulta Beauty
- Urban Veda - Oil-Control Neem & Tea Tree Purifying Day Cream | Ulta Beauty
- Urban Veda - Peptide-30 Radiance Recovery Night Cream | Ulta Beauty
- Urban Veda - Skin Firming Rose Reviving Day Cream | Ulta Beauty
- Vacation - Classic Lotion SPF 30 Sunscreen | Ulta Beauty
- Vacation - Sun Belt 5 Piece Sampler | Ulta Beauty
- VANICREAM - Cleansing Bar for Sensitive Skin | Ulta Beauty
- Vichy - 1.0 oz Mineral 89 Hyaluronic Acid Face Serum for Stronger Skin | Ulta Beauty
- Vichy - 6.7 oz Normaderm Phytoaction Daily Deep Cleansing with Salicylic Acid | Ulta Beauty
- Vichy - LiftActiv Pure Retinol Serum for Deep Wrinkles | Ulta Beauty
- Vichy - LiftActiv Supreme H.A. Wrinkle Corrector | Ulta Beauty
- Vichy - LiftActiv Vitamin B3 Face Serum for Dark Spots & Wrinkles | Ulta Beauty
- Vichy - Minéral 89 Eyes Hyaluronic Acid Eye Gel Cream | Ulta Beauty
- Vichy - Minéral 89 Fragrance Free Cream | Ulta Beauty
- Vichy - Normaderm PhytoAction Acne Control Daily Face Moisturizer | Ulta Beauty
- Vitamins and Sea beauty - Blue Sea Kale & Niacinamide Smoothing Facial Serum | Ulta Beauty
- Vitamins and Sea beauty - Blue Sea Kale Grapefruit Deep Pore Exfoliating Face Mask | Ulta Beauty
- Vitamins and Sea beauty - Marine Algae and Blue Tansy Multipurpose Treatment | Ulta Beauty
- Vitamins and Sea beauty - Monoi Oil & Sea Kelp Exfoliating Face Scrub | Ulta Beauty
- Vitamins and Sea beauty - Sea Kale & Hyaluronic Acid Complex Rejuvenating Skin Serum | Ulta Beauty
- Vitamins and Sea beauty - Sea Kelp and Phytoceramides Rehydration Gel Moisturizer | Ulta Beauty
- Vitamins and Sea beauty - Sea Lavender & Bakuchiol Renewing Face Serum | Ulta Beauty
- Vitamins and Sea beauty - Sea Salt & Coconut Gentle & Brightening Face Scrub | Ulta Beauty
- Vitamins and Sea beauty - Seaweed + Glycolic Acid Facial Toner | Ulta Beauty
- Vitamins and Sea beauty - Skincare Minis + Travel Pouch | Ulta Beauty
- VOLITION - Chocolate Macadamia Hydrating Mask with Hyaluronic Acid + Vegan Collagen | Ulta Beauty

- VOLITION - Sémillon Overnight Retinol Serum with Niacinamide + Hyaluronic Acid | Ulta Beauty
- VOLITION - Snow Mushroom Water Serum with Peptides + Vitamin C | Ulta Beauty
- VOLITION - Turmeric Brightening Polish with Oatmeal + Vitamin E | Ulta Beauty
- Womaness - Let's Neck - Neck and Décolleté Serum | Ulta Beauty
- WYN BEAUTY - ADVANCE MVP: Most Versatile Pigment Multifunction Lip & Cheek Color | Ulta Beauty

1

**CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)**

2

I, James A. Morris, declare as follows:

3

1.    I am counsel for Plaintiff, and I am the owner of Morris Law Firm.  I make this

4

declaration to the best of my knowledge, information, and belief of the facts stated herein.

5

2.    The complaint filed in this action is filed in the proper place for trial because the

6

7

Defendant has done and is doing business in the County of Marin.  Such business includes the

8

marketing, distributing, and sale of cosmetics, fragrance, skin care products, hair care products,

9

including Ulta's own private label, and salon services in Ulta's retail locations.

10

3.    Plaintiff purchased her Products from an Ulta retail store in Marin County.

11

I declare under the penalty of perjury under the laws of the State of California that the

12

foregoing is true and correct, executed on July 15, 2025, at Burbank, California.

13

14

15

16

James A. Morris, Jr.

17

18

19

20

21

22

23

24

25

26

27

28